NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
ANTHONY N.R. ZAMORA (State Bar No. 146619)
ZAMORA & HOFFMEIER, A Professional Corporation
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:   (213) 488-9418
e-mail: zamora3@aol.com

Proposed Attorneys for
Larry D. Simons, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:16-bk-15889-SY |
| PDTW, LLC, | Chapter 7 |
| Debtor. | APPLICATION BY LARRY D. SIMONS, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY ZAMORA & HOFFMEIER AS GENERAL COUNSEL; DECLARATION OF DISINTERESTEDNESS |
| | [No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)(1)] |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE:

Larry D. Simons, Chapter 7 Trustee ("Trustee") of the estate (the "Estate") in the above-referenced case (the "Case") of debtor PDTW, LLC. ("Debtor"), applies to the Court for approval to employ Zamora & Hoffmeier, A Professional Corporation ("Z&H") as general counsel and respectfully represents:

1.   Larry D. Simons is the duly appointed, acting and interim Chapter 7 Trustee in the Case.  The initial meeting of creditors pursuant to 11 U.S.C. §341(a) is noticed for August 4,

2016, at which time Trustee expects to become the permanent Chapter 7 Trustee in the Case.

2.     On June 30, 2016 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code commencing the Case assigned case no. 6:15-bk-15889-SY [docket no. 1].

3.     On July 1, 2016, Debtor filed that certain *Ex Parte* Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Balance of Deficiency Documents (the "*Ex Parte* Motion") [docket no. 5].  On July 1, 2016, the Court entered that certain Order Granting *Ex Parte* Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Balance of Deficiency Documents (the "Order") [docket no. 6].  The Order extends the deadline for Debtor to file the case commencement documents to and including July 28, 2016.

4.     Trustee is informed and believes that the Estate's primary assets include certain personal property of Debtor consisting of an extensive inventory of designer, luxury women's apparel (the "Inventory") and certain pending litigation against Thomas Wylde, LLC and other defendants related to, among other things, a dispute regarding ownership of the Inventory, assigned Los Angeles County Superior Court Case No. BC 596495 (the "Litigation").

5.     Trustee seeks to employ Z&H as his counsel to:

a.     Analyze and evaluate the Litigation, provide legal advice related thereto, and provide additional legal services as may be required to resolve the Litigation;

. . . . .

2.

    b.    Prepare any applicable avoidance action necessary to recover the Inventory and/or the value transferred by Debtor and/or negotiate a settlement of the claims of the Estate in lieu of litigation; and

    c.    Assist Trustee in liquidating the Personal Property for the benefit of the Estate.

    6.    In addition, Z&H usually performs certain general tasks as counsel to trustees.  In this Case, to the extent legal issues are involved, Z&H may perform some or all of the following general tasks:

    a.    Advise Trustee concerning the rights and remedies of the Estate and of Trustee in regard to the secured, priority and general unsecured claims of creditors;

    b.    Represent Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or Trustee may be litigated or affected;

    c.    Assist Trustee in the settlement of any debts owed to Debtor;

    d.    Assist Trustee in the liquidation of any other assets of the Estate;

    e.    Conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of pleadings, motions, notices, reports, accounts, applications and orders as are required for the orderly administration of the Estate; and

    f.    Perform such other and further legal services as are necessary and proper in the administration of the Estate.

3.

PDTW\application.001

7.    A true and correct copy of the Notice of Application by Larry D. Simons, Chapter 7 Trustee, for Approval to Employ Zamora & Hoffmeier As General Counsel is attached hereto as <u>Exhibit A</u> and is incorporated herein by this reference.

8.    Z&H is cognizant of the Court's concern that counsel for trustees not perform trustee services pursuant to 11 U.S.C. § 326(a) and Local Bankruptcy Rule 2016-2 and Z&H does not intend to perform trustee services.  Z&H will assist the Trustee in his duties in this Case as appropriate.

9.    Trustee asserts that as an economic measure, it is appropriate and in the best interests of the Estate and the creditors to allow Trustee to employ Z&H to represent Trustee because the attorneys at Z&H are experienced bankruptcy, insolvency, reorganization, real estate, and commercial law practitioners.  All attorneys comprising Z&H who will render services for Trustee are duly admitted to practice in the courts of the State of California and in the United States District Court for the Central District of California.

