| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John D. Wilson (SBN 94624)<br>LAW OFFICES OF JOHN D. WILSON<br>1900 Avenue of the Stars, Suite 960<br>Los Angeles, CA 90067<br>Telephone: (310) 277-2323<br>Facsimile: (310) 556-2308<br>Email: johnw@jdwilsonlaw.net | FILED<br>AUG 21 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

BY FAX

☐ *Individual appearing without attorney*
☒ *Attorney for:* Non-party ENILUZ GONZALEZ

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>PDWT, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 6:16-bk-15889-SY<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Motion to Quash Subpoena Duces Tecum</u>

   b. Date of filing of motion: <u>8/21/2017</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   The Subpoena Duces Tecum served on Eniluz Gonzalez, a non-party be quashed.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                           F 9075-1.1.APP.SHORT.NOTICE

    b. Identify the parties affected by the relief requested in the motion:

      (1) Non-party Eniluz Gonzalez
      (2) Paula Thomas

    c. State the reasons necessitating a hearing on shortened time:

      Trial is set on August 28, 2017. In order for Ms. Gonzalez to understand her rights in connection with the Subpoena, a hearing on shortened time is necessary. If Ms. Gonzalez were forced to appear, travel arrangements from Costa Rica, and care for her two children would be required.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 8/21/2017

LAW OFFICES OF JOHN D. WILSON
Printed name of law firm

_/s/ John D. Wilson_
Signature of individual Movant or attorney for Movant

John D. Wilson, Esq.
Printed name of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

JOHN D. WILSON (SBN 94624)
LAW OFFICES OF JOHN D. WILSON
1900 Avenue of the Stars, Suite 960
Los Angeles, CA  90067-4310
Tel:  (310) 277-2323
Fax: (310) 556-2308
Email: johnw@jdwilsonlaw.net

Attorney for Non-Party
ENILUZ GONZALEZ

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re PDWT, LLC, | CASE NO. 6:16-bk-15889-SY |
| Debtor, | Adv. Proc. No. |
| | Chapter 7 |
| | DECLARATION OF JOHN D. WILSON IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE OF ENILUZ GONZALEZ'S MOTION TO QUASH SUBPOENA DUCES TECUM |
| Plaintiff<br>v.<br>Defendant | |

1

**DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH LBR 9075-1(b)(2)(B)**

# DECLARATION OF JOHN D. WILSON

I, John D. Wilson declare and state as follows:

1. I am an attorney licensed to practice in all courts in the State of California, and represent non-party Eniluz Gonzalez in connection with this Motion to Quash Subpoena. I have firsthand knowledge of the following facts and would and could competently testify thereto if called upon to do so.

2. This Declaration is filed in support of the requirement under LBR 9075-1(b)(2)(B).

3. Trial is set on August 28, 2017, which is the date stated on the Subpoena Duces Tecum ("Subpoena") on which our client is to appear. As stated in the Declaration of Ms. Gonzalez filed with the Motion to Quash Subpoena, our client moved with her family to Costa Rica on or about August 4, 2017.

4. In order for Ms. Gonzalez to understand her rights in connection with the Subpoena, a hearing on shortened time is necessary. If Ms. Gonzalez were forced to appear, travel arrangements from Costa Rica and care for her two children would be required.

5. The Subpoena is defective for the following reasons: Gonzalez's name was not spelled correctly on the Subpoena. The Subpoena is not a proper Subpoena for a bankruptcy action. The Subpoena is issued by the District Court. The Subpoena does not identify the parties to the Adversary Action. No witness fee was provided at the time of service of the Subpoena. No travel fee was provided at the time of service of the Subpoena. The Subpoena requires that prior to its issuance notice be given to all other parties. There is no proof this requirement was satisfied. Under the section in which one must identify the documents. None are sought, yet the subpoena contains Exhibit "A" seeking a host of very broad documents.

Executed on this 21st day of August, 2017 at Los Angeles, California.

_____
JOHN D. WILSON

2
**DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH LBR 9075-1(b)(2)(B)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Suite 960, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 08/21/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

biller_ldtconsulting@verizon.net; lawstudios@comcast.net; lawstudios@gmail.com; misty@ppilawyers.com; ecf@ppilawyers.com; r51779@notify.bestcase.com; larry@lsimonslaw.com; c119@ecfcbis.com; nancy@lsimonslaw.com; cynthia@lsimonslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 08/21/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hahn Fife & Company LLP<br>790 East Colorado Blvd 9th Floor<br>Pasadena, CA 91101 | LCCP Blackwelder Fee Owner LLC<br>3243 S. La Cienega Blvd.<br>Los Angeles, CA 90016 | Allyson K Thompson<br>Kring & Chung, LLP<br>38 Corporate Park<br>Irvine, CA 90016 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/21/2017 | Edna Rodriguez | /s/ Edna Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                             F 9075-1.1.APP.SHORT.NOTICE