**ORIGINAL**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

John D. Wilson (SBN 94624)
LAW OFFICES OF JOHN D. WILSON
1900 Avenue of the Stars, Suite 960
Los Angeles, CA 90067
Telephone: (310) 277-2323
Facsimile: (310) 556-2308
Email: johnw@jdwilsonlaw.net

**LODGED**
AUG 21 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

BY FAX

☐ *Individual appearing without attorney*
☒ *Attorney for:* Eniluz Gonzalez

FOR COURT USE ONLY

**FILED**
AUG 22 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**ENTERED**
AUG 22 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

PDTW, LLC,

CASE NO.: 6:16-bk-15889-SY

CHAPTER: 7

**ORDER:**

☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**

☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**

**[LBR 9075-1(b)]**

Debtor(s).

**Movant** (*name*): ENILUZ GONZALEZ

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion:* Motion to Quash Subpoena Duces Tecum

    b.  *Date of filing of motion:* 08/21/2017

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application:* 08/21/2017

3.  Based upon the court's review of the Application, it is ordered that:

    a.  ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                    Page 1                    F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** *8-24-17* | **Place:** |
| **Time:** *9:30am* | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** *302* | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
| | ☒ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: *8-22-17* | *Counsel for Paula Thomas Dimitrios* |
| Time: *3:00pm* | *Biller and Marcia Daley* |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☐ one of the methods checked    ☐ all of the methods checked

(A)  ☐ Personal Delivery  ☒ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: *8-22-17* | *Same as Telephonic* |
| Time: *5:00pm* | *Notice* |
| | ☐ See attached page |
| | (D) _Service is also required upon:_ |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers *(see Court Manual for address)* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                     Page 2                              F 9075-1.1.ORDER.SHORT.NOTICE

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with motion, declarations, supporting documents:*<br><br><br><br><br>☐ See attached page<br>(D) *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's copy personally delivered to chambers<br>(see Court Manual for address) |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(see Court Manual for address) |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                        Page 3                          F 9075-1.1.ORDER.SHORT.NOTICE

---

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written reply to opposition:_ |
|---|---|
| Date: | -- All persons/entities who filed a written opposition |
| Time: | |
| | (D) _Service is also required upon:_<br>-- United States trustee _(electronic service is not permitted)_<br>-- Judge's Copy personally delivered to chambers<br>(see _Court Manual for address_) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| |
|---|
| ☐ at least 2 days before the hearing. |
| ☒ no later than:     Date: _8-23 -17_   Time: _5:00 pm_ |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: _8 -22 -17_ _____

_____
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                Page 4                    F 9075-1.1.ORDER.SHORT.NOTICE