**BY FAX**

FILED
AUG 22 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

1 | JOHN D. WILSON (SBN 94624)
LAW OFFICES OF JOHN D. WILSON
2 | 1900 Avenue of the Stars, Suite 960
Los Angeles, CA 90067-4310
3 | Tel: (310) 277-2323
Fax: (310) 556-2308
4 | Email: johnw@jdwilsonlaw.net

5 | Attorney for Non-Party
ENILUZ GONZALEZ

6

7 | UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
8 | RIVERSIDE DIVISION

| In re PDWT, LLC, | CASE NO. 6:16-bk-15889-SY |
|---|---|
| Debtor, | Adv. Proc. No. |
| | Chapter 7 |
| | **NON-PARTY ENILUZ GONZALEZ'S NOTICE OF RULING OF APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH SUBPOENA DUCES TECUM** |
| Plaintiff | Date: August 24, 2017 |
| v. | Time: 9:00 a.m. |
| Defendant | Dept.: 302 |

**PLEASE TAKE NOTICE** that on August 22, 2017, the Court granted the Application of Eniluz Gonzalez to advance the hearing date on her Motion to Quash Subpoena Duces Tecum. Said hearing shall proceed on August 24, 2017 at 9:00 a.m., in Department 302 of the above-entitled Court, located at 3420 12th St., Riverside CA. 92501, the Honorable Scott H. Yun, Judge Presiding.

///

1
NOTICE OF RULING ADVANCING HEARING DATE ON MOTION TO QUASH SUBPOENA

1       Any Opposition or Reply Briefs to the Motion to Quash Subpoena Duces Tecum shall be
2 due at the hearing.
3
4 DATED: August 22, 2017           LAW OFFICES OF JOHN D. WILSON
5
6                                       By:_____
7                                          JOHN D. WILSON
8                                          Attorney for Non-Party Eniluz Gonzalez
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**NOTICE OF RULING ADVANCING HEARING DATE ON MOTION TO QUASH SUBPOENA**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, Suite 960, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): <u>NON-PARTY ENILUZ GONZALEZ'S NOTICE OF RULING OF APPLICATION TO ADVANCE HEARING DATE ON MOTION TO QUASH SUBPOENA DUCES TECUM</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/22/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- biller_ldtconsulting@verizon.net; lawstudios@comcast.net; lawstudios@gmail.com; misty@ppilawyers.com; ecf@ppilawyers.com; r51779@notify.bestcase.com; larry@lsimonslaw.com; c119@ecfcbis.com; nancy@lsimonslaw.com; cynthia@lsimonslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/22/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hahn Fife & Company LLP | LCCP Blackwelder Fee Owner LLC | Allyson K Thompson |
| 790 East Colorado Blvd 9th Floor | 3243 S. La Cienega Blvd. | Kring & Chung, LLP |
| Pasadena, CA 91101 | Los Angeles, CA 90016 | 38 Corporate Park |
| | | Irvine, CA 90016 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/22/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Dimitrios P. Biller (Via Overnight Mail) | Marcia Daley (Via Overnight Mail) |
| LDT Consulting, Inc. | Daley & Sacks Law RLLP |
| 15113 Sunset Blvd. | 516 Westwood Blvd., Suite 102 |
| Pacific Palisades, CA 90272 | Los Angeles, CA 90024 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/22/2017 | Edna Rodriguez | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**