BY FAX

1  JOHN D. WILSON (SBN 94624)
   LAW OFFICES OF JOHN D. WILSON
2  1900 Avenue of the Stars, Suite 960
   Los Angeles, CA  90067-4310
3  Tel:  (310) 277-2323
   Fax: (310) 556-2308
4  Email: johnw@jdwilsonlaw.net

5  Attorney for Non-Party
   ENILUZ GONZALEZ

FILED
AUG 22 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re PDWT, LLC,

    Debtor,

    Plaintiff

v.

    Defendant

CASE NO. 6:16-bk-15889-SY

Adv. Proc. No.

**Chapter 7**

**DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH COURT ORDER OF AUGUST 22, 2017 GRANTING APPLICATION OF ENILUZ GONZALEZ TO ADVANCE HEARING DATE ON MOTION TO QUASH SUBPOENA DUCES TECUM**

1

DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH AUGUST 22, 2017 ORDER OF THE COURT

# DECLARATION OF JOHN D. WILSON

I, John D. Wilson declare and state as follows:

1. I am an attorney licensed to practice in all courts in the State of California, and represent non-party Eniluz Gonzalez in connection with this Motion to Quash the Subpoena Duces Tecum. I have firsthand knowledge of the following facts and would and could competently testify thereto if called upon to do so.

2. This Declaration is filed to confirm that the undersigned has complied with the Court Order of August 22, 2017, by giving notice of the Order of the Court both by telephone and overnight mail to attorneys Dimitrios Biller and Marcia Daley that the hearing date on the Motion to Quash Subpoena Duces Tecum has been advanced and set on August 24, 2017 at 9:00 a.m. before this Court in Room 302 of the United States Bankruptcy Court, Central District of California, Riverside Division. Counsel was also informed that any Opposition or Reply Briefs would be due at the time of the hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of August, 2017 at Los Angeles, California.

_____
JOHN D. WILSON

---

2
DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH AUGUST 22, 2017 ORDER OF THE COURT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Suite 960, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF JOHN D. WILSON IN COMPLIANCE WITH COURT ORDER OF AUGUST 22, 2017 GRANTING APPLICATION OF ENILUZ GONZALEZ TO ADVANCE HEARING DATE ON MOTION TO QUASH SUBPOENA DUCES TECUM

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/22/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- biller_ldtconsulting@verizon.net; lawstudios@comcast.net; lawstudios@gmail.com; misty@ppilawyers.com; ecf@ppilawyers.com; r51779@notify.bestcase.com; larry@lsimonslaw.com; c119@ecfcbis.com; nancy@lsimonslaw.com; cynthia@lsimonslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/22/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Hahn Fife & Company LLP<br>790 East Colorado Blvd 9th Floor<br>Pasadena, CA 91101 | LCCP Blackwelder Fee Owner LLC<br>3243 S. La Cienega Blvd.<br>Los Angeles, CA 90016 | Allyson K Thompson<br>Kring & Chung, LLP<br>38 Corporate Park<br>Irvine, CA 90016 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/22/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Dimitrios P. Biller (Via Overnight Mail)<br>LDT Consulting, Inc.<br>15113 Sunset Blvd.<br>Pacific Palisades, CA 90272 | Marcia Daley (Via Overnight Mail)<br>Daley & Sacks Law RLLP<br>516 Westwood Blvd., Suite 102<br>Los Angeles, CA 90024 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/22/2017 | Edna Rodriguez | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**