# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Scott Yun, Presiding
### Courtroom 302 Calendar

**Thursday, August 24, 2017**                                                                 Hearing Room    302

**9:30 AM**
**6:16-15889    PDTW, LLC**                                                                           **Chapter 7**

#4.10    Interested Party Notice of Motion and Motion to Quash Subpoena Duces Tecum

**OST**

Docket    176

*Handwritten notes:*
- John Wilson for Int. party Eniluz Gonzalez
- Nancy Zamora for Ch. 7 Trustee
- Larry Simons Ch. 7 Trustee
- Marcia Daley
- Dimitrios Bitler for Paula Thomas
- Paula Thomas creditor
- Richard Peddie for Thomas Wylde

**Matter Notes:**
  GRANTED: ✓    DENIED: _____

CONT'D. TO: _____

  Briefing filed: _____
  Opposition filed: _____
  Reply filed: _____

WITHDRAWN: _____

Order Lodged by: J. Wilson

**Tentative Ruling:**
- NONE LISTED -

**Party Information**

**Debtor(s):**
  PDTW, LLC                              Represented By
                                          Misty A Perry Isaacson

**Movant(s):**
  Eniluz Gonzalez                        Represented By
                                          John D Wilson