**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John D. Wilson (SBN 94624)<br>LAW OFFICES OF JOHN D. WILSON<br>1900 Avenue of the Stars, Suite 960<br>Los Angeles, CA 90067<br>Telephone: (310) 277-2323<br>Facsimile: (310) 556-2308<br>Email: johnw@jdwilsonlaw.net |  |
| ☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Non-Party, ENILUZ GONZALEZ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>PDTW, INC.<br><br><br>Debtor(s) | CASE NO.: 6:16-bk-15889-SY<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Order Granting Motion for Order Quashing Subpoena to Appear and Testify At a Hearing or Trial in a Civil Action |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING ENILUZ GONZALEZ'S MOTION FOR ORDER QUASHING SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION</u>

was lodged on (*date*) <u>09/01/2017</u> and is attached. This order relates to the motion which is docket number <u>176</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                          F 9021-1.2.BK.NOTICE.LODGMENT

JOHN D. WILSON (SBN 94624)
LAW OFFICES OF JOHN D. WILSON
1900 Avenue of the Stars, Suite 960
Los Angeles, CA 90067-4310
Tel: (310) 277-2323
Fax: (310) 556-2308
Email: johnw@jdwilsonlaw.net

Attorney for Non-Party
ENILUZ GONZALEZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re PDTW, LLC,<br><br>　　　　　Debtor, | CASE NO. 6:16-bk-15889-SY<br><br>Chapter 7<br><br>**ORDER GRANTING ENILUZ GONZALEZ'S MOTION FOR ORDER QUASHING SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION**<br><br>August 24, 2017<br>9:30 a.m. (#4.10 on calendar)<br>3420 Twelfth Street, Courtroom 302<br>Riverside, California 92501-3819 |

　　　　On August 21, 2017, Eniluz Gonzalez filed *Non-Party Eniluz Gonzalez's Notice of Motion and Motion to Quash Subpoena Duces Tecum* (Docket #176, "Motion to Quash").

　　　　On August 22, 2017, this Court entered its *Order Granting Application and Setting Hearing on Shortened Notice* and set a hearing on the Motion to Quash for 9:30 a.m. on August 24, 2017. Docket #178.

1

ORDER GRANTING MOTION

1  At 9:30 a.m. on August 24, 2017, the Court conducted a hearing on the Motion to Quash.
2  Appearances were reflected in the record on the Court's minutes (Docket #188). The Motion to
3  Quash was opposed.

4  Based on the findings and conclusions made at the August 24, 2017 record, and good cause
5  appearing, the Motion to Quash is granted.

6  **IT IS SO ORDERED.**
7
8
9  **Hon. Scott H. Yun**
10 **U.S. Bankruptcy Judge**

2

ORDER GRANTING MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, Suite 960, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/01/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/01/2017 | Edna Rodriguez | /s/ Edna Rodriguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

# Information for Case 6:16-bk-15889-SY

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Dimitrios P Biller**   biller_ldtconsulting@verizon.net
- **Richard B Peddie**   lawstudios@comcast.net, lawstudios@gmail.com
- **Misty A Perry Isaacson**   misty@ppilawyers.com, ecf@ppilawyers.com; r51779@notify.bestcase.com
- **Larry D Simons (TR)** larry@lsimonslaw.com; c119@ecfcbis.com; nancy@lsimonslaw.com; cynthia@lsimonslaw.com
- **United States Trustee (RS)** ustpregion16.rs.ecf@usdoj.gov
- **Nancy H Zamora**   zamora3@aol.com