10.   Z&H has agreed to render the services.  The terms on which Z&H proposes to represent Trustee, subject to approval of the Court, are on the basis of $500.00 per hour for the services of principals of Z&H and lesser rates for the services of associates and paralegals, plus costs and actual out-of-pocket expenses.  Z&H reserves the right to change its hourly rates from time to time in accordance with its usual terms and conditions as communicated to Trustee.  A listing of principals, associates and paralegals of Z&H and the current billing rates of each, as well as the firm profile, is attached hereto as <u>Exhibit B</u> and is

4.

incorporated herein by this reference.  Trustee believes that the
proposed fee arrangement is reasonable based upon the prevailing
legal fees in the Los Angeles area for similar services.

11.  **THIS APPLICATION SEEKS NO FEES AT THIS TIME.  ANY
COMPENSATION OR FEES WILL BE SOUGHT UPON PROPER NOTICE TO ALL
CREDITORS AND UPON APPLICATION TO THIS COURT PURSUANT TO 11
U.S.C. §§ 330 and 331.  Z&H agrees to accept as compensation such
sum as the Court may allow pursuant to 11 U.S.C. §§ 330 and 331.**

12.  To the best of Trustee's knowledge, as reflected in the
declaration attached hereto, Z&H represents no other entity in
connection with this matter, and has no connection or financial
interest in or with Debtor, the Estate's creditors, or any other
party in interest, or their respective attorneys or accountants,
or the United States Trustee or any person employed in the office
of the United States Trustee, except that Nancy Hoffmeier Zamora
is a chapter 7 panel trustee in the Central District of
California, San Fernando Valley Division.  Z&H represents or
holds no interest adverse to the interest of the Estate with
respect to the matters on which Z&H is to be employed.

13.  Trustee's law firm, Law Offices of Larry D. Simons,
also represents debtors and creditors in its bankruptcy practice.
Nancy Hoffmeier Zamora has administered an unrelated chapter 7
case in which Trustee's law firm represented a party.

14.  Trustee's law firm represented and currently represents
Nancy Hoffmeier Zamora, as chapter 7 trustee, in other, unrelated
chapter 7 cases.  Z&H represented, and currently represents,
Trustee in other, unrelated chapter 7 cases.

. . . . .

5.

PDTW\application.001

15. To the best of Trustee's knowledge, and based upon the declaration of disinterestedness attached hereto and filed concurrently herewith, Z&H (a) is not a creditor, an equity security holder or an insider of Debtor; (b) is not and was not an investment banker for any outstanding security of Debtor; (c) has not been, within three (3) years before the Petition Date, an investment banker for a security of Debtor or of an investment banker specified in subparagraph (b) or (c) of this paragraph, and (d) does not have an interest materially adverse to the interest of the Estate, of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or an investment banker specified in subparagraph (b) or (c) of this paragraph, or for any other reason.

16. Z&H is disinterested with the meaning of 11 U.S.C. §§ 327(a) and 101(14).

17. No retainer has been or will be paid to Z&H in the Case. Z&H will be compensated with reasonable fees to be determined by the Court, after application, notice to creditors, and a hearing.

18. Z&H has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the attorneys' fees or expenses awarded to Z&H will be paid to any other entity.

**WHEREFORE,** Trustee prays that the Court order and approve Trustee's employment of Z&H, thereby allowing Z&H to represent the Estate on the terms and conditions set forth in this Application, with compensation to be paid as an administrative

6.

expense to be determined upon application to and approval by this Court, after notice and a hearing, effective June 30, 2016, and for such other and further relief as this Court deems just and proper.

Dated:   July 25, 2016

_____
Larry D. Simons
Chapter 7 Trustee

PDTW\application.001

## DECLARATION OF DISINTERESTEDNESS

I, Nancy Hoffmeier Zamora, declare as follows:

1.    I am an attorney duly licensed to practice before this Court, and am familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure of the Central District of California and shall comply with them.  I am a principal in the law firm of Zamora & Hoffmeier, A Professional Corporation ("Z&H").  All facts stated herein are true through my own personal knowledge and I could and would competently testify thereto in a court of law if called upon to do so.

2.    The capitalized terms used herein have the meanings ascribed to them in the Application by Larry D. Simons, Chapter 7 Trustee for Approval to Employ Zamora & Hoffmeier as General Counsel (the "Application") unless otherwise defined herein.

3.    I believe it appropriate under the circumstances for Trustee to employ Z&H because the attorneys of Z&H are experienced bankruptcy, insolvency, reorganization, real estate, and commercial law practitioners.

4.    I am a chapter 7 panel trustee in the Central District of California, San Fernando Valley Division.

5.    I have reviewed the client list of Z&H and have determined that neither I nor any principal, associate, paralegal, or other employee of Z&H has a connection with Debtor, any insider of Debtor, any entities of Debtor, any creditors of the Estate, or any other party in interest herein or their respective attorneys or accountants, or the United States Trustee or any person employed in the office of the United States Trustee

PDTW\application.001

(except to the extent that I am a chapter 7 panel trustee in the Central District of California), or any bankruptcy judge.  Z&H is a disinterested person within the meaning of Bankruptcy Code §§ 327(a) and 101(14).

6.   I have reviewed the client list of Z&H and to the best of my knowledge and belief, Z&H neither represents nor holds any adverse interests which would or might create a conflict of interest or otherwise impair its ability to perform on behalf of Trustee in a professional manner.

7.   Neither I nor any principal, associate, paralegal or other employee of Z&H has any interest with Debtor.

8.   Trustee's law firm, Law Offices of Larry D. Simons, also represents debtors and creditors in its bankruptcy practice. I administered an unrelated chapter 7 case in which Trustee's law firm represented a party.

9.   Trustee's law firm represented and currently represents me, as chapter 7 trustee, in other, unrelated chapter 7 cases. Z&H represented, and currently represents, Trustee in other, unrelated chapter 7 cases.

10.  I understand that compensation for services to be rendered by Z&H is subject to application to and approval by this Court, after notice to any parties in interest and to the United States Trustee, and a hearing, and an award will be made by the Court in accordance with the provisions of 11 U.S.C. §§ 330 and 331.  Z&H agrees to accept as compensation such sums as the Court may allow pursuant to 11 U.S.C. §§ 330 and 331.

11.  Z&H has no prepetition claims against Debtor.

. . . . .

9.

PDTW\application.001

12.   Z&H (a) is not a creditor, an equity security holder or an insider of Debtor; (b) is not and was not an investment banker for any outstanding security of Debtor; (c) has not been, within three (3) years before the date of the filing of Debtor's petition, an investment banker for a security of Debtor or of an investment banker specified in subparagraph (b) or (c) of this paragraph, and (d) does not have an interest materially adverse to the interest of the Estate, of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or an investment banker specified in subparagraph (b) or (c) of this paragraph, or for any other reason.

13.   Z&H has not received a retainer in the Case and does not expect to receive a retainer in the Case.  Z&H will be compensated with reasonable fees to be determined by the Court, after application, notice to creditors, and a hearing.

14.   Z&H has no fee sharing arrangement, understanding, or compensation sharing arrangement with any other entity, and no part of the attorneys' fees or expenses awarded to Z&H will be paid to any other entity.

15.   The professional services Z&H is projected to render on behalf of Trustee are such legal services as are necessary to represent Trustee as general counsel in this Case.   In particular, Z&H will represent Trustee in this Case to:

a.    Analyze and evaluate the Litigation, provide legal advice related thereto, and provide additional legal services as may be required to resolve the Litigation;

. . . . .

10.

PDTW\application.001

b.    Prepare any applicable avoidance action necessary to recover the Inventory and/or the value transferred by Debtor and/or negotiate a settlement of claims of the Estate in lieu of litigation; and

c.    Assist Trustee in liquidating the Personal Property for the benefit of the Estate.

16.    In addition, Z&H usually performs certain general tasks as counsel to trustees.    In this Case, to the extent legal issues are involved, Z&H may perform some or all of the following general tasks:

a.    Advise Trustee concerning the rights and remedies of the Estate and of Trustee in regard to the secured, priority and general unsecured claims of creditors;

b.    Represent Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or Trustee may be litigated or affected;

c.    Assist Trustee in the settlement of any debts owed to Debtor;

d.    Assist Trustee in the liquidation of any other assets of the Estate;

e.    Conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of pleadings, motions, notices, reports, accounts, applications and orders as are required for the orderly administration of the Estate; and

f.    Perform such other and further legal services as are necessary and proper in the administration of the Estate.

11.

17.   Z&H is cognizant of the Court's concern that counsel for trustees not perform trustee services pursuant to 11 U.S.C. § 326(a) and Local Bankruptcy Rule 2016-2 and Z&H does not intend to perform trustee services.  Z&H will assist the Trustee in his duties in this Case as appropriate.

18.   I believe it to be in the best interest of the Estate, Debtor, and creditors for Trustee to employ Z&H as general counsel to represent Trustee.

Executed on July 25, 2016 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Nancy Hoffmeier Zamora

12.

# EXHIBIT  A

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
ANTHONY N.R. ZAMORA (State Bar No. 146619)
ZAMORA & HOFFMEIER, A Professional Corporation
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:   (213) 488-9418
e-mail: zamora3@aol.com

Proposed Attorneys for
Larry D. Simons, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:16-bk-15889-SY |
| PDTW, LLC, | Chapter 7 |
| Debtor. | NOTICE OF APPLICATION BY LARRY D. SIMONS, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY ZAMORA & HOFFMEIER AS GENERAL COUNSEL |
| | [No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)(1)] |

     PLEASE TAKE NOTICE that Larry D. Simons, Chapter 7 Trustee

("Trustee") of the estate (the "Estate") in the above-referenced

case (the "Case") of debtor PDTW, LLC ("Debtor"), is filing with

the Court and submitting to the Office of the United States

Trustee an application (the "Application") to employ Zamora &

Hoffmeier, A Professional Corporation ("Z&H"), as his counsel to:

     a.   Analyze and evaluate that certain pending litigation

against Thomas Wylde, LLC and other defendants related to, among

other things, a dispute regarding ownership of the Inventory

(defined below), assigned Los Angeles County Superior Court Case

No. BC 596495 (the "Litigation"), provide legal advice related thereto, and provide additional legal services as may be required to resolve the Litigation;

b.    Prepare any applicable avoidance action necessary to recover certain personal property of Debtor consisting of an extensive inventory of designer, luxury women's apparel (the "Inventory") and/or the value transferred by Debtor and/or negotiate a settlement of claims of the Estate in lieu of litigation; and

c.    Assist Trustee in liquidating the Personal Property for the benefit of the Estate.

In addition, Z&H usually performs certain general tasks as counsel to trustees.  In this Case, to the extent legal issues are involved, Z&H may perform some or all of the following general tasks:

a.    Advise Trustee concerning the rights and remedies of the Estate and of Trustee in regard to the secured, priority and general unsecured claims of creditors;

b.    Represent Trustee in any proceeding or hearing, including, without limitation, objections to claims, in the Bankruptcy Court and in any action where the rights of the Estate or Trustee may be litigated or affected;

c.    Assist Trustee in the settlement of any debts owed to Debtor;

d.    Assist Trustee in the liquidation of any other assets of the Estate;

e.    Conduct examinations of witnesses, claimants, or adverse parties and prepare and assist in the preparation of

2.

1    pleadings, motions, notices, reports, accounts, applications and

2    orders as are required for the orderly administration of the

3    Estate; and

4         f.   Perform such other and further legal services as are

5    necessary and proper in the administration of the Estate.

6        No retainer has been or will be paid to Z&H in the Case.

7    Z&H will be compensated with reasonable fees to be determined by

8    the Court, after application, notice to creditors, and a hearing

9    pursuant to 11 U.S.C. §§ 330 and 331.   Z&H has agreed to accept

10    as compensation such sum as the Court may allow pursuant to 11

11    U.S.C. §§ 330 and 331.

12       PLEASE TAKE FURTHER NOTICE that you can obtain a copy of the

13    Application by contacting Nancy Zamora, Esq. of Zamora &

14    Hoffmeier, A Professional Corporation at the following address:

15            Zamora & Hoffmeier, A Professional Corporation
               U.S. Bank Tower

16            633 West 5th Street, Suite 2600
               Los Angeles California  90071

17            Telephone: (213) 488-9411
               Facsimile: (213) 488-9418

18            e-mail: zamora3@aol.com

19       PLEASE TAKE FURTHER NOTICE that any response to the

20    Application and a request for hearing thereon must conform to the

21    requirements of Local Rules of Bankruptcy Procedure 9013-1(o)(1),

22    9013-1(f)(1) and 2014-1(b)(2)(E), and must be filed with the

23    Court and served on Larry D. Simons, Esq., Chapter 7 Trustee,

24    7121 Magnolia Avenue, Riverside, California 92504; Nancy

25    Hoffmeier Zamora, Esq., Zamora & Hoffmeier, A Professional

26    Corporation, U.S. Bank Tower, 633 West 5th Street, Suite 2600,

27    Los Angeles, California 90071; and the Office of the United

28    States Trustee, 3801 University Avenue, Suite 720, Riverside,

California 92501-3200 no later than fourteen (14) days from the
date of service of this notice.

Dated:  July 25, 2016          ZAMORA & HOFFMEIER
                               A Professional Corporation

                               By: _____
                                   Nancy Hoffmeier Zamora
                                   Proposed Attorneys for Larry D.
                                   Simons, Chapter 7 Trustee

4.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):

NOTICE OF APPLICATION BY LARRY D. SIMONS, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY ZAMORA & HOFFMEIER AS GENERAL COUNSEL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
Chapter 7 Trustee: Larry D Simons (TR) larry@lsimonslaw.com, c119@ecfcbis.com, lauren@lsimonslaw.com; nancy@lsimonslaw.com
Debtor's Counsel: Misty A. Perry Isaacson, misty@ppilawyers.com, ecf@ppilawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On July 25, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: PDTW, LLC, 2514 S. Toledo Avenue, Palm Springs, CA 92264
Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 25, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2016, | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## Additional Service List for Notice

Murphy and Rosen
Attn: Paul Murphy
100 Wilshire Blvd., #1300
Santa Monica, CA 90401

Richard Byron Peddie, Esq.
Lawstudios/Richard Byron Peddie P.C.
5051 Euclid Avenue
Boulder, CO 80303-2831

Thomas Wylde, LLC
Attn: Jene Park
3231 S. La Cienga
Los Angeles, CA 90016

Kenneth W. Chung, Esq.
Laura C. Hess, Esq.
Allyson K. Thompson, Esq.
Kring & Chung, LLP
38 Corporate Park
Irvine, CA 92606-5105

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
P.O. BOX 2952
SACRAMENTO CA 95812-2952

Internal Reveune Service
300 North Los Angeles M/S 5022
Los Angeles CA 90012

IRS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

# EXHIBIT  B

ZAMORA & HOFFMEIER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

U.S. BANK TOWER
633 WEST 5ᵀᴴ STREET, SUITE 2600
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 488-9411
FACSIMILE (213) 488-9418

# FIRM RESUME

Zamora & Hoffmeier (the "Firm") is a law firm specializing in the practice of general business law. Each attorney has superior academic qualifications and substantial experience in representing clients engaged in sophisticated real estate, financing and business transactions, commercial litigation, and bankruptcy. The Firm adheres to the highest standards of excellence in providing legal services to its clients.

The Firm's clients are diverse and have included major regional, state, national and multinational corporations, governmental agencies, and financial institutions. The Firm strives to provide its clients with effective, comprehensive, creative and high quality legal services on an efficient, cost-effective basis. Each attorney's goal is to serve as an integral member of the client's team of professionals through a complete understanding and evaluation of the client's business operations and legal needs. The Firm's attorneys pride themselves on responding promptly and comprehensively to each client's needs, especially under challenging circumstances.

## DESCRIPTION OF EXPERIENCE

### Commercial Law and Bankruptcy

The Firm represents lenders, other creditors and borrowers in all aspects of bankruptcy, creditors' rights, workouts, foreclosure, receivership actions, alternative dispute resolution and asset management services. The Firm is experienced in every phase of the business bankruptcy and workout practice. The Firm's attorneys represent clients in structuring transactions to address potential bankruptcy concerns, resolving out-of-court workouts, and participating in all aspects of bankruptcy cases whether the clients are secured or unsecured creditors, debtors, trustees, committees, lessors, licensors, or buyers of assets or claims in chapter 11 reorganizations and bankruptcy court litigation.

### Real Estate Finance and Transactions

The Firm's attorneys are expert in all areas of commercial real estate loan origination, including negotiation and preparation of loan documents, for all types of commercial real estate loans. The Firm's attorneys have advised their financial institution clients in loan portfolio management and servicing, specifically including loan workouts, foreclosures, and forbearance agreements in connection with residential and commercial real estate loans. The Firm's attorneys have handled the purchase and sale of loans, including participation agreements and loan servicing agreements. They have negotiated and prepared agreements and other documents pertaining to the same with respect to residential and commercial real estate loans. The Firm's attorneys have negotiated and prepared partnership agreements pertaining to real estate development joint ventures.

The Firm's attorneys have significant experience handling transactions relating to retail, commercial, industrial and residential real properties, both improved and unimproved. Typical transactions have involved acquisition, development, management and disposition of real properties, as well as negotiation, preparation and implementation of agreements and

Proprietary and Privileged Information

leases pertaining to the same. The Firm's attorneys have represented all sides of transactions, including buyers and sellers, landlords and tenants. Finally, the Firm's attorneys have represented public entities in large transactions, involving complex negotiations for the purchase and sale of over 1.5 billion dollars in railroad rights-of-way and associated operating properties.

### Corporate and General Business Law

The Firm represents corporate clients, large, medium and small, in all of their legal needs including incorporation and corporate governance, shareholder agreements, private placements, day-to-day operations and contracting, and dissolution and sale or transfer of stock. The Firm's attorneys have represented entrepreneurs seeking to form new businesses and have served as general counsel to numerous established businesses, both privately and publicly held. The Firm's attorneys have negotiated and prepared all manner of commercial agreements related to a broad spectrum of business transactions, including the purchase and sale of business enterprises, including franchises, commercial real estate and other investment vehicles.

### Public Law

The Firm's attorneys handle a wide variety of administrative and regulatory matters. The Firm's members represent public and private entities in an array of real estate, land use, redevelopment, affordable housing, eminent domain, environmental, transportation, civil rights, and administrative law matters.

### General Litigation

As discussed in the description of legal services, above, the Firm has provided legal representation to clients involved in litigation and claims in the areas identified above. The Firm's attorneys are admitted and practice in state and federal court in California. Additionally, the Firm's transactional expertise in corporate, real estate and general business law provides depth and breadth in performing litigation services for clients that involve these substantive law areas.

ZAMORA & HOFFMEIER

# PRINCIPALS OF THE FIRM

*Anthony N.R. Zamora.* Mr. Zamora is a principal of the Firm. Mr. Zamora was born in Los Angeles, California in 1961. He obtained his A.B. degree in Government from Harvard University in Cambridge, Massachusetts in 1982. Mr. Zamora received his J.D. from the University of Southern California in 1989, where he was an articles editor for the Southern California Law Review where he published an article on the constitutionality of federal consent decrees.

As a principal of Zamora & Hoffmeier, Mr. Zamora specializes in real property transactions and commercial litigation. He has represented a broad array of clients ranging from large companies and start-up entrepreneurial ventures to governmental agencies located throughout southern California. In addition, Mr. Zamora has extensive experience representing bankruptcy trustees in chapter 7 and 11, creditors, and debtors before the United States Bankruptcy Court.

Mr. Zamora has extensive experience advising clients engaged in corporate and real estate transactions. Mr. Zamora has served as special counsel to the Los Angeles County Transportation Commission and the seven county Southern California Regional Rail Authority. In this capacity, Mr. Zamora advised the Commission and the Authority regarding the acquisition of over one billion dollars in railroad rights-of-way from the Southern Pacific Transportation Company and the Santa Fe Railway Company. Mr. Zamora also served as special counsel to the Ports of Los Angeles and Long Beach and was extensively involved in negotiating the acquisition of the Alameda Corridor from the Southern Pacific Transportation Company.

Prior to practicing law, Mr. Zamora served as a Senior Consultant to the California Assembly's Select Committee on State Procurement Practices, and as the executive vice president of a management consulting firm. Mr. Zamora previously served as a member of the Los Angeles City Planning Commission. He served on the Development Reform Committee, a blue ribbon panel charged with streamlining the City of Los Angeles' land use and permit system. Earlier, Mr. Zamora served as Vice President of the Affordable Housing Commission, City of Los Angeles, and as Chairman of the Relocations Appeals Board of the Community Redevelopment Agency of the City of Los Angeles. He also served as a member of the Downtown Strategic Plan Committee, a blue ribbon panel involved in planning downtown Los Angeles. Mr. Zamora is a member of the State Bar of California.

# PRINCIPALS OF THE FIRM

*Nancy J. Hoffmeier Zamora*. Ms. Hoffmeier Zamora is a principal of the Firm. Ms. Hoffmeier Zamora was born in Cambridge, Illinois in 1960. She obtained her A.B. degree, cum laude, in Government from Harvard University in Cambridge, Massachusetts in 1982. Ms. Hoffmeier Zamora received her J.D. from the University of California at Los Angeles in 1988, where she was an editor for the UCLA Law Review and published an article on the constitutionality of benefit assessment districts. Ms. Hoffmeier Zamora formerly practiced in the Bankruptcy and Real Estate Departments of O'Melveny & Myers for two years, and, subsequently, as a senior associate in the Bankruptcy Group of Morrison & Foerster for four years. Ms. Hoffmeier Zamora specializes in commercial litigation, bankruptcy, creditors' rights, loan restructurings and reorganizations, financing, real estate transactions, and corporate law.

Ms. Hoffmeier Zamora has represented numerous corporate, partnership, and institutional lending clients in a wide array of national and international transactions. She has represented secured and unsecured lenders, landlords, developers, and other investors in commercial and real estate transactions, and in complex bankruptcies and workouts involving hotels and resorts, restaurants, shopping centers, commercial real estate developments, health care companies, mining operations, and agricultural, manufacturing and retail enterprises. For example, Ms. Hoffmeier Zamora represented The Equitable Life Assurance Society of the United States, the first trust deed holder of the Westin Bonaventure Hotel, in all aspects of the bankruptcy of The Los Angeles Bonaventure Company, the Hotel's owner, including the drafting and confirmation of a plan of reorganization, the preparation of a hotel management agreement, the design of a complex partnership structure, and the preparation of partnership agreements, loan documents, and other documents related to the transfer of the Hotel.

Ms. Hoffmeier Zamora also has represented debtors in chapter 7, 11, and 13 bankruptcy cases. She is one of the private panel trustees in the Central District of California, appointed by the United States Trustee and has served as trustee in chapter 7 and 11 cases since 1998.

Prior to commencing her law practice, Ms. Hoffmeier Zamora served as Deputy Director of the Los Angeles Business Labor Council, as a financial services consultant, and as a teacher.

Ms. Hoffmeier Zamora served as an elected member of the Board of Governors of the State Bar of California (2000-2003). She formerly served as a member of the Building and Safety Commission and the Board of Civil Service Commissioners of the City of Los Angeles, President of California Women Lawyers (CWL), President of Women Lawyers Association of Los Angeles (WLALA), Treasurer of the National Women's Political Caucus, a member of the national Board of Directors of the NOW Legal Defense and Education Fund, and a member of the Los Angeles County Bar Association's Judicial Appointment Committee and Board of Trustees. Ms. Hoffmeier Zamora is admitted to practice in California and Washington, D.C. She is a member of the State Bar of California, CWL, WLALA, the Los Angeles Bankruptcy Forum, the National Association of Bankruptcy Trustees, and the James T. King Bankruptcy Inn of Court.

ZAMORA & HOFFMEIER
HOURLY BILLING RATES
As of June 30, 2016


Nancy H.R. Zamora                          $500.00
(Principal)

Anthony N.R. Zamora                        $500.00
(Principal)

Cynthia Casas                             $125.00
(Legal Office Assistant)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):

APPLICATION BY LARRY D. SIMONS, CHAPTER 7 TRUSTEE, FOR APPROVAL TO EMPLOY
ZAMORA & HOFFMEIER AS GENERAL COUNSEL; DECLARATION OF DISINTERESTEDNESS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 25, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov
Chapter 7 Trustee: Larry D Simons (TR) larry@lsimonslaw.com, c119@ecfcbis.com, lauren@lsimonslaw.com; nancy@lsimonslaw.com
Debtor's Counsel: Misty A. Perry Isaacson, misty@ppilawyers.com, ecf@ppilawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 25, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: PDTW, LLC, 2514 S. Toledo Avenue, Palm Springs, CA 92264
Office of the United States Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 25, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 25, 2016, | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.