# EXHIBIT "12"

# THOMAS WYLDE

**ACTION BY WRITTEN CONSENT
OF THE SOLE ORGANIZER OF
THOMAS WYLDE, LLC**
a California Limited Liability Company
July 22, 2014

The undersigned, acting as sole organizer of Thomas Wylde, LLC, a California Limited Liability Company (the "Company"), hereby adopts the following resolutions by this written consent without a meeting, pursuant to the instructions of the Members of the Company, which shall be effective on the commencement of the Company's existence:

RESOLVED that John Hanna has been appointed as Chief Executive Officer of the Company until such time as the first meeting of the Members or until his successor is duly appointed by the Members. As Chief Executive Officer, Hanna is hereby empowered to manage the day to day operations of the Company, subject to review and direction by the Members.

RESOLVED FURTHER that John Hanna is hereby authorized and directed to establish, maintain, and close one or more bank accounts in the name of the Company for the funds of the Company with any federally insured bank or similar depository; to cause to be deposited from time to time to such accounts such funds of the Company as such officer deems necessary or advisable, and to designate, change, or revoke the designation, from time to time, of the officer or officers or agent or agents of the Corporation authorized to make such deposits or to countersign checks, drafts, or other orders for the payment of money issued in the name of the Company against any funds deposited in any such accounts; and to make such rules and regulations with respect to such accounts as such officer may deem necessary or advisable to complete, execute, and deliver any documents as such banks and similar financial institutions customarily require to establish any such account and to exercise the authority granted by this binding resolution including, but not limited to, customary signature card forms and form banking resolutions.

RESOLVED FURTHER that all form resolutions required by any such depository, if any, are adopted in such form used by such depository by the Members, and that the Secretary or other designated officer is authorized to certify such resolutions as having been adopted by the Members and to insert a copy of any such resolutions into the minute book of the Company.

RESOLVED FURTHER that any such depository to which a certified copy of such resolutions has been delivered by the CEO or Secretary of the Company is entitled to rely on such resolutions for all purposes until it shall have received written notice from the Members of the revocation or amendment of such resolutions.

---

3231 S. La Cienega Blvd., Unit A, Los Angeles, CA 90016

SCHNIDER_BK 002390

# THOMAS WYLDE

RESOLVED FURTHER that a copy of this written consent shall be entered into the Minute Books of the Company.

IN WITNESS WHEREOF, the undersigned executes this written consent as of the date set forth above.

David Schnider, Organizer and General Counsel
Thomas Wylde, LLC
3231 S. La Cienega Blvd., Unit A
Los Angeles, CA 90016

John Hanna hereby accepts the authority and responsibility vested in him pursuant to the foregoing resolutions and certifies that he shall act as a fiduciary of the Company to carry out the terms hereof on behalf of and for the benefit of the Company pursuant to the direction of its Members.

July 29, 2014

John Hanna, CEO
Thomas Wylde, LLC
3231 S. La Cienega Blvd., Unit A
Los Angeles, CA 90016

3231 S. La Cienega Blvd., Unit A, Los Angeles, CA 90016

SCHNIDER_BK 002391

# EXHIBIT "13"

**Kyu Hong Kim, CPA, Inc.**
**3435 Wilshire Blvd Ste 1970**
**Los Angeles, CA 90010-1938**
**213-381-3557**

November 9, 2016

**CONFIDENTIAL**

THOMAS WYLDE LLC
235 W 31ST ST
LOS ANGELES, CA 90007

Dear :

We have prepared the enclosed amended returns from information provided by you without
verification or audit. We suggest that you examine these returns carefully to fully acquaint
yourself with all items contained therein to ensure that there are no omissions or misstatements.

**Federal Filing Instructions**

Your amended 2015 Form 1065 shows no balance due.

Your amended return is being filed electronically and is not required to be mailed. If you mail a
paper copy of Form 1065 to the IRS it will delay processing of the return. The electronically filed
return is not complete without a signature. A limited liability company member should sign and
date Form 8879-PE, IRS *e-file* Signature Authorization for Form 1065. The form must be signed
and returned before the electronic file can be transmitted to the IRS.

Mail the signed Form 8879-PE as soon as possible to:

> Kyu Hong Kim, CPA, Inc.
> 3435 Wilshire Blvd Ste 1970
> Los Angeles, CA 90010-1938

**California Filing Instructions**

Your amended California 2015 Form 568 shows no balance due.

Your amended return is being filed electronically and is not required to be mailed. If you mail a
paper copy of Form 568 to the California Franchise Tax Board it will delay processing of your
return. The electronically filed return is not complete without your signature. A limited liability
company member should sign and date Form 8453-LLC, California e-file Return Authorization
for Limited Liability Companies. The form must be signed and returned before the electronic file
can be transmitted to California Franchise Tax Board.

Mail signed Form 8453-LLC as soon as possible to:

> Kyu Hong Kim, CPA, Inc.
> 3435 Wilshire Blvd Ste 1970
> Los Angeles, CA 90010-1938

Also enclosed is any material you furnished for use in preparing the returns. If the returns are examined, requests may be made for supporting documentation. Therefore, we recommend that you retain all pertinent records for at least seven years.

In order that we may properly advise you of tax considerations, please keep us informed of any significant changes in your financial affairs or of any correspondence received from taxing authorities.

If you have any questions, or if we can be of assistance in any way, please call.

Sincerely,

Kyu Hong Kim, CPA, Inc.

| Form **1065X** | **Amended Return or Administrative** | OMB No. 1545-0099 |
|---|---|---|
| (January 2012) | **Adjustment Request (AAR)** | **For tax year ending** |
| Department of the Treasury Internal Revenue Service | (For use by filers of Forms 1065, 1065-B, and 1066) ▶ See separate instructions. | ▶ 12/2015 (Enter month and year.) |

| | Name | Employer identification number |
|---|---|---|
| **Please Type or Print** | THOMAS WYLDE LLC | 47-1444612 |
| | Number, street, and room or suite no. (If a P.O. box, see instructions.) 235 W 31ST ST | |
| | City or town, state, and ZIP code  LOS ANGELES    CA 90007 | Telephone number (optional) |

Enter name and address used on original return (if same as above, write "Same")

Same

Internal Revenue Service Center where original return was filed ▶    Ogden, UT  84201-0011

### TEFRA/NonTEFRA Determination

**A** Has the partnership made an election to be treated as an electing large partnership (ELP) under the provisions of section 775? ☐ Yes ☒ No

If "Yes," the partnership is not subject to TEFRA. Enter the date of the election ▶ _____ , go to Item E, and check the "Not subject to TEFRA" box. Do not complete Items B through D.

You must determine if the partnership is subject to the rules for consolidated audit proceedings (TEFRA proceedings) under sections 6221 through 6234. See instructions for details.

**B** Did the partnership have 10 or fewer partners at all times during the tax year? (**Note.** A husband and wife are considered one partner for TEFRA purposes.) ☒ Yes ☐ No

**C** At all times during the partnership's tax year, were all partners U.S. citizens, resident aliens, C corporations, or estates of deceased partners? ☐ Yes ☒ No

If the answers to questions B and C are "Yes," the partnership is not subject to TEFRA proceedings. A partnership that is not subject to TEFRA cannot file an Administrative Adjustment Request. See instructions for details.

**D** If the partnership is not otherwise subject to TEFRA, has the partnership filed Form 8893, Election of Partnership Level Tax Treatment, or its equivalent, to make an election to be treated as a TEFRA partnership? ☐ Yes ☒ No

If the answer to question D is "Yes," enter the tax year that the election to be treated as a TEFRA partnership was originally filed with the partnership return ▶

**E** The partnership is ☒ Subject to TEFRA    ☐ Not subject to TEFRA

**F** Check the applicable box (see instructions): ☐ Amended Return    ☐ Administrative Adjustment Request (AAR)

**G** If you are a Tax Matters Partner (TMP) or a Partner With Authority (PWA) filing an AAR on behalf of the pass-through entity, are you requesting substituted return treatment? (see instructions) ☐ Yes ☒ No

**H** Check the applicable box to identify the type of pass-through entity: ☒ Partnership    ☐ Electing Large Partnership (ELP) ☐ Real Estate Mortgage Investment Conduit (REMIC)

**I** Partnerships and ELPs, enter the number of Schedules K-1 being filed with this return ................................... ▶    6

### Fill in applicable items and use Part III to explain any changes

| **Part I** | **Amended or Administrative Adjustment Request (AAR) Items for Partnerships Filing Form 1065 Only (ELPs and REMICs, use Part II)** | | (a) As originally reported on Schedule K or as previously adjusted | (b) Net change — increase or (decrease) — explain in Part III | (c) Correct amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) | 1 | -4,613,383 | 0 | -4,613,383 |
| | 2 Net rental real estate income (loss) | 2 | | | |
| | 3 Other net rental income (loss) (see instructions) | 3 | | | |
| | 4 Guaranteed payments | 4 | | | |
| | 5 Interest income | 5 | | | |
| | 6a Ordinary dividends | 6a | | | |
| | b Qualified dividends | 6b | | | |
| | 7 Royalties | 7 | | | |
| | 8 Net short-term capital gain (loss) | 8 | | | |
| | 9a Net long-term capital gain (loss) | 9a | | | |
| | b Collectibles (28%) gain (loss) | 9b | | | |
| | c Unrecaptured section 1250 gain (see instructions) | 9c | | | |
| | 10 Net section 1231 gain (loss) | 10 | | | |
| | 11 Other income (loss) (see instructions) | 11 | | | |

**For Paperwork Reduction Act Notice, see instructions.**    Form **1065X** (1-2012)

DAA

Form 1065X (1-2012)    THOMAS WYLDE LLC    47-1444612    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Deductions** | 12 | Section 179 deduction | 12 | | | |
| | 13a | Contributions | 13a | 2,400 | 0 | 2,400 |
| | b | Investment interest expense | 13b | | | |
| | c | Section 59(e) expenditures | 13c | | | |
| | d | Other deductions (see instructions) | 13d | | | |
| **Self-Emplmt.** | 14a | Net earnings (loss) from self-employment | 14a | | | |
| | b | Gross farming or fishing income | 14b | | | |
| | c | Gross nonfarm income | 14c | | | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | | | |
| | b | Low-income housing credit (other) | 15b | | | |
| | c | Qualified rehabilitation expenditures (rental real estate) | 15c | | | |
| | d | Other rental real estate credits (see instructions) | 15d | | | |
| | e | Other rental credits (see instructions) | 15e | | | |
| | f | Other credits (see instructions) | 15f | | | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ _____ | | | | |
| | b | Gross income from all sources | 16b | | | |
| | c | Gross income sourced at partner level | 16c | | | |
| | d | Foreign gross income sourced at partnership level passive category | 16d | | | |
| | e | Foreign gross income sourced at partnership level general category | 16e | | | |
| | f | Foreign gross income sourced at partnership level other | 16f | | | |
| | g | Deductions allocated and apportioned at partner level interest expense | 16g | | | |
| | h | Deductions allocated and apportioned at partner level other | 16h | | | |
| | i | Deductions allocated and apportioned at partnership level to foreign source income passive category | 16i | | | |
| | j | Deductions allocated and apportioned at partnership level to foreign source income general category | 16j | | | |
| | k | Deductions allocated and apportioned at partnership level to foreign source income other | 16k | | | |
| | l | Total foreign taxes (check one) ▶ Paid ☐ Accrued ☐ | 16l | | | |
| | m | Reduction in taxes available for credit (see instructions) | 16m | | | |
| | n | Other foreign tax information (see instructions) | | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | | | |
| | b | Adjusted gain or loss | 17b | | | |
| | c | Depletion (other than oil or gas) | 17c | | | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | | | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | | | |
| | f | Other AMT Items (attach statement) | 17f | | | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | | | |
| | b | Other tax-exempt income | 18b | | | |
| | c | Nondeductible expenses | 18c | 48,960 | 0 | 48,960 |
| | 19a | Distributions of cash and marketable securities | 19a | | | |
| | b | Distributions of other property | 19b | | | |
| | 20a | Investment income | 20a | | | |
| | b | Investment expenses | 20b | | | |
| | c | Other items and amounts (see instructions) | 20c | | | |

**Note. Amended Schedules K-1:** File amended Schedules K-1 with Form 1065X. If the partnership is filing Form 1065X for an administrative adjustment request (AAR), please inform the partners receiving the amended Schedules K-1 that the partnership is filing the AAR. If the partnership is not subject to the rules for consolidated audit proceedings (TEFRA proceedings) under sections 6221 through 6234, the partnership cannot file an AAR; and instead must furnish the amended Schedules K-1 to its partners. The partners must then file their own amended returns (see instructions).

DAA

Form 1065X (1-2012)    THOMAS WYLDE LLC                    47-1444612                    Page **3**

| **Part II** | **Amended or Administrative Adjustment Request (AAR) Items for ELPs and REMICs Only** |
|---|---|

| | (a) Description of Item Being Amended or Adjusted (see instructions) | | (b) As originally reported or as previously adjusted | (c) Net change — increase or (decrease) — explain in Part III | (d) Correct amount |
|---|---|---|---|---|---|
| 1 | | 1 | | | |
| 2 | | 2 | | | |
| 3 | | 3 | | | |
| 4 | | 4 | | | |
| 5 | | 5 | | | |

### Tax and Payments (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 6 | **ELPs ONLY:** Tax and other payments | 6 | | | |
| 7 | **REMICs ONLY:** Tax on net income from prohibited transactions | 7 | | | |
| 8 | **REMICs ONLY:** Tax on net income from foreclosure property | 8 | | | |
| 9 | **REMICs ONLY:** Tax on contributions after the startup day | 9 | | | |
| 10 | Total tax | 10 | | | |
| 11 | Tax paid with Form 7004 | 11 | | | |
| 12 | Tax paid with (or after) the filing of the original return | | | 12 | |
| 13 | Add lines 11 and 12, column (d) | | | 13 | |
| 14 | Overpayment, if any, as shown on original return or as later adjusted | | | 14 | |
| 15 | Subtract line 14 from line 13 | | | 15 | |

### Tax Due or Overpayments (see instructions)

| | | | |
|---|---|---|---|
| 16 | **Tax Due.** Subtract line 15 from line 10, column (d). For details on how to pay, see instructions | 16 | |
| 17 | **Overpayment.** Subtract line 10, column (d), from line 15 | 17 | |

**Note. Amended Schedules K-1 or Schedules Q.** File amended Schedules K-1 or Schedules Q with Form 1065X. If the ELP or REMIC is filing Form 1065X for an administrative adjustment request (AAR), do not furnish the amended Schedules K-1 or Schedules Q to the partners or residual interest holders. If the REMIC is not filing for an AAR and is not subject to the rules for consolidated audit proceedings under sections 6221 through 6231, the REMIC must furnish the amended Schedules Q to its residual interest holders. See instructions for details.

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of general partner, limited liability company member manager, or authorized individual          Date          ▶ Title

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|---|
| | Kyu Hong Kim | | | | | P00288359 |
| | Firm's name ▶ Kyu Hong Kim, CPA, Inc. | | | | Firm's EIN ▶ | 20-2861494 |
| | Firm's address ▶ 3435 Wilshire Blvd Ste 1970 Los Angeles, CA 90010-1938 | | | | Phone no. | 213-381-3557 |

Form **1065X** (1-2012)

DAA

Form 1065X (1-2012)      THOMAS WYLDE LLC                47-1444612                    Page **4**

| Part III | **Explanation of Changes to Items in Part I and Part II.** Enter the line number from Part I or Part II for the items you are changing, and give the reason for each change. For partnerships, show the box number and code used to report the item on Schedule K-1. Show any computation in detail. Also, see What To Attach in the instructions. |

If this amended return or AAR is reporting any change in the allocation of the partnership's or REMIC's income, gain, loss, deduction, or credit among its partners or residual interest holders, see Changes in Allocation in the instructions, and check here ................................................................................................................. ▶ ☐

This amended return is to correct only partners' share of profit and capital. Partners' share of loss is same as original return. Since the taxpayer made loss in current year, change in partners' share of profit and capital will not affect partner's share of current year income, deductions, credits, and other items in Part III of Schedule K-1.

Form **1065X** (1-2012)

DAA

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2015, or tax year beginning ____ , ending ____ . ▶ Information about Form 1065 and its separate instructions is at www.irs.gov/form1065. | | **2015** |

| **A** Principal business activity | | Name of partnership | **D** Employer identification number |
|---|---|---|---|
| MANUFACTURIN | Type or Print | THOMAS WYLDE LLC | 47-1444612 |
| **B** Principal product or service | | Number, street, and room or suite no. If a P O box, see the instructions. | **E** Date business started |
| APPAREL | | 235 W 31ST ST | 07/22/2014 |
| **C** Business code number | | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see the instructions) |
| 315990 | | LOS ANGELES       CA 90007 | $ 6,292,703 |

See Statement 1

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☒ Amended return
**(6)** ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ ..............

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ .................... 6

**J** Check if Schedules C and M-3 are attached ...............................................................................................................................

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 3,971,781 | | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 3,971,781 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 1,932,841 |
| | **3** Gross profit  Subtract line 2 from line 1c | | **3** | 2,038,940 |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement)        See Statement 2 | | **7** | 77,661 |
| | **8** Total income (loss). Combine lines 3 through 7 | | **8** | 2,116,601 |
| **Deductions (see the instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 1,492,031 |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | 33,607 |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | 375,439 |
| | **14** Taxes and licenses | | **14** | 8,265 |
| | **15** Interest                                    See Statement 3 | | **15** | 200,000 |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** 15,295 | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | 15,295 |
| | **17** Depletion (Do not deduct oil and gas depletion.) | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | 67,230 |
| | **20** Other deductions (attach statement)        See Statement 4 | | **20** | 4,538,117 |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 6,729,984 |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8 | | **22** | -4,613,383 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____  Signature of general partner or limited liability company member manager       Date ____

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Kyu Hong Kim | | | | P00288359 |
| | Firm's name ▶ Kyu Hong Kim, CPA, Inc. | | | Firm's EIN ▶ 20-2861494 | |
| | Firm's address ▶ 3435 Wilshire Blvd Ste 1970 Los Angeles, CA       90010-1938 | | | Phone no. 213-381-3557 | |

For Paperwork Reduction Act Notice, see separate instructions.                Form **1065** (2015)

DAA

Form 1065 (2015)   THOMAS WYLDE LLC                              47-1444612                              Page **2**

## Schedule B    Other Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership | f | ☐ Other ▶ | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| **3** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ................. | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **4** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| **6** | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 ............................ | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **9** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **10** | At any time during calendar year 2015, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

Form **1065** (2015)

DAA

Form 1065 (2015)   THOMAS WYLDE LLC                                    47-1444612                                      **Page 5**

## Analysis of Net Income (Loss)

| | | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16i | 1 | -4,615,783 | | | | |
| 2 | Analysis by partner type: | | | | | | |
| a | General partners | | | | | | |
| b | Limited partners | -4,615,783 | | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | | Beginning of tax year | | End of tax year |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 179,904 | | 66,706 |
| 2a | Trade notes and accounts receivable | | | 553,507 | |
| b | Less allowance for bad debts | | | | 553,507 |
| 3 | Inventories | | | | 1,101,833 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement)  See Stmt 7 | | 4,100,120 | | 2,525,414 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 1,734 | | 27,514 | |
| b | Less accumulated depreciation | | 1,734 | 2,525 | 24,989 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement)  See Stmt 8 | | 4,700 | | 2,020,254 |
| 14 | Total assets | | 4,286,458 | | 6,292,703 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 56,777 | | 836,336 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement)  See Stmt 9 | | 111,040 | | 784,884 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement)  See Stmt 10 | | 4,300,000 | | 2,000,000 |
| 21 | Partners' capital accounts | | -181,359 | | 2,671,483 |
| 22 | Total liabilities and capital | | 4,286,458 | | 6,292,703 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -4,651,971 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16i, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16i (itemize): | | a | Depreciation $ 12,772 | |
| a | Depreciation $ | | | | 12,772 |
| b | Travel and entertainment $ 48,960 | | 8 | Add lines 6 and 7 | 12,772 |
| | | 48,960 | 9 | Income (loss) (Analysis of Net Income | |
| 5 | Add lines 1 through 4 | -4,603,011 | | (Loss), line 1). Subtract line 8 from line 5 | -4,615,783 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -181,359 | 6 | Distributions:  a Cash | |
| 2 | Capital contributed:  a Cash | 7,504,813 | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -4,651,971 | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 2,671,483 | 9 | Balance at end of year. Subtract line 8 from line 5 | 2,671,483 |

DAA                                                                                                                Form **1065** (2015)

Form 1065 (2015)   THOMAS WYLDE LLC                    47-1444612                    Page 3

| Schedule B | Other Information (continued) | | |
|---|---|---|---|
| | | Yes | No |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................................... See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ........................... | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ........... | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ................................................................▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? .......................................................................... | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2015 that would require you to file Form(s) 1099? See instructions .......................... | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? ........................................................ | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶    0 | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶    0 | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | | Identifying number of TMP ▶ | |
|---|---|---|---|

| If the TMP is an entity, name of TMP representative ▶ | | Phone number of TMP ▶ | |
|---|---|---|---|

| Address of designated TMP ▶ | |
|---|---|

Form **1065** (2015)

DAA

Form 1065 (2015)   THOMAS WYLDE LLC                    47-1444612                        Page 4

## Schedule K    Partners' Distributive Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| | **1** | Ordinary business income (loss) (page 1, line 22) | **1** | -4,613,383 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss) | 3a | |
| | **b** | Expenses from other rental activities (attach statement) | 3b | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| Income (Loss) | **4** | Guaranteed payments | **4** | |
| | **5** | Interest income | **5** | |
| | **6** | Dividends:  a Ordinary dividends | **6a** | |
| | | **b** Qualified dividends | 6b | |
| | **7** | Royalties | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | 9b | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | 9c | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** | Other income (loss) (see instructions) Type ▶ | **11** | |
| Deductions | **12** | Section 179 deduction (attach Form 4562) | **12** | 0 |
| | **13a** | Contributions                        See Statement 5 | **13a** | 2,400 |
| | **b** | Investment interest expense | **13b** | |
| | **c** | Section 59(e)(2) expenditures: | | |
| | | (1) Type ▶                              (2) Amount ▶ | 13c(2) | |
| | **d** | Other deductions (see instructions)  Type ▶ | **13d** | |
| Self-Employment | **14a** | Net earnings (loss) from self-employment | **14a** | |
| | **b** | Gross farming or fishing income | **14b** | |
| | **c** | Gross nonfarm income | **14c** | |
| Credits | **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** | Low-income housing credit (other) | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** | Other rental real estate credits (see instructions)          Type ▶ | **15d** | |
| | **e** | Other rental credits (see instructions)                     Type ▶ | **15e** | |
| | **f** | Other credits (see instructions)                            Type ▶ | **15f** | |
| Foreign Transactions | **16a** | Name of country or U.S. possession ▶ | | |
| | **b** | Gross income from all sources | **16b** | |
| | **c** | Gross income sourced at partner level | **16c** | |
| | | Foreign gross income sourced at partnership level | | |
| | **d** | Passive category ▶          **e** General category ▶          **f** Other ▶ | **16f** | |
| | | Deductions allocated and apportioned at partner level | | |
| | **g** | Interest expense ▶          **h** Other ▶ | **16h** | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **i** | Passive category ▶          **j** General category ▶          **k** Other ▶ | **16k** | |
| | **l** | Total foreign taxes (check one): ▶ Paid ☐    Accrued ☐ | **16l** | |
| | **m** | Reduction in taxes available for credit (attach statement) | **16m** | |
| | **n** | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | **17a** | Post-1986 depreciation adjustment | **17a** | |
| | **b** | Adjusted gain or loss | **17b** | |
| | **c** | Depletion (other than oil and gas) | **17c** | |
| | **d** | Oil, gas, and geothermal properties – gross income | **17d** | |
| | **e** | Oil, gas, and geothermal properties – deductions | **17e** | |
| | **f** | Other AMT items (attach statement) | **17f** | |
| Other Information | **18a** | Tax-exempt interest income | **18a** | |
| | **b** | Other tax-exempt income | **18b** | |
| | **c** | Nondeductible expenses                 See Statement 6 | **18c** | 48,960 |
| | **19a** | Distributions of cash and marketable securities | **19a** | |
| | **b** | Distributions of other property | **19b** | |
| | **20a** | Investment income | **20a** | |
| | **b** | Investment expenses | **20b** | |
| | **c** | Other items and amounts (attach statement) | | |

Form **1065** (2015)

DAA

Form **1125-A**

(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| THOMAS WYLDE LLC | 47-1444612 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | 3,034,674 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 3,034,674 |
| 7 | Inventory at end of year | **7** | 1,101,833 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | **8** | 1,932,841 |

9a  Check all methods used for valuing closing inventory:
     (i)  ☐  Cost
     (ii)  ☐  Lower of cost or market
     (iii)  ☐  Other (Specify method used and attach explanation ) ▶

   b  Check if there was a writedown of subnormal goods     ▶ ☐

   c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)     ▶ ☐

   d  If the LIFO inventory method was used for this tax year  enter the amount of closing inventory computed under LIFO     **9d** |

   e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)?     ☐ Yes    ☐ No

   f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation     ☐ Yes    ☐ No

**For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 12-2012)

DAA

**SCHEDULE B-1
(Form 1065)**

(Rev. December 2011)

Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See instructions on back.

OMB No. 1545-0099

Name of partnership
THOMAS WYLDE LLC

Employer identification number (EIN)
47-1444612

## Part I   Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| HILLSHORE | INVESTMENTS 99-9999999 | Corporation | United States | 100.000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II   Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule B-1 (Form 1065) (Rev. 12-2011)

DAA

651113

**Partner# 1**

**Schedule K-1**
**(Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

☐ Final K-1    ☒ Amended K-1    OMB No. 1545-0123

For calendar year 2015, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | Part I | Information About the Partnership |
|---|---|---|

**A** Partnership's employer identification number
47-1444612

**B** Partnership's name, address, city, state, and ZIP code

THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES      CA 90007

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| | Part II | Information About the Partner |
|---|---|---|

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

JOHN HANNA

6250 HOLLYWOOD BLVD #4H
Los Angeles      CA 90028

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?    Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 7.000000 % | 0.400000 % |
| Loss | 0.000000 % | 0.000000 % |
| Capital | 7.000000 % | 0.400000 % |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 700 |
| Capital contributed during the year | $ | |
| Current year increase (decrease) | $ | |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 700 |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes," attach statement (see instructions)

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

Partner# 2

**Schedule K-1**
**(Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

651113

OMB No. 1545-0123

☐ Final K-1   ☒ Amended K-1

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer identification number
47-1444612

**B** Partnership's name, address, city, state, and ZIP code
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES        CA 90007

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's identifying number
57-1157980

**F** Partner's name, address, city, state, and ZIP code
STANLEY DUCKS, LLC

18141 IRVINE BLVD
TUSTIN           CA 92780

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here   ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 3.500000 % | 0.200000 % |
| Loss | 0.000000 % | 0.000000 % |
| Capital | 3.500000 % | 0.200000 % |

**K** Partner's share of liabilities at year end:

Nonrecourse                                    $ _____
Qualified nonrecourse financing       $ _____
Recourse                                         $ _____

**L** Partner's capital account analysis:

Beginning capital account ...................... $ _____
Capital contributed during the year ......... $            350
Current year increase (decrease) ........... $ _____
Withdrawals & distributions ................... $ ( _____ )
Ending capital account ......................... $            350

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| | **Part III** | **Partner's Share of Current Year Income,** |
|---|---|---|
| | | **Deductions, Credits, and Other Items** |

| # | | # | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

Partner# 3

**Schedule K-1**
**(Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions,**
**Credits, etc.** ▶ See back of form and separate instructions.

651113

☐ Final K-1    ☒ Amended K-1    OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
47-1444612

**B** Partnership's name, address, city, state, and ZIP code

THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES        CA 90007

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number
47-1710832

**F** Partner's name, address, city, state, and ZIP code

DSRB, LLC

18141 IRVINE BLVD
TUSTIN        CA 92780

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? Partnership

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 3.500000 % | 0.200000 % |
| Loss | 0.000000 % | 0.000000 % |
| Capital | 3.500000 % | 0.200000 % |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $ _____ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ _____ |
| Capital contributed during the year | $ 350 |
| Current year increase (decrease) | $ _____ |
| Withdrawals & distributions | $ ( _____ ) |
| Ending capital account | $ 350 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| 1 | Ordinary business income (loss) | | 15 | Credits | |
|---|---|---|---|---|---|
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4 | Guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | | | | |
| | | | 19 | Distributions | |
| 12 | Section 179 deduction | | | | |
| 13 | Other deductions | | 20 | Other information | |
| | | | | | |
| 14 | Self-employment earnings (loss) | | | | |

*See attached statement for additional information.

For IRS Use Only

651113

Partner# 4

□ Final K-1    ☒ Amended K-1

OMB No. 1545-0123

**Schedule K-1**
**(Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year beginning _____

ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**    ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | 15 Credits |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | 16 Foreign transactions |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | 17 Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | |
| | | 19 Distributions |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| | | 20 Other information |
| 14 | Self-employment earnings (loss) | |

**Part I   Information About the Partnership**

A Partnership's employer identification number
47-1444612

B Partnership's name, address, city, state, and ZIP code
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES        CA 90007

C IRS Center where partnership filed return
e-file

D □ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E Partner's identifying number
45-4648680

F Partner's name, address, city, state, and ZIP code
THE  PALLIATIVE,LLC.

12114 DEWEY ST.
LOS ANGELES        CA 90066

G □ General partner or LLC member-manager    ☒ Limited partner or other LLC member

H ☒ Domestic partner    □ Foreign partner

I1 What type of entity is this partner?    Partnership

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here □

J Partner's share of profit, loss, and capital (see instructions).

| | Beginning | Ending |
|---|---|---|
| Profit | 9.000000 % | 0.510000 % |
| Loss | 0.000000 % | 0.000000 % |
| Capital | 9.000000 % | 0.510000 % |

K Partner's share of liabilities at year end

Nonrecourse .............. $ _____
Qualified nonrecourse financing .. $ _____
Recourse ................ $ _____

L Partner's capital account analysis:

Beginning capital account ........ $ _____
Capital contributed during the year ... $        900
Current year increase (decrease) .... $ _____
Withdrawals & distributions ....... $ ( _____ )
Ending capital account .......... $        900

☒ Tax basis    □ GAAP    □ Section 704(b) book
□ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
□ Yes    ☒ No
If "Yes," attach statement (see instructions)

*See attached statement for additional information.

For IRS Use Only

**Partner# 5**

**Schedule K-1 (Form 1065)**

**2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year beginning _____

ending _____

☐ Final K-1   ☒ Amended K-1

651113
OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See back of form and separate instructions.

| Part I | Information About the Partnership |
| --- | --- |

**A** Partnership's employer identification number
47-1444612

**B** Partnership's name, address, city, state, and ZIP code
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES          CA 90007

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
| --- | --- |

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code
PAULA THOMAS

2514 S. TOLEDO AVE.
PALM SPRINGS          CA 92264

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
| --- | --- | --- |
| Profit | 32.000000 % | 1.830000 % |
| Loss | 0.000000 % | 0.000000 % |
| Capital | 32.000000 % | 1.830000 % |

**K** Partner's share of liabilities at year end:

| Nonrecourse | $ |
| --- | --- |
| Qualified nonrecourse financing | $ |
| Recourse | $ |

**L** Partner's capital account analysis:

| Beginning capital account | $ |
| --- | --- |
| Capital contributed during the year | $ 3,200 |
| Current year increase (decrease) | $ |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 3,200 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| Part III | Partner's Share of Current Year Income, Credits, and Other Items |
| --- | --- |

| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

651113

Partner# 6

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax
year beginning _____
ending _____

☐ Final K-1    ☒ Amended K-1    OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc. ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
47-1444612

**B** Partnership's name, address, city, state, and ZIP code
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES          CA 90007

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
99-9999999

**F** Partner's name, address, city, state, and ZIP code
HILLSHORE INVESTMENTS
CALLE 53 ESTE. URBANIZACION
MARBELLA TORRE MMG

Panama

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☐ Domestic partner    ☒ Foreign partner

**I1** What type of entity is this partner?    Corporation

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here    ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 45.000000 % | 96.860000 % |
| Loss | 100.000000 % | 100.000000 % |
| Capital | 45.000000 % | 96.860000 % |

**K** Partner's share of liabilities at year end:

Nonrecourse          $ _____
Qualified nonrecourse financing  $ _____
Recourse          $ _____

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -182,059 |
| Capital contributed during the year | $ 7,500,013 |
| Current year increase (decrease) | $ -4,651,971 |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 2,665,983 |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes," attach statement (see instructions)

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -4,613,383 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C* | 48,960 |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions A 2,400 | 20 | Other information |
| 14 | Self-employment earnings (loss) | Z* | STMT |

*See attached statement for additional information.

For IRS Use Only

| SCHEDULE M-3<br>(Form 1065)<br><br>Department of the Treasury<br>Internal Revenue Service | Net Income (Loss) Reconciliation<br>for Certain Partnerships<br>▶ Attach to Form 1065 or Form 1065-B.<br>▶ Information about Schedule M-3 (Form 1065) and its instructions is at www.irs.gov/form1065. | OMB No. 1545-0123<br><br>**2015** |

Name of partnership: **THOMAS WYLDE LLC**

Employer identification number: **47-1444612**

## This Schedule M-3 is being filed because (check all that apply):

**A** ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more

**B** ☒ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year    **10,944,674** .

**C** ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____

**D** ☐ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50 percent or more in the partnership's capital, profit, or loss, on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**E** ☐ Voluntary Filer.

## Part I    Financial Information and Net Income (Loss) Reconciliation

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

☐ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?

☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

☐ **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?

☐ **Yes.** Complete lines 2 through 11 with respect to that income statement.

☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a

**2** Enter the income statement period:   Beginning **01/01/15**   Ending **12/31/15**

**3a** Has the partnership's income statement been restated for the income statement period on line 2?

☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

☒ **No.**

**b** Has the partnership's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?

☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

☒ **No.**

| | | |
|---|---|---:|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | **-4,651,971** |
| **b** Indicate accounting standard used for line 4a (see instructions):<br> **1** ☒ GAAP   **2** ☐ IFRS   **3** ☐ 704(b)<br> **4** ☐ Tax-basis   **5** ☐ Other: (Specify) ▶ _____ | | |
| **5a** Net income from noninclucible foreign entities (attach statement) | **5a** | ) |
| **b** Net loss from noninclucible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from noninclucible U.S. entities (attach statement) | **6a** | ) |
| **b** Net loss from noninclucible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** Adjustment to eliminations of transactions between inclucible entities and noninclucible entities (attach statement) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** Net income (loss) per income statement of the partnership. Combine lines 4a through 10 | **11** | **-4,651,971** |

**Note:** Part I, line 11, must equal Part II, line 26, column (a) or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines:

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 6,292,703 | 3,621,220 |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the Instructions for your return.

Schedule M-3 (Form 1065) 2015

DAA

| Form **4562** | | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | **(Including Information on Listed Property)**<br>▶ Attach to your tax return.<br>▶ Information about Form 4562 and its separate instructions is at www.irs.gov/form4562. | **2015**<br>Attachment<br>Sequence No. **179** |

Name(s) shown on return: THOMAS WYLDE LLC — Identifying number: 47-1444612

Business or activity to which this form relates: Regular Depreciation

### Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---:|
| 1 | Maximum amount (see instructions) | **1** | 500,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---:|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | 12,888 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | **17** | 239 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B—Assets Placed in Service During 2015 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---:|
| 19a  3-year property | | | | | | |
| b  5-year property | | 5,683 | 5.0 | HY | 200DB | 1,138 |
| c  7-year property | | 7,209 | 7.0 | HY | 200DB | 1,030 |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---:|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 15,295 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.    Form **4562** (2015)

DAA    There are no amounts for Page 2

47-1444612                **Federal Statements**

### Statement 1 - Form 1065, Page 1, Line G(5) - Reason for Amended Return

#### Description

This amended return is to correct only partners' share of profit and capital. Partners' share of loss is same as original return. Since the taxpayer made loss in current year, change in partners' share of profit and capital will not affect partner's share of current year income, deductions, credits, and other items in Part III of Schedule K-1.

### Statement 2 - Form 1065, Page 1, Line 7 - Other Income (Loss)

| Description | Amount |
|---|---|
| Freight Income | $    38,080 |
| Other Income |     39,581 |
| Total | $    77,661 |

### Statement 3 - Form 1065, Page 1, Line 15 - Interest

| Description | Amount |
|---|---|
| Interest expense | $   200,000 |
| Total | $   200,000 |

### Statement 4 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---|
| ADVERTISING AND PROMOTION | $   284,574 |
| AUTO EXPENSE | 12,320 |
| SOCIAL MEDIA | 1,969 |
| WEBSITE EXPENSE | 67,850 |
| FACTORING CHARGE | 28,616 |
| BANK FEES | 30,148 |
| COMMISSION | 320,091 |
| COPYRIGHT,PATENT & TRADEMARK | 604 |
| DUES AND SUBCRIPTIONS | 30,168 |
| EQUIPMENT RENTAL | 20,327 |
| GIFTS | 3,502 |
| INSURANCE | 19,985 |
| MISCELLANEOUS | 108 |
| OFFICE EXPENSE | 4,162 |
| OFFICER ALLOWANCE | 20,794 |
| OFFICE SUPPLIES | 34,825 |
| OUTSIDE SERVICE | 420,514 |
| PHOTOSHOOT EXPENSE | 125,415 |
| PICK AND PACK EXPENSE | 127,888 |
| Postage & CARRIER | 392 |
| PROFESSIONAL FEES | 160,591 |
| PUBLIC RELATIONS | 217,342 |
| REFERENCE AND MATERIALS | 23,010 |
| SAMPLES | 1,389,957 |
| SHIPPING EXPENSE | 156,303 |
| SHOWROOM EXPENSE | 161,142 |
| STORAGE | 29,784 |
| SUPPLIES | 26,212 |

47-1444612                    **Federal  Statements**

### Statement 4 - Form 1065, Page 1, Line 20 - Other Deductions (continued)

| Description | Amount |
|---|---|
| TELEPHONE | $      28,912 |
| TRADE SHOW | 439,670 |
| TRAVEL | 290,350 |
| UTILITIES | 11,632 |
| Meals and Entertain (50%) | 48,960 |
| Total | $   4,538,117 |

4

47-1444612                    **Federal  Statements**

### Statement 5 - Form 1065, Schedule K, Line 13a - Contributions

| Description | 100% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|
| CHARITABLE  CONTRIBUTION | $ | $ 2,400 | $ | $ | $ 2,400 |
| Total | $ 0 | $ 2,400 | $ 0 | $ 0 | $ 2,400 |

5

47-1444612        **Federal Statements**

### Statement 6 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Meals and Entertainment | $ 48,960 |
| Total | $ 48,960 |

### Statement 7 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| ADVANCE TO OFFICERS | $ 74 | $ 2,514 |
| ADVANCE TO PDTW, LLC | 4,052,052 | 2,434,663 |
| VENDOR DEPOSITS | 47,994 | 80,657 |
| EMPLOYEE ADVANCE | | 900 |
| Undeposited Funds | | 6,680 |
| Total | $ 4,100,120 | $ 2,525,414 |

### Statement 8 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| PREPAID EXPENSES | $ 4,700 | $ 22,317 |
| ADVANCE ON COMMISSION | | 13,600 |
| GOODWILL | | 1,984,337 |
| Total | $ 4,700 | $ 2,020,254 |

### Statement 9 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED EXPENSES | $ 7,671 | $ 201,107 |
| ADVANCE FROM PDTW, LLC | 36,734 | |
| CUSTOMER DEPOSITS | 66,635 | 29,616 |
| FACTORING PAYABLE | | 430,409 |
| ADVANCES FROM OFFICERS | | 12,737 |
| AMERICAN EXPRESS | | 111,015 |
| Total | $ 111,040 | $ 784,884 |

### Statement 10 - Form 1065, Schedule L, Line 20 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| NOTE PAYABLE - LONG TERM | $ 4,300,000 | $ 2,000,000 |
| Total | $ 4,300,000 | $ 2,000,000 |

| TAXABLE YEAR **2015** | **Limited Liability Company** **Return of Income** | ■ | CALIFORNIA FORM **568** |
|---|---|---|---|

RP

```
201420310399   THOM  47-1444612           15   PBA    315990
TYB  01-01-2015   TYE   12-31-2015
THOMAS  WYLDE  LLC

235 W 31ST ST
LOS  ANGELES       CA   90007


ACCTMETHOD 2  07-22-2014   ASSETS    6292703.
INITIAL  0   FINAL  0   AMENDED  1
```

**J** **(1)** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this LLC or any legal entity in which the LLC holds a controlling or majority interest that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ● ☐ Yes ☒ No

**(2)** During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ● ☐ Yes ☒ No

**(3)** During this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not reported on a previous year's tax return? ● ☐ Yes ☒ No

**(Yes requires filing of statement, penalties may apply – see instructions.)**

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine Line 1.

| | | | | Whole dollars only |
|---|---|---|---|---|
| 1 | Total income from Schedule IW  Limited Liability Company Income Worksheet. See instructions ● | 1 | 4,049,442 | 00 |
| 2 | Limited Liability Company fee. See instructions ● | 2 | 6,000 | 00 |
| 3 | 2015 annual Limited Liability Company tax. See instructions ● | 3 | 800 | 00 |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) ● | 4 | | 00 |
| 5 | **Total tax and fee.** Add line 2, line 3, and line 4 ● | 5 | 6,800 | 00 |
| 6 | Amount paid with form FTB 3537 and 2015 form FTB 3522 and form FTB 3536 ● | 6 | 6,800 | 00 |
| 7 | Overpayment from prior year allowed as a credit ● | 7 | | 00 |
| 8 | Withholding (Form 592-B and/or 593) ● | 8 | 0 | 00 |
| 9 | **Total payments.** Add line 6, line 7, and line 8 ● | 9 | 6,800 | 00 |
| 10 | Use Tax. This is not a total line. See instructions ● | 10 | | 00 |
| 11 | Payments balance. If line 9 is more than line 10, subtract line 10 from line 9 ● | 11 | 6,800 | 00 |
| 12 | **Use Tax balance.** If line 10 is more than line 9, subtract line 9 from line 10 ● | 12 | | 00 |

Enclose, but do not staple, any payment.

THOMAS WYLDE LLC
47-1444612

| | | Whole dollars only |
|---|---|---|

**13** Tax and fee due. If line 5 is more than line 11, subtract line 11 from line 5 ● **13** | 00

**14** Overpayment. If line 11 is more than line 5, subtract line 5 from line 11 ● **14** | 00

**15** Amount of line 14 to be credited to 2016 tax or fee ● **15** | 00

**16** Refund. If the total of line 15 is less than line 14, subtract the total from line 14 ....... ● **16** | .00

**17** Penalties and interest. See instructions ● **17** | 00

**18** Total amount due. Add line 12, line 13, line 15, and line 17, then subtract line 14 from the result ... ● **18** | .00

**K** Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a California Schedule K-1 (568) for each of these members ● 6

**L** Is this LLC an investment partnership? See General Information O ● ☐ Yes ☒ No

**M** (1) Is this LLC apportioning or allocating income to California using Schedule R? ● ☐ Yes ☒ No

(2) If "No," was this LLC registered in California without earning any income sourced in this state during the taxable year? ⊙ ☐ Yes ☒ No

**N** Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? ● ☐ Yes ☒ No

**P** (1) Does the LLC have any foreign (non-U.S.) nonresident members? ● ☒ Yes ☐ No

(2) Does the LLC have any domestic (non-foreign) nonresident members? ● ☐ Yes ☒ No

(3) Were Form 592, Form 592-A, Form 592-B, and Form 592-F filed for these members? ● ☐ Yes ☒ No

**Q** Are any members in this LLC also LLCs or partnerships? ● ☒ Yes ☐ No

**R** Is this LLC under audit by the IRS or has it been audited in a prior year? ● ☐ Yes ☒ No

**S** Is this LLC a member or partner in another multiple member LLC or partnership? ● ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part I.

**T** Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? ☐ Yes ☒ No

**U** (1) Is this LLC a business entity disregarded for tax purposes? ● ☐ Yes ☒ No

(2) If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable. Are there credits or credit carryovers attributable to the disregarded entity? ● ☐ Yes ☒ No

(3) If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less than the LLC's total income from all sources? ☐ Yes ☐ No

**V** Has the LLC included a Reportable Transaction, or Listed Transaction within this return?
(See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction ● ☐ Yes ☒ No

**W** Did this LLC file the Federal Schedule M-3 (federal Form 1065)? ● ☒ Yes ☐ No

**X** Is this LLC a direct owner of an entity that filed a federal Schedule M-3? ● ☐ Yes ☒ No

**Y** Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? ● ☐ Yes ☒ No
If "Yes," attach schedule of trusts and federal identification numbers.

**Z** Does this LLC own an interest in a business entity disregarded for tax purposes? ⊙ ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part II.

*(continued on Side 3)*

THOMAS WYLDE LLC
47-1444612
*(continued from Side 2)*

**AA** Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? .......... ● ☐ Yes ☒ No

**BB** Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4))
to any other member? .......... ● ☐ Yes ☒ No

**CC** **(1)** Is the LLC deferring any income from the disposition of assets? (see instructions) .......... ● ☐ Yes ☒ No

**(2)** If "Yes," enter the year of asset disposition .......... ● [ ]

**DD** Is the LLC reporting previously deferred income from:
(see instructions) .......... ● ☐ Installment Sale ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

**EE** **(1)** Did this LLC generate a New Employment Credit? .......... ● ☐ Yes ☒ No

**(2)** If "Yes," enter the generated amount .......... ● [ ] .00

**FF** "Doing business as" name. See instructions: .......... ●

**GG** **(1)** Has this LLC operated as another entity type such as a corporation, S corporation, General Partnership,
Limited Partnership, or Sole Proprietorship in the previous five (5) years? .......... ● ☐ Yes ☒ No

**(2)** If "Yes", provide prior FEIN(s) if different, business name(s) and entity type(s) for prior returns
filed with the FTB and/or IRS (see instructions):

**HH** **(1)** Has this LLC previously operated outside California? .......... ● ☐ Yes ☒ No

**(2)** Is this the first year of doing business in California? .......... ● ☐ Yes ☒ No

| | |
|---|---|
| Single Member LLC Information and Consent — Complete only if the LLC is disregarded. | Federal TIN/SSN ● |
| Sole Owner's name (as shown on owner's return) ◉ | FEIN/CA Corp no./CA SOS File no. |
| Street Address, City, State, and ZIP Code | ● Return filed with the FTB by the Owner ☐ (1) Form 540 ☐ (5) Form 541 |
| | ☐ (2) Form 100 ☐ (6) Form 100S |
| Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board. | ☐ (3) Form 565 ☐ (7) Form 568 |
| Signature ▶               Date | ☐ (4) Other |

To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to ftb.ca.gov and search for **privacy notice**. To request this notice by mail, call 800.852.5711.

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Signature of authorized member or manager ▶ | Date | Telephone ● |
| | Authorized member or manager's email address (optional) ● | | |

| Paid Preparer's Use Only | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | PTIN ● P00288359 |
|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) and address | KYU HONG KIM, CPA, INC. 3435 WILSHIRE BLVD STE 1970 LOS ANGELES, CA 90010-1938 | | FEIN ● 20-2861494 Telephone ● 213-381-3557 |

May the FTB discuss this return with the preparer shown above (see instructions)? .......... ● ☒ Yes ☐ No

THOMAS WYLDE LLC
47-1444612

## Schedule A    Cost of Goods Sold

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | **1** 00 |
| 2 | Purchases less cost of items withdrawn for personal use | **2** 3,034,674 00 |
| 3 | Cost of labor | **3** 00 |
| 4 | Additional IRC Section 263A costs. Attach schedule | **4** 00 |
| 5 | Other costs. Attach schedule | **5** 00 |
| 6 | **Total.** Add line 1 through line 5 | **6** 3,034,674 00 |
| 7 | Inventory at end of year | **7** 1,101,833 00 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | **8** 1,932,841 00 |

9  a  Check all methods used for valuing closing inventory:

(1) ☐ Cost  (2) ☐ Lower of cost or market as described in Treas. Reg. Section 1.471-4   (3) ☐ Write down of "subnormal" goods as described in Treas. Reg. Section 1.471-2(c)  (4) ☐ Other. Specify method used and attach explanation

b  Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 .......... ☐

c  Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? .......... ☐ Yes ☐ No

d  Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation .......... ☐ Yes ☐ No

## Schedule B    Income and Deductions

**Caution:** Include only trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

### Income

| | | |
|---|---|---:|
| 1 a | Gross receipts or sales $ 3,971,781  b Less returns and allowances $ _____ c Balance | **1c** 3,971,781 00 |
| 2 | Cost of goods sold (Schedule A, line 8) | **2** 1,932,841 00 |
| 3 | GROSS PROFIT. Subtract line 2 from line 1c | **3** 2,038,940 00 |
| 4 | Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule | **4** 00 |
| 5 | Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule | **5** 00 |
| 6 | Total farm profit. Attach federal Schedule F (Form 1040) | **6** 00 |
| 7 | Total farm loss. Attach federal Schedule F (Form 1040) | **7** 00 |
| 8 | Total gains included on Schedule D-1, Part II, line 17 (**gain only**) | **8** 00 |
| 9 | Total losses included on Schedule D-1, Part II, line 17 (**loss only**) | **9** 00 |
| 10 | Other income. Attach schedule    SEE STATEMENT 1 | **10** 77,661 00 |
| 11 | Other loss. Attach schedule | **11** 00 |
| 12 | **Total income (loss).** Combine line 3 through line 11 | **12** 2,116,601 00 |

### Deductions

| | | |
|---|---|---:|
| 13 | Salaries and wages (other than to members) | **13** 1,492,031 00 |
| 14 | Guaranteed payments to members | **14** 00 |
| 15 | Bad debts | **15** 00 |
| 16 | Deductible interest expense not claimed elsewhere on return | **16** 200,000 00 |
| 17 a | Depreciation and amortization. Attach form FTB 3885L  $ 4,812  b Less depreciation reported on Schedule A and elsewhere on return $ _____ c Balance | **17c** 4,812 00 |
| 18 | Depletion. Do not deduct oil and gas depletion | **18** 00 |
| 19 | Retirement plans, etc. | **19** 00 |
| 20 | Employee benefit programs | **20** 67,230 00 |
| 21 | Other deductions. Attach schedule    SEE STATEMENT 2 | **21** 4,954,628 00 |
| 22 | **Total deductions.** Add line 13 through line 21 | **22** 6,718,701 00 |
| 23 | Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 | **23** -4,602,100 00 |

## Schedule T    Nonconsenting Nonresident Members' Tax Liability. Attach additional sheets if necessary.

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4. If less than zero enter -0- ..........

THOMAS WYLDE LLC
47-1444612

## Schedule K   Members' Shares of Income, Deductions, Credits, etc.

| | (a) Distributive share items | | (b) Amounts from federal K (1065) | (c) California adjustments | (d) Total amounts using California law |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary income (loss) from trade or business activities | 1 | ⦿ -4,613,383 | 11,283 | ⦿ -4,602,100 |
| | 2 | Net income (loss) from rental real estate activities. Attach federal Form 8825 | 2 | | | ⦿ 0 |
| | 3 a | Gross income (loss) from other rental activities | 3a | | | ⦿ |
| | b | Less expenses. Att. sch. | 3b | | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | | ● |
| | 4 | Guaranteed payments to members | 4 | | | ● |
| | 5 | Interest income | 5 | | | ● |
| | 6 | Dividends | 6 | | | ● |
| | 7 | Royalties | 7 | | | ● |
| | 8 | Net short-term capital gain (loss). Attach Schedule D (568) | 8 | | | ● |
| | 9 | Net long-term capital gain (loss). Attach Schedule D (568) | 9 | | | ● |
| | 10 a | Total Gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | | ● |
| | b | Total Loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | | ● |
| | 11 a | Other portfolio income (loss). Att. sch | 11a | | | ⦿ 0 |
| | b | Total other income. Att. sch. | 11b | | | ⦿ |
| | c | Total other loss. Attach schedule | 11c | | | |
| **Deductions** | 12 | Expense deduction for recovery property (IRC Section 179). Attach schedule | 12 | | | |
| | 13 a | Charitable contributions. See instructions   SEE STMT 3,4 | 13a | 2,400 | | 2,400 |
| | b | Investment interest expense | 13b | | | ● |
| | c | 1 Total expenditures to which IRC Section 59(e) election may apply | 13c1 | | | |
| | | 2 Type of expenditures | 13c2 | | | |
| | d | Deductions related to portfolio income | 13d | | | 0 |
| | e | Other deductions. Attach sch. | 13e | | | ⦿ |
| **Credits** | 15 a | Withholding on LLC allocated to all members | 15a | | | |
| | b | Low-income housing credit | 15b | | | |
| | c | Credits other than the credit shown on line 15b related to rental real estate activities. Attach schedule | 15c | | | |
| | d | Credits related to other rental activities. Attach schedule | 15d | | | |
| | e | Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| | f | Other credits. Att. sch. | 15f | | | ● |
| | g | New Employment Credit | 15g | | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a | Depreciation adjustment on property placed in service after 1986 | 17a | | 1,200 | 1,200 |
| | b | Adjusted gain or loss | 17b | | | |
| | c | Depletion (other than oil and gas) | 17c | | | |
| | d | Gross income from oil, gas, and geothermal properties | 17d | | | |
| | e | Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| | f | Other alternative minimum tax items. Attach schedule | 17f | | | |
| **Other Information** | 18 a | Tax-exempt interest income | 18a | | | |
| | b | Other tax-exempt income | 18b | | | ● 0 |
| | c | Nondeductible expenses  SEE STMT 5,6 | 18c | 48,960 | 800 | 49,760 |
| | 19 a | Distributions of money (cash and marketable securities) | 19a | | | ⦿ |
| | b | Distribution of property other than money | 19b | | | ⦿ |
| | 20 a | Investment income | 20a | | | |
| | b | Investment expenses | 20b | | | |
| | c | Other information. See instructions | 20c | | | |
| **Analysis** | 21 a | Total distributive income/payment items. Combine lines 1, 2, and 3c through 11c. From the result, subtract the sum of lines 12 through 13e. | 21a | -4,615,783 | 11,283 | ● -4,604,500 |

| b | Analysis of members: | (a) Corporate | (b) Individual | | (c) Partnership | (d) Exempt Organization | (e) Nominee/Other | (f) LLC |
|---|---|---|---|---|---|---|---|---|
| | | | i. Active | ii. Passive | | | | |
| | Members | -4604500 | | | | | | |

034    3675154

THOMAS WYLDE LLC
47-1444612

**Schedule L** — Balance Sheets. See the instructions for Schedule L, before completing Schedules L, M-1, and M-2.

| Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 179,904 | | 66,706 |
| 2 a Trade notes and accounts receivable | | | 553,507 | |
| b Less allowance for bad debts | | | | 553,507 |
| 3 Inventories | | | | 1,101,833 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets. STMT 7 | | 4,100,120 | | 2,525,414 |
| 7 Mortgage and real estate loans | | 0 | | 0 |
| 8 Other investments. | | 0 | | 0 |
| 9 a Buildings and other depreciable assets | 1,734 | | 27,514 | |
| b Less accumulated depreciation | | 1,734 | 2,525 | 24,989 |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | 0 | | 0 |
| 13 Other assets. Att. sch. STMT 8 | | 4,700 | | 2,020,254 |
| 14 Total assets | | 4,286,458 | | 6,292,703 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 56,777 | | 836,336 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. STMT 9 | | 111,040 | | 784,884 |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities. Attach schedule STMT 10 | | 4,300,000 | | 2,000,000 |
| 21 Members' capital accounts | | -181,359 | | 2,671,483 |
| 22 Total liabilities and capital | | 4,286,458 | | 6,292,703 |

**Schedule M-1** — Reconciliation of Income (Loss) per Books With Income (Loss) per Return. Use total amount under California law. See instructions.

| | | |
|---|---|---|
| 1 Net income (loss) per books | -4,651,971 | |
| 2 Income included on Schedule K, line 1 through line 11c, not recorded on books this year. Itemize | 0 | |
| 3 Guaranteed payments (other than health insurance) | 0 | |
| 4 Expenses recorded on books this year not included on Schedule K, line 1 through line 13e. Itemize: | | |
| a Depreciation .... $ 10,483 | | |
| b Travel and entertainment .... $ 48,960 | | |
| c Annual LLC tax .... $ 800 | | |
| d Other .... $ | | |
| e Total. Add line 4a through 4d | 60,243 | |
| 5 Total of line 1 through line 4e | -4,591,728 | |
| 6 Income recorded on books this year not included on Schedule K, line 1 through 11c. Itemize: | | |
| a Tax-exempt interest .... $ | 0 | |
| b Other STMT 11 $ 12,772 | | |
| c Total. Add line 6a and line 6b | | 12,772 |
| 7 Deductions included on Schedule K, line 1 through line 13e, not charged against book income this year. Itemize: | | |
| a Depreciation .... $ | 0 | |
| b Other .... $ | | |
| c Total. Add line 7a and line 7b | | 0 |
| 8 Total. Add line 6c and line 7c | | 12,772 |
| 9 Income (loss) (Schedule K, line 21a). Subtract line 8 from line 5 | | -4,604,500 |

**Schedule M-2** — Analysis of Members' Capital Accounts. Use California amounts.

| | | |
|---|---|---|
| 1 Balance at beginning of year | -181,359 | |
| 2 Capital contributed during year | | |
| a Cash | 7,504,813 | |
| b Property | | |
| 3 Net income (loss) per books | -4,651,971 | |
| 4 Other increases. Itemize | | |
| 5 Total of line 1 through line 4 | | 2,671,483 |
| 6 Distributions: a Cash | | |
| b Property | | |
| 7 Other decreases. Itemize | | |
| 8 Total of line 6 and line 7 | | 0 |
| 9 Balance at end of year. Subtract line 8 from line 5 | | 2,671,483 |

**Schedule O** — Amounts from Liquidation used to Capitalize a Limited Liability Company. (Complete only if initial return box is checked on Side 1, Question H.)

Name of entity liquidated (if more than one, attach a schedule)

Type of entity: ☐ (1) C Corporation ☐ (2) S Corporation ☐ (3) Partnership ☐ (4) Limited Partnership ☐ (5) Sole Proprietor ☐ (6) Farmer

Entity ID number(s) FEIN _____ SSN or ITIN _____ Corporation _____ CA SOS _____

Amount of liquidation gains recognized to capitalize the LLC ...................

201420310399
THOMAS WYLDE LLC
47-1444612

**Schedule IW    Limited Liability Company (LLC) Income Worksheet**

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. Use only amounts that are from sources derived from or attributable to California when completing lines 1-17 of this worksheet. If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040), or additional schedules associated with other activities. Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.

**See instructions on page 13 of the Form 568 Booklet for more information on how to complete Schedule IW.**

| | | | |
|---|---|---|---|
| 1 a | Total California income from Form 568, Schedule B, line 3. See instructions | 1a | 2,038,940 |
| b | Enter the California cost of goods sold from Form 568, Schedule B line 2 and from federal Schedule F (Form 1040) (plus California adjustments) associated with the receipts assigned to California on lines 1a and 4 | 1b | 1,932,841 |
| 2 a | If the answer to Question U(1) on Form 568 Side 2. is "Yes", include the gross income of this disregarded entity that is not included in lines 1 and 8 through 16 | 2a | |
| b | Enter the cost of goods sold of disregarded entities associated with the receipts assigned to California on line 2a | 2b | |
| 3 a | LLC's distributive share of ordinary income from pass-through entities | 3a | |
| b | Enter the LLC's distributive share of cost of goods sold from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1a) | 3b | |
| c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b) | 3c | |
| 4 | Add gross farm income from federal Schedule F (Form 1040). Use California amounts | 4 | |
| 5 | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 5 | 77,661 |
| 6 | Enter the total gains (not losses) from Form 568, Schedule B line 8. | 6 | |
| 7 | Add line 1a through line 6 | 7 | 4,049,442 |
| 8 | California rental real estate | | |
| a | Enter the total gross rents from federal Form 8825, line 18a | 8a | |
| b | Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 | 8b | |
| c | Add line 8a and line 8b | 8c | |
| 9 | Other California rentals. | | |
| a | Enter the amount from Schedule K (568), line 3a | 9a | |
| b | Enter the amount from all Schedule K-1s (565), Table 3, line 3 | 9b | |
| c | Add lines 9a and 9b | 9c | |
| 10 | California interest. Enter the amount from Form 568, Schedule K, line 5 | 10 | |
| 11 | California dividends. Enter the amount from Form 568, Schedule K, line 6 | 11 | |
| 12 | California royalties. Enter the amount from Form 568, Schedule K. line 7 | 12 | |
| 13 | California capital gains. Enter the capital gains (not losses) included in the amounts from Form 568, Schedule K, lines 8 and 9 | 13 | |
| 14 | California 1231 gains. Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a | 14 | |
| 15 | Other California portfolio income (not loss). Enter the amount from Form 568 Schedule K, line 11a | 15 | |
| 16 | Other California income (not loss) not included in line 5. Enter the amount from Form 568, Schedule K, line 11b | 16 | |
| 17 | Total California income. Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, Line 1. If less than zero enter -0- | 17 | 4,049,442 |

| TAXABLE YEAR 2015 | Depreciation and Amortization | | | | | | CALIFORNIA FORM 3885L | |

**Name as shown on return**
THOMAS WYLDE LLC

**California Secretary of State (SOS) file no.**
201420310399

**FEIN**
47-1444612

Assets and intangibles placed in service during the 2015 taxable year:

| (a) Description of property | (b) Date placed in service (mm/dd/yyyy) | (c) Cost or other basis | (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year | (g) Code section | (h) Period or percentage | (i) Amortization to this year |
|---|---|---|---|---|---|---|---|---|
| 1 COMPUTER | 01/31/2015 | 2,667 | 200DB | 5 | 533 | | | |
| COMPUTER | 02/11/2015 | 4,104 | 200DB | 5 | 821 | | | |
| COMPUTER | 06/06/2015 | 1,118 | 200DB | 5 | 224 | | | |
| OFFICE EQUIP. | 08/21/2015 | 813 | 200DB | 5 | 163 | | | |
| OFFICE EQUIP. | 10/19/2015 | 1,062 | 200DB | 5 | 212 | | | |
| SEE STATEMENT 12 | | | | | 2,381 | | | |

1 Enter line 1, column (f) and column (i) totals ......... **1** | 4,334

**Depreciation**

Be sure to make adjustments for any basis differences when calculating depreciation.

2 California depreciation for assets placed in service beginning before the 2015 taxable year ............ **2** 478

3 Total California depreciation. Add line 1(f) and line 2 .................................................... **3** 4,812

**Amortization**

Be sure to make adjustments for any basis differences when calculating amortization.

4 California amortization for intangibles placed in service beginning before the 2015 taxable year ............ **4**

5 Total California amortization. Add line 1(i) and line 4 .................................................... **5**

6 Total depreciation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a,
   if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities ............ **6** 4,812

7 IRC Section 179 expense deduction from line 12 of the worksheet in the instructions ..... **7**

8 Carryover of disallowed deduction to 2016 from line 13 of the worksheet in the instructions ............ **8**

PARTNER# 1

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

```
TYB  01-01-2015  TYE  12-31-2015
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
JOHN          HANNA


6250 HOLLYWOOD BLVD 4H
LOS ANGELES      CA   90028


47-1444612        201420310399
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES      CA   90007
```

**A**  What type of entity is this member?  ●

| (1) | [X] Individual | (4) | [ ] C Corporation | (7) | [ ] LLP | (10) | [ ] Exempt Organization |
|---|---|---|---|---|---|---|---|
| (2) | [ ] S Corporation | (5) | [ ] General Partnership | (8) | [ ] LLC | (11) | [ ] Disregarded Entity |
| (3) | [ ] Estate/Trust | (6) | [ ] Limited Partnership | (9) | [ ] IRA/Keogh/SEP | | |

**B**  Is this member a foreign member?  ● [ ] Yes  [X] No

**C**  Enter member's percentage (without regard to special allocations) of

| | **(i) Before decrease or termination** | | **(ii) End of year** | |
|---|---|---|---|---|
| Profit sharing | 7.000000 | % ● | 0.400000 | % |
| Loss sharing | 0.000000 | % ● | 0.000000 | % |
| Ownership of capital | 7.000000 | % ● | 0.400000 | % |

**D**  Member's share of liabilities:

Nonrecourse ● $ _____ .00

Qualified nonrecourse financing ● $ _____ .00

Other ● $ _____ .00

**E**  Reportable transaction or tax shelter registration number(s)

**F**  (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ⊙ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ⊙ [ ]

**G**  Check here if this is: ● (1) [ ] A final Schedule K-1 (568)  (2) [X] An amended Schedule K-1 (568)

**H**  Is this member a resident of California? ● [X] Yes  ▶ [ ] No

PARTNER# 1       47-1444612
THOMAS WYLDE LLC

| Member's name | Member's identifying number |
|---|---|
| JOHN HANNA | 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 |

I  Analysis of member's capital account: Check the box ● (1) [X] Tax Basis   (2) ☐ GAAP   (3) ☐ Section 704(b) Book   (4) ☐ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● 700 | ● | ● | ● ( ) | ● 700 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | | | ● | ▶ |
| | 2 Net income (loss) from rental real estate activities | | | ● | ▶ |
| | 3 Net income (loss) from other rental activities | | | ◉ | ◉ |
| | 4 Guaranteed payments to members | | | ● | ▶ |
| | 5 Interest income | | | ● | ▶ |
| | 6 Dividends | | | ● | ▶ |
| | 7 Royalties | | | ● | ▶ |
| | 8 Net short-term capital gain (loss) | | | ● | ▶ |
| | 9 Net long-term capital gain (loss) | | | ● | ▶ |
| | 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | 11 a Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| | b Total other income Attach schedule | | | ● | ▶ |
| | c Total other loss. Attach schedule | | | ● | ▶ |
| Deductions | 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| | 13 a Charitable contributions | | | | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply. | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |

THERE ARE NO AMOUNTS ON PAGE 3 AND 4

PARTNER# 2

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

```
TYB  01-01-2015  TYE  12-31-2015
57-1157980

STANLEY DUCKS, LLC

18141 IRVINE BLVD
TUSTIN            CA  92780


47-1444612        201420310399
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES       CA  90007
```

**A** What type of entity is this member? ●

| (1) ☐ Individual | (4) ☐ C Corporation | (7) ☐ LLP | (10) ☐ Exempt Organization |
|---|---|---|---|
| (2) ☐ S Corporation | (5) ☒ General Partnership | (8) ☐ LLC | (11) ☐ Disregarded Entity |
| (3) ☐ Estate/Trust | (6) ☐ Limited Partnership | (9) ☐ IRA/Keogh/SEP | |

**B** Is this member a foreign member? ............................................................................ ● ☐ Yes ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 3.500000 % ● | 0.200000 % |
| Loss sharing | 0.000000 % ● | 0.000000 % |
| Ownership of capital | 3.500000 % ● | 0.200000 % |

**D** Member's share of liabilities:

Nonrecourse ● $ _____.00

Qualified nonrecourse financing ● $ _____.00

Other ● $ _____.00

**E** Reportable transaction or tax shelter registration number(s)

**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ............... ● ☐

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ............ ● ☐

**G** Check here if this is: ● (1) ☐ A final Schedule K-1 (568)    (2) ☒ An amended Schedule K-1 (568)

**H** Is this member a resident of California? ...................................................... ● ☒ Yes ▶ ☐ No

PARTNER# 2     47-1444612
THOMAS WYLDE LLC

| Member's name | Member's identifying number |
|---|---|
| STANLEY DUCKS, LLC | 57-1157980 |

I  Analysis of member's capital account: Check the box  ● (1) [X] Tax Basis  (2) [ ] GAAP  (3) [ ] Section 704(b) Book  (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● | ● 350 | | ● ( ) | ● 350 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|
| **Income (Loss)** | | | | |
| 1 Ordinary income (loss) from trade or business activities | | | ● | ▶ |
| 2 Net income (loss) from rental real estate activities | | | ● | ▶ |
| 3 Net income (loss) from other rental activities | | | ◉ | ◉ |
| 4 Guaranteed payments to members | | | ● | ▶ |
| 5 Interest income | | | ● | ▶ |
| 6 Dividends | | | ● | ▶ |
| 7 Royalties | | | ● | ▶ |
| 8 Net short-term capital gain (loss) | | | ● | ▶ |
| 9 Net long-term capital gain (loss) | | | ● | ▶ |
| 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | |
| b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| 11 a Other portfolio income (loss) Attach schedule | | | ● | ▶ |
| b Total other income. Attach schedule | | | ● | ▶ |
| c Total other loss. Attach schedule | | | ● | ▶ |
| **Deductions** | | | | |
| 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| 13 a Charitable contributions | | | | |
| b Investment interest expense | | | | |
| c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| 2 Type of expenditures | | | | |
| d Deductions related to portfolio income Attach schedule | | | | |
| e Other deductions. Attach schedule | | | | |

THERE ARE NO AMOUNTS ON PAGE 3 AND 4

PARTNER# 3

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

```
TYB  01-01-2015  TYE  12-31-2015
47-1710832

DSRB, LLC

18141 IRVINE BLVD
TUSTIN            CA   92780


47-1444612         201420310399
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES       CA   90007
```

**A** What type of entity is this member? ●

| (1) ☐ Individual | (4) ☐ C Corporation | (7) ☐ LLP | (10) ☐ Exempt Organization |
|---|---|---|---|
| (2) ☐ S Corporation | (5) ☒ General Partnership | (8) ☐ LLC | (11) ☐ Disregarded Entity |
| (3) ☐ Estate/Trust | (6) ☐ Limited Partnership | (9) ☐ IRA/Keogh/SEP | |

**B** Is this member a foreign member? ● ☐ Yes ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 3.500000 % ● | 0.200000 % |
| Loss sharing | 0.000000 % ● | 0.000000 % |
| Ownership of capital | 3.500000 % ● | 0.200000 % |

**D** Member's share of liabilities:

Nonrecourse ● $ _____.00

Qualified nonrecourse financing ● $ _____.00

Other ● $ _____.00

**E** Reportable transaction or tax shelter registration number(s) _____

**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ● ☐

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ● ☐

**G** Check here if this is: ● (1) ☐ A final Schedule K-1 (568)  (2) ☒ An amended Schedule K-1 (568)

**H** Is this member a resident of California? ● ☒ Yes ▶ ☐ No

PARTNER# 3        47-1444612
THOMAS WYLDE LLC

| Member's name | Member's identifying number |
|---|---|
| DSRB, LLC | 47-1710832 |

I Analysis of member's capital account: Check the box  ● (1) [X] Tax Basis  (2) ☐ GAAP  (3) ☐ Section 704(b) Book  (4) ☐ Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● | ● 350 | ● | ● ( ) | ● 350 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|
| **Income (Loss)** | | | | |
| 1 Ordinary income (loss) from trade or business activities ........ | | | ● | ▶ |
| 2 Net income (loss) from rental real estate activities ............ | | | ● | ▶ |
| 3 Net income (loss) from other rental activities ............ | | | ⊙ | ⊙ |
| 4 Guaranteed payments to members ...... | | | ● | ▶ |
| 5 Interest income ............ | | | ● | ▶ |
| 6 Dividends ............ | | | ● | ▶ |
| 7 Royalties ............ | | | ● | ▶ |
| 8 Net short-term capital gain (loss) | | | ● | ▶ |
| 9 Net long-term capital gain (loss) | | | ● | ▶ |
| 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| 11 a Other portfolio income (loss) Attach schedule | | | ● | ▶ |
| b Total other income. Attach schedule | | | ● | ▶ |
| c Total other loss. Attach schedule | | | ● | ▶ |
| **Deductions** | | | | |
| 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| 13 a Charitable contributions ............ | | | | |
| b Investment interest expense | | | | |
| c 1 Total expenditures to which an IRC Section 59(e) election may apply. ........ | | | | |
| 2 Type of expenditures | | | | |
| d Deductions related to portfolio income Attach schedule | | | | |
| e Other deductions. Attach schedule | | | | |

THERE ARE NO AMOUNTS ON PAGE 3 AND 4

PARTNER# 4

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

```
TYB  01-01-2015  TYE  12-31-2015
45-4648680

THE  PALLIATIVE, LLC.

12114 DEWEY ST
LOS ANGELES     CA   90066


47-1444612          201420310399
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES     CA   90007
```

**A** What type of entity is this member? ●

(1) ☐ Individual     (4) ☐ C Corporation     (7) ☐ LLP     (10) ☐ Exempt Organization

(2) ☐ S Corporation     (5) ☒ General Partnership     (8) ☐ LLC     (11) ☐ Disregarded Entity

(3) ☐ Estate/Trust     (6) ☐ Limited Partnership     (9) ☐ IRA/Keogh/SEP

**B** Is this member a foreign member?     ● ☐ Yes ☒ No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 9.000000 % ● | 0.510000 % |
| Loss sharing | 0.000000 % ● | 0.000000 % |
| Ownership of capital | 9.000000 % ● | 0.510000 % |

**D** Member's share of liabilities:

Nonrecourse     ● $ _____ .00

Qualified nonrecourse financing     ● $ _____ .00

Other     ● $ _____ .00

**E** Reportable transaction or tax shelter registration number(s) _____

**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2)     ◉ ☐

    (2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040 1)     ◉ ☐

**G** Check here if this is: ● (1) ☐ A final Schedule K-1 (568)     (2) ☒ An amended Schedule K-1 (568)

**H** Is this member a resident of California?     ● ☒ Yes ▶ ☐ No

PARTNER# 4      47-1444612
THOMAS WYLDE LLC

| Member's name | Member's identifying number |
|---|---|
| THE  PALLIATIVE, LLC. | 45-4648680 |

I  Analysis of member's capital account: Check the box  ● (1) [X] Tax Basis   (2) [ ] GAAP   (3) [ ] Section 704(b) Book   (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● | ● 900 | ● | ● ( ) | ● 900 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | | | ● | ▶ |
| | 2 Net income (loss) from rental real estate activities | | | ● | ▶ |
| | 3 Net income (loss) from other rental activities | | | ⊙ | ⊙ |
| | 4 Guaranteed payments to members | | | ● | ▶ |
| | 5 Interest income | | | ● | ▶ |
| | 6 Dividends | | | ● | ▶ |
| | 7 Royalties | | | ● | ▶ |
| | 8 Net short-term capital gain (loss) | | | ● | ▶ |
| | 9 Net long-term capital gain (loss) | | | ● | ▶ |
| | 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | 11 a Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| | b Total other income. Attach schedule | | | ● | ▶ |
| | c Total other loss. Attach schedule | | | ● | ▶ |
| Deductions | 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| | 13 a Charitable contributions | | | | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply. | | | | |
| | 2 Type of expenditures | | | | |
| | d Deductions related to portfolio income Attach schedule | | | | |
| | e Other deductions. Attach schedule | | | | |

THERE ARE NO AMOUNTS ON PAGE 3 AND 4

PARTNER# 5

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

```
TYB  01-01-2015  TYE  12-31-2015
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
PAULA          THOMAS


2514 S TOLEDO AVE
PALM SPRINGS      CA  92264


47-1444612        201420310399
THOMAS WYLDE LLC

235 W 31ST ST
LOS ANGELES      CA  90007
```

**A**  What type of entity is this member? ●

| (1) | [X] Individual | (4) | [ ] C Corporation | (7) | [ ] LLP | (10) | [ ] Exempt Organization |
|---|---|---|---|---|---|---|---|
| (2) | [ ] S Corporation | (5) | [ ] General Partnership | (8) | [ ] LLC | (11) | [ ] Disregarded Entity |
| (3) | [ ] Estate/Trust | (6) | [ ] Limited Partnership | (9) | [ ] IRA/Keogh/SEP | | |

**B**  Is this member a foreign member? ●  [ ] Yes  [X] No

**C**  Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 32.000000 % ● | 1.830000 % |
| Loss sharing | 0.000000 % ● | 0.000000 % |
| Ownership of capital | 32.000000 % ● | 1.830000 % |

**D**  Member's share of liabilities:

| Nonrecourse | ● $ | .00 |
| Qualified nonrecourse financing | ● $ | .00 |
| Other | ● $ | .00 |

**E**  Reportable transaction or tax shelter registration number(s)

**F**  (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2)  ⊙ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1)  ⊙ [ ]

**G**  Check here if this is: ● (1) [ ] A final Schedule K-1 (568)  (2) [X] An amended Schedule K-1 (568)

**H**  Is this member a resident of California? ● [X] Yes  ▶ [ ] No

PARTNER# 5       47-1444612
THOMAS WYLDE LLC

| Member's name | Member's identifying number |
|---|---|
| PAULA THOMAS | 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 |

I   Analysis of member's capital account: Check the box   ● (1) [X] Tax Basis   (2) [ ] GAAP   (3) [ ] Section 704(b) Book   (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● | ● 3,200 | ● | ● ( ) | ● 3,200 |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|
| **Income (Loss)** | | | | |
| 1 Ordinary income (loss) from trade or business activities | | | ● | ▶ |
| 2 Net income (loss) from rental real estate activities | | | ● | ▶ |
| 3 Net income (loss) from other rental activities | | | ◉ | ◉ |
| 4 Guaranteed payments to members | | | ● | ▶ |
| 5 Interest income | | | ● | ▶ |
| 6 Dividends | | | ● | ▶ |
| 7 Royalties | | | ● | ▶ |
| 8 Net short-term capital gain (loss) | | | ● | ▶ |
| 9 Net long-term capital gain (loss) | | | ● | ▶ |
| 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | | ▶ |
| 11 a Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| b Total other income. Attach schedule | | | ● | ▶ |
| c Total other loss. Attach schedule | | | | |
| **Deductions** | | | | |
| 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| 13 a Charitable contributions | | | | |
| b Investment interest expense | | | | |
| c 1 Total expenditures to which an IRC Section 59(e) election may apply. | | | | |
| 2 Type of expenditures | | | | |
| d Deductions related to portfolio income. Attach schedule | | | | |
| e Other deductions. Attach schedule | | | | |

THERE ARE NO AMOUNTS ON PAGE 3 AND 4

PARTNER# 6

| TAXABLE YEAR | **Member's Share of Income,** | CALIFORNIA SCHEDULE |
|---|---|---|
| **2015** | **Deductions, Credits, etc.** | **K-1 (568)** |

TYB  01-01-2015  TYE  12-31-2015
99-9999999

HILLSHORE  INVESTMENTS
CALLE 53 ESTE URBANIZACION
MARBELLA  TORRE  MMG

PANAMA

47-1444612       201420310399
THOMAS  WYLDE  LLC

235 W 31ST ST
LOS ANGELES       CA   90007

**A** What type of entity is this member? ●

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **(1)** ☐ Individual | **(4)** ☒ C Corporation | **(7)** ☐ LLP | **(10)** ☐ Exempt Organization |
| **(2)** ☐ S Corporation | **(5)** ☐ General Partnership | **(8)** ☐ LLC | **(11)** ☐ Disregarded Entity |
| **(3)** ☐ Estate/Trust | **(6)** ☐ Limited Partnership | **(9)** ☐ IRA/Keogh/SEP | |

**B** Is this member a foreign member? ............................................................ ● ☒ Yes ☐ No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 45.000000 % ● | 96.860000 % |
| Loss sharing | 100.000000 % ● | 100.000000 % |
| Ownership of capital | 45.000000 % ● | 96.860000 % |

**D** Member's share of liabilities:

| | | |
|---|---|---|
| Nonrecourse | ● $ | .00 |
| Qualified nonrecourse financing | ● $ | .00 |
| Other | ● $ | .00 |

**E** Reportable transaction or tax shelter registration number(s) ...............

**F** **(1)** Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ......................... ◉ ☐

**(2)** Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ......................... ◉ ☐

**G** Check here if this is ● **(1)** ☐ A final Schedule K-1 (568)  **(2)** ☒ An amended Schedule K-1 (568)

**H** Is this member a resident of California? ....................................................... ● ☐ Yes ▶ ☒ No

PARTNER# 6      47-1444612
THOMAS WYLDE LLC

**Member's name**

HILLSHORE INVESTMENTS

**Member's identifying number**

99-9999999

Analysis of member's capital account: Check the box ● (1) [X] Tax Basis   (2) [ ] GAAP   (3) [ ] Section 704(b) Book   (4) [ ] Other (explain)

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Member's share of line 3, line 4, and line 7 Form 568, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● −182,059 | ● 7,500,013 | ● −4,651,971 | ● ( ) | ● 2,665,983 |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e) California source amounts and credits |
|---|---|---|---|---|
| **Income (Loss)** | | | | |
| 1 Ordinary income (loss) from trade or business activities | −4,613,383 | 11,283 | ● −4,602,100 | ▶ −4,602,100 |
| 2 Net income (loss) from rental real estate activities | | | ● | ▶ |
| 3 Net income (loss) from other rental activities | | | ◉ | ◉ |
| 4 Guaranteed payments to members | | | ● | ▶ |
| 5 Interest income | | | ● | ▶ |
| 6 Dividends | | | ● | ▶ |
| 7 Royalties | | | ● | ▶ |
| 8 Net short-term capital gain (loss) | | | ● | ▶ |
| 9 Net long-term capital gain (loss) | | | ● | ▶ |
| 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| 11 a Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| b Total other income. Attach schedule | | | ● | ▶ |
| c Total other loss. Attach schedule | | | ● | |
| **Deductions** | | | | |
| 12 Expense deduction for recovery property (IRC Section 179) | | | | |
| 13 a Charitable contributions STMT 1,2 | 2,400 | | 2,400 | |
| b Investment interest expense | | | | |
| c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| 2 Type of expenditures | | | | |
| d Deductions related to portfolio income. Attach schedule | | | | |
| e Other deductions. Attach schedule | | | | |

PARTNER# 6      47-1444612 AMENDED
THOMAS WYLDE LLC

| Member's name | | Member's identifying number | | |
|---|---|---|---|---|
| HILLSHORE INVESTMENTS | | 99-9999999 | | |

| | (a) Distributive share items | (b) Amounts from federal Schedule K-1 (1065) | (c) California adjustments | (d) Total amounts using California law. Combine col. (b) and col. (c) | (e) California source amounts and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on Form 592-B if calendar year LLC) . | | | ● | ▶ |
| | **b** Low-income housing credit . . . . | | | | |
| | **c** Credits other than line 15b related to rental real estate activities. Attach schedule | | | | |
| | **d** Credits related to other rental activities. Att. sch. | | | | |
| | **e** Nonconsenting nonresident member's tax paid by LLC | | | | |
| | **f** Other credits – Attach required schedules or statements | | | | |
| | **g** New employment credit | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property placed in service after 1986 | | 1,200 ⊙ | 1,200 ⊙ | 1,200 |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas) | | | | |
| | **d** Gross income from oil, gas, and geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and geothermal properties | | | | |
| | **f** Other alternative minimum tax items. Att. sch. | | | | |
| **Tax-exempt Income and Nondeductible Expenses** | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses | 48,960 | 800 | 49,760 | 49,760 |
| **Distributions** | **19 a** Distributions of money (cash and marketable securities) | | ⊙ | | |
| | **b** Distributions of property other than money | | ⊙ | | |
| **Other Information** | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions   SEE STMT 3 | | | | |

THERE ARE NO AMOUNTS ON PAGE 4

| TAXABLE YEAR | Limited Liability Company Nonresident | | | CALIFORNIA FORM |
|---|---|---|---|---|
| 2015 | Members' Consent | | | 3832 |

For use by limited liability companies (LLCs) with one or more nonresident members. Attach to Form 568 and give a copy to each nonresident member. Use additional sheets if necessary. Separate forms FTB 3832 for each nonresident member (or groups of nonresident members) may be used.

Limited liability company name

California Secretary of State (SOS) file number
**201420310399**

FEIN
**47-1444612**

THOMAS WYLDE LLC

**Note:** Completion of this form does not satisfy the requirements for filing a California income tax return. See General Information C, Nonresidents Who Must File a California Return.

List the names and identification numbers below, of the nonresident members of record at the end of the LLC's taxable year.

| Number | Nonresident member's name | I consent to the jurisdiction of the State of California to tax my distributive share of the LLC income attributable to California sources. | | Nonresident member's SSN, ITIN, or FEIN |
|---|---|---|---|---|
| | | Signature | Date | |
| 1 | ⊙ HILLSHORE INVESTMENTS | | | ⊙ 99-9999999 |
| 2 | ⊙ | | | ⊙ |
| 3 | ⊙ | | | ⊙ |
| 4 | ⊙ | | | ⊙ |
| 5 | ⊙ | | | ⊙ |
| 6 | ⊙ | | | ⊙ |
| 7 | ⊙ | | | ⊙ |

List the names and identification numbers below, of the nonresident members who sold or transferred their ownership interests before the end of the LLC's taxable year.

| Number | Nonresident member's name | I consent to the jurisdiction of the State of California to tax my distributive share of the LLC income attributable to California sources. | | Nonresident member's SSN, ITIN, or FEIN |
|---|---|---|---|---|
| | | Signature | Date | |
| 1 | ⊙ | | | ⊙ |
| 2 | ⊙ | | | ⊙ |
| 3 | ⊙ | | | ⊙ |
| 4 | ⊙ | | | ⊙ |
| 5 | ⊙ | | | ⊙ |
| 6 | ⊙ | | | ⊙ |
| 7 | ⊙ | | | ⊙ |

PAGE 1 OF 1

3.2.5    **Qualified Income Offset**.  In the event any Member unexpectedly receives any adjustments, allocations, or distributions described in Regulations Section 1.704-1(b)(2)(ii)(d)(4), (5), or (6) or any other event creates an Adjusted Capital Account Deficit, items of Company income and gain shall be specially allocated to each such Member in an amount and manner sufficient to eliminate the Adjusted Capital Account Deficit of such Member as quickly as possible, provided that an allocation pursuant to this Section 3.2.5 shall be made only if and to the extent that such Member would have an Adjusted Capital Account Deficit after all other allocations provided for in this Agreement have been tentatively made as if this Section 3.2.5 were not in the Agreement.

3.3    **Curative Allocations**.  The allocations set forth in Sections 3.1 and 3.2 of this Exhibit C (the "**Regulatory Allocations**") are intended to comply with certain requirements of the Regulations.  It is the intent of the Members that, to the extent possible, all Regulatory Allocations shall be offset either with other Regulatory Allocations or with special allocations of other items of Company income, gain, loss, or deduction pursuant to this Section 3.3.  Therefore, notwithstanding any other provision of the Agreement (other than the Regulatory Allocations), the Members, by Vote of a Supermajority of Members, shall  make such offsetting special allocations of Company income, gain, loss, or deduction in whatever manner they determine appropriate so that, after such offsetting allocations are made, a Member's Capital Account balance is, to the extent possible, equal to the Capital Account balance such Member would have had if the Regulatory Allocations were not part of this Agreement and all Company items were allocated pursuant to Section 4.1 of the Agreement.  In exercising their discretion under this Section 3.3, the Members, by Vote of a Supermajority of Members, shall take into account any future Regulatory Allocations under Sections 3.2.3 and 3.2.4 of this Exhibit C that, although not yet made, are likely to offset other Regulatory Allocations previously made under Sections 3.2.1 and 3.2.2 of this Exhibit C.

3.4    **Code Section 704(c) Allocations**.  The allocations specified in this Agreement shall govern the allocation of items to the Members for Code Section 704(b) book purposes, and the allocation of items to the Members for tax purposes shall be in accordance with such book allocations, except that solely for tax purposes and notwithstanding any other provision of this Agreement: (i) Code Section 704(c) shall apply to the allocation of items of income, gain, deduction, and loss related to contributed property having an adjusted federal income tax basis at the time of contribution that differs from its fair market value; and (ii) Regulations Section 1.704-1(b)(2)(iv)(f)(4) shall apply to the items of income, gain, deduction, and loss related to property the book value of which is adjusted pursuant to Regulations Section 1.704-1(b)(2)(iv)(f).

3.5    **Allocations in Respect of a Transferred Membership Interest**.  If any Membership Interest is transferred, or is increased or decreased by reason of the admission of a new Member or otherwise, during any fiscal year of the Company, each item of income, gain, loss, deduction, or credit of the Company for such fiscal year shall be allocated among the Members, as determined by the Members, by Vote of a Supermajority of Members, in accordance with any method permitted by Code Section 706(d) and the Regulations promulgated thereunder in order to take into account the Members' varying interests in the Company during such fiscal year.

47-1444612                       **California Statements**

## Statement 3 - Form 568, Page 5, Schedule K, Line 13a, Column b - Charitable Contributions

| Description | 100% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|
| CHARITABLE CONTRIBUTION | $ | $ 2,400 | $ | $ | $ 2,400 |
| Total | $ 0 | $ 2,400 | $ 0 | $ 0 | $ 2,400 |

## Statement 4 - Form 568, Page 5, Schedule K, Line 13a, Column d - Charitable Contributions

| Description | 100% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|
| CHARITABLE CONTRIBUTION | $ | $ 2,400 | $ | $ | $ 2,400 |
| Total | $ 0 | $ 2,400 | $ 0 | $ 0 | $ 2,400 |

3-4

47-1444612

## California Statements

### Statement 5 - Form 568, Page 5, Schedule K, Line 18c, Column b - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Meals and Entertainment | $ 48,960 |
| Total | $ 48,960 |

### Statement 6 - Form 568, Page 5, Schedule K, Line 18c, Column d - Nondeductible Expenses

| Description | Amount |
|---|---|
| Nondeductible Meals and Entertainment | $ 48,960 |
| Nondeductible Taxes | 800 |
| Total | $ 49,760 |

### Statement 7 - Form 568, Page 6, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| ADVANCE TO OFFICERS | $ 74 | $ 2,514 |
| ADVANCE TO PDTW, LLC | 4,052,052 | 2,434,663 |
| VENDOR DEPOSITS | 47,994 | 80,657 |
| EMPLOYEE ADVANCE | | 900 |
| Undeposited Funds | | 6,680 |
| Total | $ 4,100,120 | $ 2,525,414 |

### Statement 8 - Form 568, Page 6, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| PREPAID EXPENSES | $ 4,700 | $ 22,317 |
| ADVANCE ON COMMISSION | | 13,600 |
| GOODWILL | | 1,984,337 |
| Total | $ 4,700 | $ 2,020,254 |

### Statement 9 - Form 568, Page 6, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED EXPENSES | $ 7,671 | $ 201,107 |
| ADVANCE FROM PDTW, LLC | 36,734 | |
| CUSTOMER DEPOSITS | 66,635 | 29,616 |
| FACTORING PAYABLE | | 430,409 |
| ADVANCES FROM OFFICERS | | 12,737 |
| AMERICAN EXPRESS | | 111,015 |
| Total | $ 111,040 | $ 784,884 |

47-1444612 | **California Statements**

### Statement 10 - Form 568, Page 6, Schedule L, Line 20 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| NOTE PAYABLE - LONG TERM | $ 4,300,000 | $ 2,000,000 |
| Total | $ 4,300,000 | $ 2,000,000 |

### Statement 11 - Form 568, Page 6, Sch M-1, Line 6 - Income Recorded on Books, Not on Sch K

| Description | Amount |
|---|---|
| Fed/CA income adjust | $ 12,772 |
| Total | $ 12,772 |

47-1444612                     **California  Statements**

### Statement 12 - Form 3885L - Depreciation and Amortization

|  | Date In Serv | Cost | Meth | Life/ Rate | Current Depr | Code | Per/ Percent | Current Amrt |
|---|---|---|---|---|---|---|---|---|
| Phone | 2/01/15 | $      360 | 200DB | 5 | $      72 | | $ | |
| Office Equip. | 3/18/15 | 880 | 200DB | 5 | 176 | | | |
| Office Furniture | 1/07/15 | 2,189 | 200DB | 7 | 313 | | | |
| Phone | 2/27/15 | 360 | 200DB | 5 | 72 | | | |
| Office Furniture: Desk | 1/09/15 | 1,959 | 200DB | 7 | 280 | | | |
| Table | 1/19/15 | 2,312 | 200DB | 7 | 330 | | | |
| Office Furniture | 2/04/15 | 1,740 | 200DB | 7 | 249 | | | |
| Office Furniture | 9/18/15 | 2,027 | 200DB | 7 | 290 | | | |
| Office Furniture | 10/14/15 | 1,196 | 200DB | 7 | 171 | | | |
| Container | 10/23/15 | 2,993 | 200DB | 7 | 428 | | | |
| Total | | | | | $   2,381 | | | $        0 |

12

# EXHIBIT

## "14"

**Caution:** Forms printed from within Adobe Acrobat products may not meet IRS or state taxing agency specifications. When using Acrobat 5.x products, uncheck the "Shrink oversized pages to paper size" and uncheck the "Expand small pages to paper size" options, in the Adobe "Print" dialog. When using Acrobat 6.x and later products versions, select "None" in the "Page Scaling" selection box in the Adobe "Print" dialog.

CLIENT'S COPY

September 14, 2015


Pdtw, LLC
3231 S. LA Cienega Blvd. Ste A
Los Angeles, CA  90016


Pdtw, LLC:

We have prepared and enclosed your 2014 Limited Liability
Company returns for the year ended December 31, 2014.

This return has been prepared for electronic filing.  If you
wish to have it transmitted electronically to the IRS, please
sign, date, and return Form 8879-PE to our office.  We will
then submit your electronic return to the IRS.  Do not mail
the paper copy of the return to the IRS.  Return federal Form
8879-PE to us by September 15, 2015.

No payment is required with this return when filed.

The California Form 568 return has been prepared for
electronic filing.  If you wish to have it transmitted
electronically to the FTB, please sign, date and return Form
8453-LLC to our office.  We will then submit the electronic
return to the FTB.  Do not mail a paper copy of the return to
the FTB.  Return Form 8453-LLC to us by October 15, 2015.

No payment is required with this return when filed.

This return includes a penalty for underpayment of estimated
tax of $1,179.00.

The California Form 3536 (LLC) Estimate should be mailed as
soon as possible with a check payable to Franchise Tax Board
to:

        Franchise Tax Board
        PO Box 942857
        Sacramento, CA 94257-0531


An amount of $11,790 is due.

The California Form 3522 should be mailed as soon as possible
to:

> Franchise Tax Board
> P.O. Box 942857
> Sacramento, CA  94257-0531

Enclose a check or money order for $800.00, payable to
Franchise Tax Board.

Attached are Schedules K-1 for all members indicating their
share of income, deductions and credits to be reported on
their respective tax returns.  These schedules should be
immediately forwarded to each of the members.

Copies of the returns are enclosed for your files.  We
suggest that you retain these copies indefinitely.

Very truly yours,


Joseph Foster CPA

September 14, 2015


Pdtw, LLC
3231 S. LA Cienega Blvd. Ste A
Los Angeles, CA  90016

Pdtw, LLC:

Enclosed are your 2014 partnership tax returns and 2015
estimated tax vouchers, as follows...

2014 U.S. Return of Partnership Income

2014 California Limited Liability Company Return of Income

2015 California 3536 (LLC) Estimated Voucher

Separately mail California Form 3522 to the address indicated
on the form.

Your copy should be retained for your files.


Very truly yours,



Joseph Foster CPA

## Filing Instructions

| Prepared for: | Prepared by: |
|---|---|
| PDTW, LLC<br>3231 S. LA CIENEGA BLVD. STE A<br>LOS ANGELES, CA  90016 | KF PROFESSIONAL GROUP<br>100 N. FIRST STREET, SUITE 105<br>BURBANK, CA 91502 |

**2014 U.S. RETURN OF PARTNERSHIP INCOME**

No payment is required with this return when filed.

The return has been prepared for electronic filing.  If you wish to have
it transmitted electronically to the IRS, please sign, date, and return
Form 8879-PE to our office.  We will then submit your electronic return
to the IRS.  Return federal Form 8879-PE to us by September 15, 2015.

A copy of Schedule K-1 should be furnished to each member.

**2014 CALIFORNIA FORM 568**

The California return has been prepared for electronic filing.  If you
wish to have it transmitted electronically to the FTB, please sign, date
and return Form 8453-LLC to our office.  We will then submit the
electronic return to the FTB.  Do not mail a paper copy of the return to
the FTB.  Return Form 8453-LLC to us by October 15, 2015.

A copy of Schedule K-1 should be furnished to each member.

300091
03-14-15

## Filing Instructions

| Prepared for: | Prepared by: |
|---|---|
| PDTW, LLC<br>3231 S. LA CIENEGA BLVD. STE A<br>LOS ANGELES, CA  90016 | KF PROFESSIONAL GROUP<br>100 N. FIRST STREET, SUITE 105<br>BURBANK, CA 91502 |

**2015 CALIFORNIA FORM 3536 (LLC)**

The California Form 3536 (LLC) Estimate should be mailed as soon as possible with a check payable to Franchise Tax Board to:

> Franchise Tax Board
> PO Box 942857
> Sacramento, CA 94257-0531

An amount of $11,790 is due.

**CALIFORNIA FORM 3522**

You have a balance due of.........................$      800.00

Mail as soon as possible to:    Franchise Tax Board
P.O. Box 942857
Sacramento, CA  94257-0531

200961
01-14-15

## Two-Year Comparison - Partnership     **2014**

Name of partnership

PDTW, LLC

Employer identification number

20-4937773

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| NUMBER OF PARTNERS | 2. | 2. | 0. |
| TRADE OR BUSINESS INCOME OR LOSS: | | | |
| INCOME: | | | |
| GROSS RECEIPTS OR SALES | 7,029,942. | 7,558,034. | 528,092. |
| COST OF GOODS SOLD: | | | |
|   INVENTORY AT BEGINNING OF YEAR | 263,596. | 341,805. | 78,209. |
|   PURCHASES LESS ITEMS WITHDRAWN | 3,327,934. | 3,985,265. | 657,331. |
|   OTHER COSTS | 29,045. | 97,533. | 68,488. |
|   TOTAL | 3,620,575. | 4,424,603. | 804,028. |
|   INVENTORY AT END OF YEAR | 341,805. | 811,096. | 469,291. |
| COST OF GOODS SOLD | 3,278,770. | 3,613,507. | 334,737. |
| GROSS PROFIT | 3,751,172. | 3,944,527. | 193,355. |
| OTHER INCOME (LOSS) | 158,350. | 19,212. | -139,138. |
| TOTAL INCOME (LOSS) | 3,909,522. | 3,963,739. | 54,217. |
| DEDUCTIONS: | | | |
| SALARIES AND WAGES | 679,037. | 1,205,162. | 526,125. |
| GUARANTEED PAYMENTS TO PARTNERS | 22,546. | 0. | -22,546. |
| REPAIRS AND MAINTENANCE | 14,610. | 15,379. | 769. |
| RENT | 454,211. | 403,172. | -51,039. |
| TAXES AND LICENSES | 47,960. | 94,149. | 46,189. |
| INTEREST | 126,681. | 227,412. | 100,731. |
| DEPRECIATION | 4,420. | 27,732. | 23,312. |
| EMPLOYEE BENEFIT PROGRAMS | 40,595. | 69,705. | 29,110. |
| OTHER DEDUCTIONS | 2,461,585. | 1,882,850. | -578,735. |
| TOTAL DEDUCTIONS | 3,851,645. | 3,925,561. | 73,916. |
| ORDINARY INCOME (LOSS) | 57,877. | 38,178. | -19,699. |
| SCHEDULE K: | | | |
| INCOME (LOSS): | | | |
| ORDINARY TRADE/BUSINESS INCOME/LOSS | 57,877. | 38,178. | -19,699. |
| GUARANTEED PAYMENTS TO PARTNERS | 22,546. | 0. | -22,546. |
| DEDUCTIONS: | | | |

411811 05-01-14

19050914 145788 P-04650          2014.04020 PDTW, LLC                    P-046501

## Two-Year Comparison - Partnership

**2014**

| Name of partnership | Employer identification number |
|---|---|
| PDTW, LLC | 20-4937773 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| SECTION 179 EXPENSE DEDUCTION | 24,780. | 0. | -24,780. |
| OTHER DEDUCTIONS | 22,546. | 10,991. | -11,555. |
| SELF-EMPLOYMENT: | | | |
| EARNINGS/LOSS FROM SELF-EMPLOYMENT | 80,134. | 37,987. | -42,147. |
| GROSS NONFARM INCOME | 3,889,974. | 3,943,920. | 53,946. |
| DEPRECIATION ADJUSTMENT | 0. | 1,760. | 1,760. |
| OTHER: | | | |
| NONDEDUCTIBLE EXPENSES | 28,555. | 23,111. | -5,444. |
| DISTRIBUTIONS OF MONEY | 28,207. | 8,644. | -19,563. |
| SCHEDULE M-1: | | | |
| NET INCOME (LOSS) PER BOOKS | 4,542. | -394. | -4,936. |
| TRAVEL AND ENTERTAINMENT | 16,126. | 23,111. | 6,985. |
| OTHER BOOK EXPENSES NOT ON SCH K | 12,429. | 5,247. | -7,182. |
| TOTAL- NET BOOK INC THROUGH EXPENSE | 33,097. | 27,964. | -5,133. |
| DEPRECIATION ON SCH K NOT ON BOOKS | 0. | 777. | 777. |
| TOTAL- BOOK INC THROUGH SCH K DED | 0. | 777. | 777. |
| INCOME (LOSS) | 0. | 27,187. | 27,187. |
| SCHEDULE M-2: | | | |
| CAPITAL AT BEGINNING OF YEAR | -1,234,921. | -1,258,586. | -23,665. |
| NET INCOME (LOSS) PER BOOKS | 4,542. | -394. | -4,936. |
| TOTAL- BEGINNING CAP THROUGH INCR | -1,230,379. | -1,258,980. | -28,601. |
| CASH DISTRIBUTIONS | 28,207. | 8,644. | -19,563. |
| TOTAL- CASH CONT THROUGH OTHER DECR | 28,207. | 8,644. | -19,563. |
| CAPITAL BALANCE AT END OF YEAR | 0. | -1,267,624. | -1,267,624. |

411811 05-01-14

Form **8879-PE**

**IRS e-file Signature Authorization
for Form 1065**

▶ Do not send to the IRS. Keep for your records.

OMB No. 1545-0123

**2014**

Department of the Treasury
Internal Revenue Service

▶ Information about Form 8879-PE and its instructions is at *www.irs.gov/form8879pe.*
For calendar year 2014, or tax year beginning           , 2014, ending           .20

Name of partnership

PDTW, LLC

Employer identification number

20-4937773

| Part I | Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 7,558,034. |
| 2 | Gross profit (Form 1065, line 3) | 2 | 3,944,527. |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 | 38,178. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | |

| Part II | Declaration and Signature Authorization of General Partner or Limited Liability Company Member Manager (Be sure to get a copy of the partnership's return) |
|---|---|

Under penalties of perjury, I declare that I am a general partner or limited liability company member manager of the above partnership and that I have examined a copy of the partnership's 2014 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**General Partner or Limited Liability Company Member Manager's PIN: check one box only**

[X] I authorize **KF PROFESSIONAL GROUP** to enter my PIN | 18000
ERO firm name                                             do not enter all zeros
as my signature on the partnership's 2014 electronically filed return of partnership income

[ ] As a general partner or limited liability company member manager of the partnership, I will enter my PIN as my signature on the
partnership's 2014 electronically filed return of partnership income.

General partner or limited liability company member manager's signature ▶ _____

Title ▶ **MANAGING MEMBER**                                                              Date ▶ _____

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 96864418000
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2014 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS *e-file* Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____                                    Date ▶ _____

**ERO Must Retain This Form - See Instructions
Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**                              Form **8879-PE** (2014)
LHA

421031
10-27 14

19050914 145788 P-04650           2014.04020 PDTW, LLC           P-046501

Form **7004**

(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File
Certain Business Income Tax, Information, and Other Returns**

▶ File a separate application for each return.
▶ Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004* ·

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| PDTW, LLC | 20-4937773 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
3231 S. LA CIENEGA BLVD. STE A

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

LOS ANGELES, CA 90016

**Note.** File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.

**Part I    Automatic 5-Month Extension**

1a  Enter the form code for the return that this application is for (see below) ..... `09`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1065 | 09 | Form 1041 (estate other than a bankruptcy estate) | 04 |
| Form 8804 | 31 | Form 1041 (trust) | 05 |

**Part II    Automatic 6-Month Extension**

b  Enter the form code for the return that this application is for (see below)

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120-C | 34 | Form 8613 | 29 |
| Form 1120-F | 15 | Form 8725 | 30 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ..... ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ..... ▶ ☐
If checked, attach a statement, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**Part III    All Filers Must Complete This Part**

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ..... ▶ ☐

5a  The application is for calendar year `2014`, or tax year beginning _____, and ending _____

b  **Short tax year.** If this tax year is less than 12 months, check the reason:    ☐ Initial return    ☐ Final return
☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (see instructions-attach explanation)

| | | |
|---|---|---|
| 6  Tentative total tax ..... | **6** | |
| 7  Total payments and credits (see instructions) ..... | **7** | |
| 8  Balance due. Subtract line 7 from line 6 (see instructions) ..... | **8** | |

**LHA    For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**
419741
05-01-14

Form **7004** (Rev. 12-2012)

Form **1065**
Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2014, or tax year beginning _____, ending _____

**EXTENSION GRANTED TO 09/15/15**

OMB No. 1545-0123

**2014**

| | | |
|---|---|---|
| **A** Principal business activity | **Name of partnership** | **D** Employer identification number |
| MANUFACTURE | Type of Print: PDTW, LLC | 20-4937773 |
| **B** Principal product or service | Number, street, and room or suite no. If a P.O. box, see the instructions. | **E** Date business started |
| APPAREL | 3231 S. LA CIENEGA BLVD. STE A | 05/09/2006 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets |
| 315990 | LOS ANGELES                          CA 90016 | $ 1,759,530. |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)

**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached ........................................................ ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 7,558,034. |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 7,558,034. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 3,613,507. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,944,527. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement)          SEE STATEMENT 1 | 7 | 19,212. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 3,963,739. |

### Deductions (see the instructions for limitations)

| | | | |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,205,162. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 15,379. |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 403,172. |
| 14 | Taxes and licenses          SEE STATEMENT 2 | 14 | 94,149. |
| 15 | Interest | 15 | 227,412. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | 27,732. |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 27,732. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 69,705. |
| 20 | Other deductions (attach statement)          SEE STATEMENT 3 | 20 | 1,882,850. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 3,925,561. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | 38,178. |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company member manager _____ Date _____

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| JOSEPH FOSTER CPA | JOSEPH FOSTER CPA | | | P01380751 |
| Firm's name ▶ KF PROFESSIONAL GROUP | | | Firm's EIN ▶ 46-0764014 | |
| Firm's address ▶ 100 N. FIRST STREET, SUITE 105 BURBANK, CA 91502 | | | Phone no. 818-736-5960 | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**                          Form **1065** (2014)

411001
01-07-15

Form 1065 (2014)   PDTW, LLC                                                20-4937773   Page 2

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | **a** ☐ Domestic general partnership  **b** ☐ Domestic limited partnership | | |
| | **c** ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| | **e** ☐ Foreign partnership  **f** ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | | X |
| 3 | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2014, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR)? If "Yes," enter the name of the foreign country. | | |
| | ▶ | | X |

Form **1065** (2014)

411011
01-07-15

19050914 145788 P-04650          2014.04020 PDTW, LLC          P-046501

Form 1065 (2014)  **PDTW, LLC**                                  20-4937773  Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? ................. See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2014 that would require you to file Form(s) 1099? See instructions .................. | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ **PAULA THOMAS** | Identifying number of TMP ▶ **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** |
|---|---|
| If the TMP is an entity, name of TMP representative ▶ | Phone number of TMP ▶ |
| Address of designated TMP ▶ **2514 S. TOLEDO AVE PALM SPRINGS , CA 92264** | |

Form **1065** (2014)

411021
01-07-15

Form 1065 (2014)   PDTW, LLC                                                 20-4937773   Page 4

## Schedule K | Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | 38,178. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3 a Other gross rental income (loss) — 3a | | |
| | b Expenses from other rental activities (attach statement) — 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments | 4 | |
| | 5 Interest income | 5 | |
| | 6 Dividends: a Ordinary dividends | 6a | |
| | b Qualified dividends — 6b | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9 a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) — 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) — 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13 a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶             (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶   SEE STATEMENT 4 | 13d | 10,991. |
| **Self-Employ-ment** | 14 a Net earnings (loss) from self-employment | 14a | 37,987. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | 3,943,920. |
| **Credits** | 15 a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d Other rental real estate credits (see instructions)   Type ▶ | 15d | |
| | e Other rental credits (see instructions)   Type ▶ | 15e | |
| | f Other credits (see instructions)   Type ▶ | 15f | |
| **Foreign Transactions** | 16 a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Passive category ▶         e General category ▶         f Other ▶ | 16f | |
| | Deductions allocated and apportioned at partner level | | |
| | g Interest expense ▶         h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i Passive category ▶     j General category ▶     k Other ▶ | 16k | |
| | l Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16l | |
| | m Reduction in taxes available for credit (attach statement) | 16m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a Post-1986 depreciation adjustment | 17a | 1,760. |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties - gross income | 17d | |
| | e Oil, gas, and geothermal properties - deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18 a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses   SEE STATEMENT 5 | 18c | 23,111. |
| | 19 a Distributions of cash and marketable securities | 19a | 8,644. |
| | b Distributions of other property | 19b | |
| | 20 a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement) | | |

411041
01-07-15

Form **1065** (2014)

4

Form 1065 (2014)    **PDTW, LLC**                                      20-4937773    Page 5

## Analysis of Net Income (Loss)

| 1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | | | | | 1 | 27,187. |
|---|---|---|---|---|---|---|

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | 26,996. | 191. | | | |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 229,533. | | 179,053. |
| 2a Trade notes and accounts receivable | 746,901. | | 235,698. | |
| b Less allowance for bad debts | | 746,901. | | 235,698. |
| 3 Inventories | | 341,805. | | 811,096. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 6 | 80,522. | | 76,910. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 164,327. | | 309,149. | |
| b Less accumulated depreciation | 157,270. | 7,057. | 184,228. | 124,921. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | STATEMENT 7 | 348,749. | | 331,852. |
| 14 Total assets | | 1,754,567. | | 1,759,530. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 580,597. | | 558,812. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 1,625,000. | | |
| 17 Other current liabilities (attach statement) | STATEMENT 8 | 388,219. | | 2,153,325. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | 60,000. | | 45,017. |
| b Mortgages, notes, bonds payable in 1 year or more | | 359,337. | | |
| 20 Other liabilities (attach statement) | STATEMENT 9 | 0. | | 270,000. |
| 21 Partners' capital accounts | | -1,258,586. | | -1,267,624. |
| 22 Total liabilities and capital | | 1,754,567. | | 1,759,530. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | | -394. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): STMT 11   5,247. | | | a Depreciation $   777. | | 777. |
| a Depreciation $ | | | 8 Add lines 6 and 7 | | 777. |
| b Travel and entertainment $   23,111. | | 28,358. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 27,187. |
| 5 Add lines 1 through 4 | | 27,964. | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | | -1,258,586. | 6 Distributions: a Cash | 8,644. |
| 2 Capital contributed: a Cash | | | b Property | |
| b Property | | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | | -394. | | |
| 4 Other increases (itemize): | | | 8 Add lines 6 and 7 | 8,644. |
| 5 Add lines 1 through 4 | | -1,258,980. | 9 Balance at end of year. Subtract line 8 from line 5 | -1,267,624. |

411042
01-07-15

Form **1065** (2014)

19050914 145788 P-04650        2014.04020 PDTW, LLC              P-046501

Form **1125-A**

(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.

▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| PDTW, LLC | 20-4937773 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 341,805. |
| 2 | Purchases | 2 | 3,985,265. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                    SEE STATEMENT 12 | 5 | 97,533. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,424,603. |
| 7 | Inventory at end of year | 7 | 811,096. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 3,613,507. |

**9a** Check all methods used for valuing closing inventory:

   (i)   ☒ Cost

   (ii)  ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

   If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 12-2012)

424441
05-01-14

**6**

**SCHEDULE B-1**
**(Form 1065)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See instructions.

OMB No. 1545-0099

| Name of partnership | Employer identification number |
|---|---|
| PDTW, LLC | 20-4937773 |

**Part I**   **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| PAULA   THOMAS | 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 | UNITED STATES | 99.50 |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.            Schedule B-1 (Form 1065) (Rev. 12-2011)

424551
05-01 14

# Form 4562

## Depreciation and Amortization
(Including Information on Listed Property) **OTHER**

▶ Attach to your tax return.

▶ Information about Form 4562 and its separate instructions is at www.irs.gov/form4562

Department of the Treasury
Internal Revenue Service   (99)

OMB No. 1545-0172

**2014**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PDTW, LLC | | 20-4937773 |

### Part I — Election To Expense Certain Property Under Section 179 Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 ▶ | **13** | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 18,774. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2014 | **17** | 5,348. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

#### Section B - Assets Placed in Service During 2014 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | 16,237. | 5 YRS. | HY | 200DB | 3,249. |
| c  7-year property | | 2,526. | 7 YRS. | HY | 200DB | 361. |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 27,732. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

416251
01-08-15   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2014)

19050914 145788 P-04650        2014.04020 PDTW, LLC              P-046501

Form 4562 (2014)   **PDTW, LLC**   20-4937773   Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .......... .............. | 28

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 .......... | 29

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ............... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven .......... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 .......... | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? .......... | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? .......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? .......... | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are **not** more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? .......... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .......... | | |
| 39 Do you treat all use of vehicles by employees as personal use? .......... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? .......... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? .......... | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2014 tax year .......... | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report .......... | | | | 44 | |

416252 01-08-15

Form **4562** (2014)

9

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MAC COMPUTER | 081406 | 200DB | 5.00 | 17 | 2,963. | | | 2,963. | 2,963. | | 0. |
| 6 | PRODUCTION EQUIPMENT | 113006 | 200DB | 5.00 | 17 | 4,763. | | | 4,763. | 4,434. | | 0. |
| 7 | MAC COMPUTER | 110906 | 200DB | 5.00 | 17 | 3,636. | | | 3,636. | 3,636. | | 0. |
| 11 | MAC COMPUTER | 113006 | 200DB | 5.00 | 17 | 4,649. | | | 4,649. | 4,649. | | 0. |
| 12 | MAC COMPUTER | 122706 | 200DB | 5.00 | 17 | 4,563. | | | 4,563. | 4,563. | | 0. |
| 14 | COMPUTER EQUIPMENT | 010107 | 200DB | 5.00 | 17 | 21,345. | | | 21,345. | 21,345. | | 0. |
| 15 | COMPUTER EQUIPMENT | 041908 | 200DB | 5.00 | 17 | 4,559. | | | 4,559. | 4,559. | | 0. |
| 16 | OFFICE FURNITURE | 020708 | 200DB | 7.00 | 17 | 6,525. | | | 6,525. | 6,088. | | 437. |
| 17 | OFFICE FURNITURE | 053008 | 200DB | 7.00 | 17 | 431. | | | 431. | 403. | | 28. |
| 18 | OFFICE FURNITURE | 081308 | 200DB | 7.00 | 17 | 10,300. | | | 10,300. | 9,611. | | 689. |
| 19 | COMPUTER EQUIPMENT | 040709 | 200DB | 5.00 | 17 | 2,549. | | | 2,549. | 2,480. | | 69. |
| 20 | COMPUTER EQUIPMENT | 050209 | 200DB | 5.00 | 17 | 1,807. | | | 1,807. | 1,758. | | 49. |
| 21 | COMPUTER EQUIPMENT | 110709 | 200DB | 5.00 | 17 | 3,377. | | | 3,377. | 3,261. | | 116. |
| 22 | COMPUTER EQUIPMENT | 110219 | 200DB | 5.00 | 19B | 2,269. | | | 2,269. | 2,191. | | 0. |
| 23 | COMPUTER EQUIPMENT | 120309 | 200DB | 5.00 | 17 | 1,275. | | | 1,275. | 1,231. | | 44. |
| 24 | COMPUTER EQUIPMENT | 122109 | 200DB | 5.00 | 17 | 1,846. | | | 1,846. | 1,783. | | 63. |
| 25 | OFFICE FURNITURE | 090409 | 200DB | 7.00 | 17 | 251. | | | 251. | 222. | | 22. |
| 26 | COMPUTER EQUIPMENT | 020610 | 200DB | 5.00 | 17 | 6,676. | | | 6,676. | 6,099. | | 577. |

428102
05-01-14

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

9.1

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER      1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | COMPUTER EQUIPMENT | 020810 | 200DB | 5.00 | 17 | 74. | | | 74. | 68. | | 6. |
| 28 | COMPUTER EQUIPMENT | 021710 | 200DB | 5.00 | 17 | 4,319. | | | 4,319. | 3,946. | | 373. |
| 29 | COMPUTER EQUIPMENT | 021710 | 200DB | 5.00 | 17 | 4,556. | | | 4,556. | 4,162. | | 394. |
| 30 | COMPUTER EQUIPMENT | 022410 | 200DB | 5.00 | 17 | 1,697. | | | 1,697. | 1,550. | | 147. |
| 31 | COMPUTER EQUIPMENT | 022710 | 200DB | 5.00 | 17 | 1,066. | | | 1,066. | 974. | | 92. |
| 32 | COMPUTER EQUIPMENT | 050210 | 200DB | 5.00 | 17 | 1,017. | | | 1,017. | 929. | | 88. |
| 33 | COMPUTER EQUIPMENT | 073110 | 200DB | 5.00 | 17 | 436. | | | 436. | 398. | | 38. |
| 34 | COMPUTER EQUIPMENT | 073110 | 200DB | 5.00 | 17 | 436. | | | 436. | 398. | | 38. |
| 35 | COMPUTER EQUIPMENT | 081010 | 200DB | 5.00 | 17 | 861. | | | 861. | 787. | | 74. |
| 36 | COMPUTER EQUIPMENT | 091610 | 200DB | 5.00 | 17 | 1,332. | | | 1,332. | 1,332. | | 0. |
| 37 | OFFICE FURNITURE | 091310 | 200DB | 7.00 | 17 | 383. | | | 383. | 383. | | 0. |
| 38 | COMPUTER EQUIPMENT | 010611 | 200DB | 5.00 | 17 | 1,643. | | | 1,643. | 1,643. | | 0. |
| 39 | COMPUTER EQUIPMENT | 022511 | 200DB | 5.00 | 17 | 3,979. | | | 3,979. | 3,979. | | 0. |
| 40 | FURNITURE | 031311 | 200DB | 7.00 | 17 | 3,210. | | | 3,210. | 3,210. | | 0. |
| 41 | FURNITURE | 031911 | 200DB | 7.00 | 17 | 3,260. | | | 3,260. | 3,260. | | 0. |
| 42 | FURNITURE | 041611 | 200DB | 7.00 | 17 | 2,081. | | | 2,081. | 2,081. | | 0. |
| 43 | FURNITURE | 042011 | 200DB | 7.00 | 17 | 1,409. | | | 1,409. | 1,409. | | 0. |
| 44 | IPAD | 052411 | 200DB | 5.00 | 17 | 668. | | | 668. | 668. | | 0. |

428102
05-01-14

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | IPAD | 052511 | 200DB | 5.00 | 17 | 882. | | | 882. | 882. | | 0. |
| 46 | COMPUTER EQUIPMENT | 072811 | 200DB | 5.00 | 17 | 4,949. | | | 4,949. | 4,949. | | 0. |
| 47 | FURNITURE | 082311 | 200DB | 7.00 | 17 | 1,110. | | | 1,110. | 1,110. | | 0. |
| 48 | FURNITURE | 092011 | 200DB | 7.00 | 17 | 1,200. | | | 1,200. | 1,200. | | 0. |
| 49 | COMPUTER EQUIPMENT | 110311 | 200DB | 5.00 | 17 | 3,950. | | | 3,950. | 3,950. | | 0. |
| 50 | MAC COMPUTER | 082912 | 200DB | 5.00 | 17 | 2,164. | | | 2,164. | 1,645. | | 415. |
| 51 | OFFICE FURNITURE | 060512 | 200DB | 7.00 | 17 | 5,427. | | | 5,427. | 3,765. | | 949. |
| 52 | OFFICE FURNITURE | 021412 | 200DB | 7.00 | 17 | 392. | | | 392. | 272. | | 69. |
| 53 | OFFICE FURNITURE | 021512 | 200DB | 7.00 | 17 | 3,262. | | | 3,262. | 2,264. | | 571. |
| 54 | FURNITURE | 060413 | 200DB | 7.00 | 17 | 901. | | 901. | | | | 0. |
| 55 | FURNITURE | 111813 | 200DB | 7.00 | 17 | 2,770. | | 2,770. | | | | 0. |
| 56 | FURNITURE | 120413 | 200DB | 7.00 | 17 | 868. | | 868. | | | | 0. |
| 57 | LEASEHOLD IMPROVEMENTS | 121713 | SL | 15.00 | 16 | 20,241. | | | 20,241. | 20,241. | | 0. |
| 58 | OFFICE FURNITURE | 082814 | 200DB | 7.00 | 19C | 2,437. | | 1,219. | 1,218. | | | 1,393. |
| 59 | OFFICE FURNITURE | 090214 | 200DB | 7.00 | 19C | 1,740. | | 870. | 870. | | | 994. |
| 60 | OFFICE FURNITURE | 122014 | 200DB | 7.00 | 19C | 877. | | 439. | 438. | | | 502. |
| 61 | COMPUTER | 081414 | 200DB | 5.00 | 19B | 1,310. | | 655. | 655. | | | 786. |
| 62 | COMPUTER | 082614 | 200DB | 5.00 | 19B | 1,136. | | 568. | 568. | | | 682. |

428102
05-01-14

(D) · Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

9.3

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | COMPUTER | 082614 | 200DB | 5.00 | 19B | 1,179. | | 590. | 589. | | | 708. |
| 64 | 5 COMPUTERS | 082914 | 200DB | 5.00 | 19B | 14,607. | | 7,304. | 7,303. | | | 8,765. |
| 65 | COMPUTER | 082914 | 200DB | 5.00 | 19B | 1,488. | | 744. | 744. | | | 893. |
| 66 | COMPUTER EQUIPMENT | 091014 | 200DB | 5.00 | 19B | 448. | | 224. | 224. | | | 269. |
| 67 | 2 COMPUTERS | 091114 | 200DB | 5.00 | 19B | 2,568. | | 1,284. | 1,284. | | | 1,541. |
| 68 | COMPUTER EQUIPMENT | 091114 | 200DB | 5.00 | 19B | 273. | | 137. | 136. | | | 164. |
| 69 | COMPUTER | 091214 | 200DB | 5.00 | 19B | 2,975. | | 1,488. | 1,487. | | | 1,785. |
| 70 | COMPUTER EQUIPMENT | 091214 | 200DB | 5.00 | 19B | 155. | | 78. | 77. | | | 93. |
| 71 | COMPUTER | 091914 | 200DB | 5.00 | 19B | 952. | | 476. | 476. | | | 571. |
| 72 | COMPUTER EQUIPMENT | 093014 | 200DB | 5.00 | 19B | 249. | | 125. | 124. | | | 150. |
| 73 | COMPUTER EQUIPMENT | 100514 | 200DB | 5.00 | 19B | 161. | | 81. | 80. | | | 97. |
| 74 | COMPUTER EQUIPMENT | 100614 | 200DB | 5.00 | 19B | 107. | | 54. | 53. | | | 65. |
| 75 | COMPUTER EQUIPMENT | 100714 | 200DB | 5.00 | 19B | 48. | | 24. | 24. | | | 29. |
| 76 | COMPUTER EQUIPMENT | 100814 | 200DB | 5.00 | 19B | 152. | | 76. | 76. | | | 91. |
| 77 | COMPUTER | 101014 | 200DB | 5.00 | 19B | 2,257. | | 1,129. | 1,128. | | | 1,355. |
| 78 | COMPUTER EQUIPMENT | 112414 | 200DB | 5.00 | 19B | 366. | | 183. | 183. | | | 220. |
| 79 | COMPUTER | 113014 | 200DB | 5.00 | 19B | 2,052. | | 1,026. | 1,026. | | | 1,231. |
| | * TOTAL OTHER DEPRECIATION | | | | | 201,864. | | 23,313. | 178,551. | 152,731. | | 27,732. |

428102
05-01-14

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

9.4

**2014 DEPRECIATION AND AMORTIZATION REPORT**

OTHER      1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | *Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CURRENT ACTIVITY | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | 162,058. | | 4,539. | 157,519. | 150,540. | | |
| | ACQUISITIONS | | | | | 37,537. | | 18,774. | 18,763. | 0. | | |
| | DISPOSITIONS | | | | | 0. | | 0. | 0. | 0. | | |
| | ENDING BALANCE | | | | | 199,595. | | 23,313. | 176,282. | 150,540. | | |

428102
05-01-14

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

9.5

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| PDTW, LLC | | | 20-4937773 |

| | | | |
|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | 38,178. | |
| b Net income (loss) from CERTAIN rental real estate activities | 1b | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | |
| e Other additions | 1e | | |
| f Combine lines 1a through 1e | 1f | 38,178. | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | |
| b Other subtractions | 2b | | |
| c Add lines 2a and 2b | 2c | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 38,178. | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | 191. | |
| c Subtract line 3b from line 3a | | | 3c 37,987. |
| 4 a Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) | 4a | | |
| b Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | |
| c Subtract line 4b from line 4a | | | 4c |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | 5 37,987. |

to be privileged and confidential within the attorney client privilege. If you have
received this message in error, please immediately notify the sender at
Greenberg Glusker and delete all copies of this email message along with all
attachments. Thank you.

**From:** Paula Thomas [mailto:paula@thomaswylde.com]
**Sent:** Wednesday, July 09, 2014 5:57 PM
**To:** Apfelberg, Andrew M.
**Subject:** Fwd: Thomas Wylde Equity Investment USD $5.5M and Debt
Instrument USD $2.0M

FYI

Sent from my iPhone

Begin forwarded message:

**From:** Doug Lee <dlee@lpdirect.com>
**Date:** July 9, 2014 at 5:54:30 PM PDT
**To:** "Paula Thomas (paula@thomaswylde.com)"
<paula@thomaswylde.com>
**Cc:** John Hanna <only2hanna@yahoo.com>, "Roger Kuo
(roger@zther.com)" <roger@zther.com>
**Subject: Thomas Wylde Equity Investment USD $5.5M and Debt
Instrument USD $2.0M**

Hi Paula,

In reference to the above subject and on behalf of Stephen Choi,
hereunder are the highlights and, the parameter of the investment:

*Equity:*
•    $5.5 Million equity investment for all assets of Thomas Wylde
Holdings LLC and PDTW LLC that would include Thomas Wylde
intellectual property, accounts receivables, all logos and imagery,
customers files, designs, library and client list.
•    New LLC would be created to include all the above assets. The IP,
on the other hand, would remain under the Thomas Wylde Holdings LLC.
•    Both NewCo and Thomas Wylde Holdings LLC stock would be

PDTW, LLC                                                          20-4937773

| TRAVEL | 228,123. |
| UTILITIES | 13,269. |

**TOTAL TO FORM 1065, LINE 20**                          **1,882,850.**

---

| SCHEDULE K | OTHER DEDUCTIONS | STATEMENT 4 |

| DESCRIPTION | AMOUNT |
|---|---|
| HEALTH INSURANCE FOR PARTNERS | 10,991. |
| TOTAL INCLUDED IN SCHEDULE K, LINE 13D | 10,991. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 5 |

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 23,111. |
| TOTAL TO SCHEDULE K, LINE 18C | 23,111. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO FACTOR | 14,045. | 9,563. |
| EMPLOYEE ADVANCES | 0. | 2,017. |
| PREPAID EXPENSES | 0. | 60,312. |
| UNDEPOSITED FUNDS | 0. | 5,018. |
| VENDOR DEPOSITS | 66,477. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | 80,522. | 76,910. |

PDTW, LLC                                                                20-4937773

| SCHEDULE L | OTHER ASSETS | STATEMENT   7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ADVANCE-THOMAS WYLDE, LLC | 0. | 36,734. |
| ADVANCES TO OFFICERS | 265,532. | 211,901. |
| DEPOSITS | 83,217. | 83,217. |
| TOTAL TO SCHEDULE L, LINE 13 | 348,749. | 331,852. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT   8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 24,780. | 22,500. |
| ADVANCES FROM THOMAS WYLDE, LLC | 0. | 1,782,000. |
| CREDIT CARDS PAYABLE | 28,428. | 66,128. |
| CUSTOMER DEPOSITS | 208,933. | 157,697. |
| NOTE PAYABLE | 125,000. | 125,000. |
| PAYROLL TAX PAYABLE | 1,078. | 0. |
| TOTAL TO SCHEDULE L, LINE 17 | 388,219. | 2,153,325. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT   9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| NOTE PAYABLE - LONG TERM | 0. | 270,000. |
| TOTAL TO SCHEDULE L | 0. | 270,000. |

PDTW, LLC                                                                                    20-4937773

FORM 1065                     PARTNERS' CAPITAL ACCOUNT SUMMARY               STATEMENT   10

| PARTNER<br>NUMBER | BEGINNING<br>CAPITAL | CAPITAL<br>CONTRIBUTED | SCHEDULE M-2<br>LNS 3, 4 & 7 | WITH-<br>DRAWALS | ENDING<br>CAPITAL |
|---|---|---|---|---|---|
| 1 | -1,258,633. | | -447. | 8,644. | -1,267,724. |
| 2 | 47. | | 53. | | 100. |
| TOTAL | -1,258,586. | | -394. | 8,644. | -1,267,624. |

PDTW, LLC                                                                              20-4937773

| SCHEDULE M-1  EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT  11 |
|---|---|
| DESCRIPTION | AMOUNT |
| MEMBER'S LIFE INSURANCE | 4,857. |
| PENALTIES | 390. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 5,247. |

| FORM 1125-A                    OTHER COSTS | STATEMENT  12 |
|---|---|
| DESCRIPTION | AMOUNT |
| FREIGHT COSTS | 63,693. |
| PACKAGING COSTS | 33,840. |
| TOTAL TO LINE 5 | 97,533. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 16 | OFFICE FURNITURE | 020708 | 150DB | 7.00 | 6,525. | 6,088. | 437. | 291. | 146. |
| 17 | OFFICE FURNITURE | 053008 | 150DB | 7.00 | 431. | 403. | 28. | 19. | 9. |
| 18 | OFFICE FURNITURE | 081308 | 150DB | 7.00 | 10,300. | 9,611. | 689. | 459. | 230. |
| 19 | COMPUTER EQUIPMENT | 040709 | 150DB | 5.00 | 2,549. | 2,480. | 69. | 69. | 0. |
| 20 | COMPUTER EQUIPMENT | 050209 | 150DB | 5.00 | 1,807. | 1,758. | 49. | 49. | 0. |
| 21 | COMPUTER EQUIPMENT | 110709 | 150DB | 5.00 | 3,377. | 3,261. | 116. | 116. | 0. |
| 23 | COMPUTER EQUIPMENT | 120309 | 150DB | 5.00 | 1,275. | 1,231. | 44. | 44. | 0. |
| 24 | COMPUTER EQUIPMENT | 122109 | 150DB | 5.00 | 1,846. | 1,783. | 63. | 63. | 0. |
| 25 | OFFICE FURNITURE | 090409 | 150DB | 7.00 | 251. | 222. | 22. | 12. | 10. |
| 26 | COMPUTER EQUIPMENT | 020610 | 150DB | 5.00 | 6,676. | 6,099. | 577. | 385. | 192. |
| 27 | COMPUTER EQUIPMENT | 020810 | 150DB | 5.00 | 74. | 68. | 6. | 4. | 2. |
| 28 | COMPUTER EQUIPMENT | 021710 | 150DB | 5.00 | 4,319. | 3,946. | 373. | 249. | 124. |
| 29 | COMPUTER EQUIPMENT | 021710 | 150DB | 5.00 | 4,556. | 3,417. | 394. | 759. | -365. |
| 30 | COMPUTER EQUIPMENT | 022410 | 150DB | 5.00 | 1,697. | 1,550. | 147. | 98. | 49. |
| 31 | COMPUTER EQUIPMENT | 022710 | 150DB | 5.00 | 1,066. | 974. | 92. | 61. | 31. |
| 32 | COMPUTER EQUIPMENT | 050210 | 150DB | 5.00 | 1,017. | 929. | 88. | 59. | 29. |
| 33 | COMPUTER EQUIPMENT | 073110 | 150DB | 5.00 | 436. | 398. | 38. | 25. | 13. |
| 34 | COMPUTER EQUIPMENT | 073110 | 150DB | 5.00 | 436. | 398. | 38. | 25. | 13. |
| 35 | COMPUTER EQUIPMENT | 081010 | 150DB | 5.00 | 861. | 787. | 74. | 49. | 25. |
| 50 | MAC COMPUTER | 082912 | 150DB | 5.00 | 2,164. | 1,645. | 415. | 156. | 259. |
| 51 | OFFICE FURNITURE | 060512 | 150DB | 7.00 | 5,427. | 3,765. | 949. | 356. | 593. |
| 52 | OFFICE FURNITURE | 021412 | 150DB | 7.00 | 392. | 272. | 69. | 26. | 43. |
| 53 | OFFICE FURNITURE | 021512 | 150DB | 7.00 | 3,262. | 2,264. | 571. | 214. | 357. |
| 58 | OFFICE FURNITURE | 082814 | 200DB | 5.00 | 2,437. | 0. | 1,393. | 1,393. | 0. |
| 59 | OFFICE FURNITURE | 090214 | 200DB | 7.00 | 1,740. | 0. | 994. | 994. | 0. |
| 60 | OFFICE FURNITURE | 122014 | 200DB | 7.00 | 877. | 0. | 502. | 502. | 0. |
| 61 | COMPUTER | 081414 | 200DB | 5.00 | 1,310. | 0. | 786. | 786. | 0. |
| 62 | COMPUTER | 082614 | 200DB | 5.00 | 1,136. | 0. | 682. | 682. | 0. |
| 63 | COMPUTER | 082614 | 200DB | 5.00 | 1,179. | 0. | 708. | 708. | 0. |
| 64 | 5 COMPUTERS | 082914 | 200DB | 5.00 | 14,607. | 0. | 8,765. | 8,765. | 0. |
| 65 | COMPUTER | 082914 | 200DB | 5.00 | 1,488. | 0. | 893. | 893. | 0. |
| 66 | COMPUTER EQUIPMENT | 091014 | 200DB | 5.00 | 448. | 0. | 269. | 269. | 0. |
| 67 | 2 COMPUTERS | 091114 | 200DB | 5.00 | 2,568. | 0. | 1,541. | 1,541. | 0. |
| 68 | COMPUTER EQUIPMENT | 091114 | 200DB | 5.00 | 273. | 0. | 164. | 164. | 0. |

428104
05-01-14

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 69 | COMPUTER | 091214 | 200DB | 5.00 | 2,975. | 0. | 1,785. | 1,785. | 0. |
| 70 | COMPUTER EQUIPMENT | 091214 | 200DB | 5.00 | 155. | 0. | 93. | 93. | 0. |
| 71 | COMPUTER | 091914 | 200DB | 5.00 | 952. | 0. | 571. | 571. | 0. |
| 72 | COMPUTER EQUIPMENT | 093014 | 200DB | 5.00 | 249. | 0. | 150. | 150. | 0. |
| 73 | COMPUTER EQUIPMENT | 100514 | 200DB | 5.00 | 161. | 0. | 97. | 97. | 0. |
| 74 | COMPUTER EQUIPMENT | 100614 | 200DB | 5.00 | 107. | 0. | 65. | 65. | 0. |
| 75 | COMPUTER EQUIPMENT | 100714 | 200DB | 5.00 | 48. | 0. | 29. | 29. | 0. |
| 76 | COMPUTER EQUIPMENT | 100814 | 200DB | 5.00 | 152. | 0. | 91. | 91. | 0. |
| 77 | COMPUTER | 101014 | 200DB | 5.00 | 2,257. | 0. | 1,355. | 1,355. | 0. |
| 78 | COMPUTER EQUIPMENT | 112414 | 200DB | 5.00 | 366. | 0. | 220. | 220. | 0. |
| 79 | COMPUTER | 113014 | 200DB | 5.00 | 2,052. | 0. | 1,231. | 1,231. | 0. |
| | TOTALS | | | | 98,281. | 53,349. | 27,732. | 25,972. | 1,760. |
| | MACRS AMT ADJUSTMENT | | | | | | | 1,760. | |

428104
05-01-14

651113

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

**2014**

For calendar year 2014, or tax
year beginning _____
ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

▶ **See separate instructions.**

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | |
|---|---|
| 1 Ordinary business income (loss)  **37,987.** | 15 Credits |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | 17 Alternative min tax (AMT) items  A  **1,751.** |
| 6b Qualified dividends | |
| 7 Royalties | 18 Tax-exempt income and nondeductible expenses  C *  **22,995.** |
| 8 Net short-term capital gain (loss) | |
| 9a Net long-term capital gain (loss) | 19 Distributions  A  **8,644.** |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured sec 1250 gain | 20 Other information |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions  W *  **10,991.** | |
| 14 Self-employment earnings (loss)  A  **37,987.**  C  **3,943,920.** | |
| *See attached statement for additional information. | |

---

### Part I — Information About the Partnership

**A** Partnership's employer identification number
20-4937773

**B** Partnership's name, address, city, state, and ZIP code

PDTW, LLC
3231 S. LA CIENEGA BLVD. STE A
LOS ANGELES, CA 90016

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

PAULA THOMAS
2514 S. TOLEDO AVE
PALM SPRINGS , CA 92264

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99.5000000% | 99.5000000% |
| Loss | 99.5000000% | 99.5000000% |
| Capital | 99.5000000% | 99.5000000% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 315,017. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -1,258,633. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ -447. |
| Withdrawals & distributions | $( 8,644.) |
| Ending capital account | $ -1,267,724. |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No
If "Yes", attach statement (see instructions)

*For IRS Use Only*

11-24-14 LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    IRS.gov/form1065    **Schedule K-1 (Form 1065) 2014**

15    1

PDTW, LLC                                                                    20-4937773

---

**SCHEDULE K-1**               OTHER DEDUCTIONS, BOX 13, CODE W

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| HEALTH INSURANCE FOR PARTNERS | | 10,991. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE W | | 10,991. |

---

**SCHEDULE K-1**               NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 22,995. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 22,995. |

651113

Schedule K-1
(Form 1065)

**2014**

For calendar year 2014, or tax
year beginning _____
ending _____

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.**     ▶ **See separate instructions.**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Part III  Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | **15** Credits | |
| 191. | | |
| **2** Net rental real estate income (loss) | | |
| | **16** Foreign transactions | |
| **3** Other net rental income (loss) | | |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| | **17** Alternative min tax (AMT) items | |
| **6b** Qualified dividends | A | 9. |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | **18** Tax-exempt income and nondeductible expenses | |
| | C* | 116. |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | **19** Distributions | |
| **9c** Unrecaptured sec 1250 gain | | |
| | **20** Other information | |
| **10** Net section 1231 gain (loss) | | |
| **11** Other income (loss) | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
20-4937773

**B** Partnership's name, address, city, state, and ZIP code

PDTW, LLC
3231 S. LA CIENEGA BLVD. STE A
LOS ANGELES, CA  90016

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's identifying number
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

**F** Partner's name, address, city, state, and ZIP code

HARLEY  T WOLITZKY
2514 S. TOLEDO AVE
PALM SPRINGS , CA  92264

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 0.5000000% | 0.5000000% |
| Loss | 0.5000000% | 0.5000000% |
| Capital | 0.5000000% | 0.5000000% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 0. |

**12** Section 179 deduction

**13** Other deductions

**14** Self-employment earnings (loss)
A     0.

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 47. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ 53. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 100. |

For IRS Use Only

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

411261
11-24-14  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**     IRS.gov/form1065     Schedule K-1 (Form 1065) 2014

17                                                                    2

PDTW, LLC                                                                    20-4937773

---

SCHEDULE K-1           NONDEDUCTIBLE EXPENSES, BOX 18, CODE C

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 116. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 116. |

022

**DO NOT MAIL THIS FORM TO FTB**

Date Accepted _____

| TAXABLE YEAR 2014 | California e-file Return Authorization for Limited Liability Companies | FORM 8453-LLC |
|---|---|---|

Limited liability company name

PDTW, LLC

Identifying number

20-4937773

**Part I    Tax Return Information (whole dollars only)**

| | | | | |
|---|---|---|---|---|
| 1 | Total income (Form 568, Schedule B, line 12 or Form 568, line 1 for Single Member LLCs) | 1 | 3,963,739. | 00 |
| 2 | Ordinary income (Form 568, Schedule B, line 23 or Form 568, line 1 for Single Member LLCs) | 2 | 61,580. | 00 |
| 3 | Tax and fee due (Form 568, line 10) | 3 | | 00 |
| 4 | Overpayment (Form 568, line 11) | 4 | 1,179. | 00 |
| 5 | Total amount due (Form 568, line 16) | 5 | | 00 |

**Part II    Settle Your Account Electronically for Taxable Year 2014.** (Due 04/15/2015)

6 ☐ Electronic funds withdrawal    6a Amount _____    6b Withdrawal date (mm/dd/yyyy) _____

**Part III    Make Annual Tax or Estimated Fee Payment for Taxable Year 2015** This is NOT an installment payment for the current amount the LLC owes.

| | | Annual Tax Payment | Estimated Fee Payment |
|---|---|---|---|
| 7 | Amount | 0. | 0. |
| 8 | Withdrawal date | | |

**Part IV    Banking Information (Have you verified the LLC's banking information?)**

9 Routing number

10 Account number    11 Type of account: ☐ Checking    ☐ Savings

**Part V    Declaration of Officer**

I authorize the limited liability company account to be settled as designated in Parts II, III, and IV. If I check Box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a and for the 2015 annual tax or estimated fee payment amount listed on line 7 from the account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above limited liability company and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the limited liability company's 2014 California income tax return. To the best of my knowledge and belief, the limited liability company's return is true, correct, and complete. If the limited liability company is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the limited liability company's tax liability, the limited liability company will remain liable for the tax liability and all applicable interest and penalties. I authorize the limited liability company return and accompanying schedules and statements to be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. **If the processing of the limited liability company's return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider, the reason(s) for the delay or the date when the refund was sent.**

**Sign Here** ▶ _____  _____  ▶ MANAGING MEMBER
                  Signature of Officer        Date          Title

**Part VI    Declaration of Electronic Return Originator (ERO) and Paid Preparer.**

I declare that I have reviewed the above limited liability company's return and that the entries on form FTB 8453-LLC are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the limited liability company's return. I declare, however, that form FTB 8453-LLC accurately reflects the data on the return.) I have obtained the signature from the limited liability company officer on form FTB 8453-LLC before transmitting this return to the FTB; I have provided the limited liability company officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2014 e-file Handbook for Authorized e-file Providers. I will keep form FTB 8453-LLC on file for four years from the due date of the return or four years from the date the limited liability company return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ JOSEPH FOSTER CPA | Date | Check if also paid preparer [X] | Check if self-employed ☐ | ERO's PTIN P01380751 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ KF PROFESSIONAL GROUP 100 N. FIRST STREET, SUITE 105 BURBANK, CA | | | FEIN 46-0764014 ZIP Code 91502 | |

Under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ | Date | Check if self-employed ☐ | Paid preparer's PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address ▶ | | FEIN ZIP Code | |

**For Privacy Notice, get FTB 1131 ENG/SP.**

FTB 8453-LLC 2014

439111
11-06-14

## Voucher at bottom of page.

**IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS VOUCHER.**

**WHERE TO FILE:** Using black or blue ink, make check or money order payable to the
"Franchise Tax Board." Write the California SOS file number or FEIN
and "2015 FTB 3522" on the check or money order. Detach voucher
below. Enclose, but **do not staple**, payment with voucher and mail to:

**FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**WHEN TO FILE:**    **Fiscal Year - File and Pay by the 15th day of the 4th month
after the beginning of the taxable year.
Calendar Year - File and Pay by April 15, 2015.**
When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended
to the next business day.

**ONLINE SERVICES:**    Make a payment online using Web Pay for Businesses. After a one-time online
registration, businesses can make an immediate payment or schedule
payments up to a year in advance. For more information, go to **ftb.ca.gov.**

429921
11-26-14

_ _ _ DETACH HERE _ _ _ _ _ _ _    IF NO PAYMENT IS DUE OR PAID ELECTRONICALLY, DO NOT MAIL THIS VOUCHER _ _ _ _ _ _ _    DETACH HERE _ _ _

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2015** | **LLC Tax Voucher** | **3522** |

```
200613110151   PDTW  20-4937773                      15      FORM   0
TYB  01-01-2015    TYE  12-31-2015
PDTW LLC

3231 S LA CIENEGA BLVD STE A
LOS ANGELES         CA  90016
```

**Total Payment Amt         800.**

022        6111156                              FTB 3522 2014

**Form at bottom of page.**

---

IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS FORM.

---

**WHERE TO FILE:**   Using black or blue ink, make check or money order payable to the "Franchise Tax Board." Write the California SOS file number or FEIN and "2015 FTB 3536" on the check or money order. Detach form below. Enclose, but do **not** staple, payment with form and mail to:

**FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

---

**WHEN TO FILE:**    **Fiscal Year - File and Pay by the 15th day of the 6th month
after the beginning of the taxable year.
Calendar Year - File and Pay by June 15, 2015.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

---

**ONLINE SERVICES:**  Make payments online using Web Pay for Businesses. After a one-time online registration, businesses can make an immediate payment or schedule payments up to a year in advance. For more information, go to **ftb.ca.gov**.

---

439325
12-18-14

_ _ _ DETACH HERE _ _ _ _ _ _ _ _   IF NO PAYMENT IS DUE OR PAID ELECTRONICALLY, DO NOT MAIL THIS FORM   _ _ _ _ _ _ _ DETACH HERE _ _ _

| TAXABLE YEAR **2015** | **Estimated Fee for LLCs** | CALIFORNIA FORM **3536 (LLC)** |
|---|---|---|

```
200613110151  PDTW  20-4937773               15     FORM   0
TYB  01-01-2015    TYE  12-31-2015
PDTW LLC

3231 S LA CIENEGA BLVD STE A
LOS ANGELES        CA   90016
```

                                        Total Payment Amt      11790.

022   6221156                     FTB 3536 2014

| TAXABLE YEAR 2014 | **Limited Liability Company Return of Income** | | 429851 12-18-14 CALIFORNIA FORM **568** |



```
200613110151   PDTW  20-4937773            14   PBA   315990
TYB  01-01-2014  TYE  12-31-2014
PDTW LLC

3231 S LA CIENEGA BLVD STE A
LOS ANGELES       CA  90016


ACCTMETHOD 2  05-09-2006  ASSETS     1759530.
INITIAL 0  FINAL 0  AMENDED 0
```

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine Line 1.

| | | | Whole dollars only |
|---|---|---|---|
| 1 | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions | 1 | 7,577,246. 00 |
| 2 | Limited Liability Company fee. See instructions | 2 | 11,790. 00 |
| 3 | 2014 annual Limited Liability Company tax. See instructions | 3 | 800. 00 |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) | 4 | 00 |
| 5 | **Total tax and fee.** Add line 2, line 3, and line 4 | 5 | 12,590. 00 |
| 6 | Amount paid with form FTB 3537 and 2014 form FTB 3522 and form FTB 3536 **STATEMENT 2** | 6 | 13,769. 00 |
| 7 | Overpayment from prior year allowed as a credit | 7 | 00 |
| 8 | Withholding (Form 592-B and/or 593) | 8 | 00 |
| 9 | **Total payments.** Add line 6, line 7, and line 8 | 9 | 13,769. 00 |
| 10 | **Tax and fee due.** If line 5 is more than line 9, subtract line 9 from line 5 | 10 | 00 |
| 11 | **Overpayment.** If line 9 is more than line 5, subtract line 5 from line 9 | 11 | 1,179. 00 |
| 12 | Amount of line 11 to be credited to 2015 tax or fee | 12 | 00 |
| 13 | **Use Tax.** See instructions | 13 | 00 |
| 14 | **Refund.** If the total of line 12 and line 13 is less than line 11; subtract the total from line 11 ● 14 | | 00 |
| 15 | Penalties and interest. See instructions **SEE STATEMENT 1** | 15 | 1,179. 00 |
| 16 | **Total amount due.** Add line 10, line 12, line 13, and line 15, then subtract line 11 from the result ● 16 | | 0. 00 |

Enclose, but do not staple, any payment.

429861 12-16-14

**J** Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a California Schedule K-1 (568) for each of these members ..................................................................  • `[  2 ]`

**K** Is this LLC an investment partnership? See General Information O .......................................................  • ☐ Yes ☒ No

**L** **(1)** Is this LLC apportioning or allocating income to California using Schedule R? ...............................  • ☐ Yes ☒ No

**(2)** If "No," was this LLC registered in California without earning any income sourced in this state during the taxable
year? ............................................................................................................................................  ◉ ☐ Yes ☐ No

**M** Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable
year? ............................................................................................................................................  • ☐ Yes ☒ No

**O** **(1)** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50%
interest) of this LLC or any legal entity in which the LLC holds a controlling or majority interest that owned California
real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from
a government agency for any term? ..............................................................................................  • ☐ Yes ☒ No

**(2)** During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another
legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or
more, or leased such property from a government agency for any term? ..........................................  • ☐ Yes ☒ No

**(3)** During this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or
more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was
excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not
reported on a previous year's tax return? .....................................................................................  • ☐ Yes ☒ No
**(Yes requires filing of statement, penalties may apply - see instructions.)**

**P** **(1)** Does the LLC have any foreign (non-U.S.) nonresident members? .................................................  • ☐ Yes ☒ No

**(2)** Does the LLC have any domestic (non-foreign) nonresident members? ...........................................  • ☐ Yes ☒ No

**(3)** Were Form 592, Form 592-A, Form 592-B, and Form 592-F filed for these members? ......................  • ☐ Yes ☒ No

**Q** Are any members in this LLC also LLCs or partnerships? ...............................................................  • ☐ Yes ☒ No

**R** Is this LLC under audit by the IRS or has it been audited in a prior year? .........................................  • ☐ Yes ☒ No

**S** Is this LLC a member or partner in another multiple member LLC or partnership? ............................  • ☐ Yes ☒ No
If "Yes," complete Schedule EO, Part I.

**T** Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? ..................................  ☐ Yes ☐ No

**U** **(1)** Is this LLC a business entity disregarded for tax purposes? ...........................................................  • ☐ Yes ☒ No

**(2)** If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable. Are
there credits or credit carryovers attributable to the disregarded entity? .........................................  • ☐ Yes ☐ No

**(3)** If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less
than the LLC's total income from all sources? ...............................................................................  ☐ Yes ☐ No

**V** Has the LLC included a Reportable Transaction, or Listed Transaction within this return? .................  • ☐ Yes ☒ No
(See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction .........

**W** Did this LLC file the Federal Schedule M-3 (federal Form 1065)? ....................................................  • ☐ Yes ☒ No

*(continued on Side 3)*

429871 12-18-14

*(continued from Side 2)*

| | | | |
|---|---|---|---|
| X | Is this LLC a direct owner of an entity that filed a federal Schedule M-3? | ☐ Yes | ☒ No |
| Y | Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? | ☐ Yes | ☒ No |
| | If "Yes," attach schedule of trusts and federal identification numbers. | | |
| Z | Does this LLC own an interest in a business entity disregarded for tax purposes? | ◉ Yes | ☒ No |
| | If "Yes," complete Schedule EO, Part II. | | |
| AA | Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? | ☐ Yes | ☒ No |
| BB | Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4)) | | |
| | to any other member? | ☐ Yes | ☒ No |
| CC (1) | Is the LLC deferring any income from the disposition of assets? (see instructions) | ☐ Yes | ☒ No |
| (2) | If "Yes," enter the year of asset disposition | | |

DD  Is the LLC reporting previously deferred income from:
(see instructions) ☐ Installment Sale   ☐ IRC §1031   ☐ IRC §1033   ☐ Other

| | | | |
|---|---|---|---|
| EE (1) | Did this LLC generate a New Employment Credit? | ☐ Yes | ☒ No |
| (2) | If "Yes," enter the generated amount | | 00 |

FF  "Doing business as" name. See instructions:  ●

| | | | |
|---|---|---|---|
| GG (1) | Has this LLC operated as another entity type such as a corporation, S corporation, General Partnership, Limited Partnership, or Sole Proprietorship in the previous five (5) years? | ☐ Yes | ☒ No |
| (2) | If "Yes", provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns filed with the FTB and/or IRS (see instructions): | | |
| HH (1) | Has this LLC previously operated outside California? | ☐ Yes | ☒ No |
| (2) | Is this the first year of doing business in California? | ☐ Yes | ☒ No |

Single Member LLC Information and Consent - Complete only if the LLC is disregarded.   ● Federal TIN/SSN

Sole Owner's name (as shown on owner's return)  ◉                         FEIN/CA Corp no./CA SOS File no.

Street Address,
City, State, and ZIP Code

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and
agree to file returns and pay tax as may be required by the Franchise Tax Board.

● Return filed with the FTB by the Owner
☐ (1) Form 540   ☐ (5) Form 541
☐ (2) Form 100   ☐ (6) Form 100S
☐ (3) Form 565   ☐ (7) Form 568
☐ (4) Other

Signature ▶                    Date           Title

| | | |
|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | |
| | Signature of officer ▶ | Date |
| | Officer's email address (optional) | Telephone ● |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Paid preparer's signature ▶ JOSEPH FOSTER CPA | Date | Check if ☐ self-employed | PTIN ● P01380751 |
| | Firm's name (or yours, if self-employed) and address ▶ KF PROFESSIONAL GROUP 100 N. FIRST STREET, SUITE 105 BURBANK, CA 91502 | | | FEIN ● 46-0764014 Telephone ● 818-736-5960 |
| | May the FTB discuss this return with the preparer shown above (see instructions)? | | | ● ☒ Yes   ☐ No |

429881 12-18-14

## Schedule A   Cost of Goods Sold

| | | |
|---|---|---|
| 1 Inventory at beginning of year | 1 | 341,805. 00 |
| 2 Purchases less cost of items withdrawn for personal use | 2 | 3,985,265. 00 |
| 3 Cost of labor | 3 | 00 |
| 4 Additional IRC Section 263A costs. Attach schedule | 4 | 00 |
| 5 Other costs. Attach schedule          SEE STATEMENT 3 | 5 | 97,533. 00 |
| 6 Total. Add line 1 through line 5 | 6 | 4,424,603. 00 |
| 7 Inventory at end of year | 7 | 811,096. 00 |
| 8 Cost of goods sold. Subtract line 7 from line 6. Enter here and on Schedule B, line 2 | 8 | 3,613,507. 00 |

9 a Check all methods used for valuing closing inventory:

(1) [X] Cost   (2) [ ] Lower of cost or market as described in Treas. Reg. Section 1.471-4   (3) [ ] Write down of "subnormal" goods as described
in Treas. Reg. Section 1.471-2(c)   (4) [ ] Other. Specify method used and attach explanation

b Check this box if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ... [ ]

c Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the LLC? ... [ ] Yes [X] No

d Was there any change (other than for IRC Section 263A purposes) in determining quantities, cost, or valuations between opening
and closing inventory? If "Yes," attach explanation ... [ ] Yes [X] No

## Schedule B   Income and Deductions

Caution: Include only trade or business income and expenses on line 1a through line 22 below. See the instructions for more information.

| | | | |
|---|---|---|---|
| Income | 1 a Gross receipts or sales $ 7,558,034. b Less returns and allowances $ ___ c Balance | 1c | 7,558,034. 00 |
| | 2 Cost of goods sold (Schedule A, line 8) | 2 | 3,613,507. 00 |
| | 3 GROSS PROFIT. Subtract line 2 from line 1c | 3 | 3,944,527. 00 |
| | 4 Total ordinary income from other LLCs, partnerships, and fiduciaries. Attach schedule | 4 | 00 |
| | 5 Total ordinary loss from other LLCs, partnerships, and fiduciaries. Attach schedule | 5 | 00 |
| | 6 Total farm profit. Attach federal Schedule F (Form 1040) | 6 | 00 |
| | 7 Total farm loss. Attach federal Schedule F (Form 1040) | 7 | 00 |
| | 8 Total gains included on Schedule D-1, Part II, line 17 (gain only) | 8 | 00 |
| | 9 Total losses included on Schedule D-1, Part II, line 17 (loss only) | 9 | 00 |
| | 10 Other income. Attach schedule          SEE STATEMENT 4 | 10 | 19,212. 00 |
| | 11 Other loss. Attach schedule | 11 | 00 |
| | 12 Total income (loss). Combine line 3 through line 11 | 12 | 3,963,739. 00 |
| Deductions | 13 Salaries and wages (other than to members) | 13 | 1,205,162. 00 |
| | 14 Guaranteed payments to members | 14 | 00 |
| | 15 Bad debts | 15 | 00 |
| | 16 Deductible interest expense not claimed elsewhere on return | 16 | 227,412. 00 |
| | 17 a Depreciation and amortization. Att form FTB 3885L $ 17,299. b Less depreciation reported on Sch A and elsewhere on return $ ___ c Balance | 17c | 17,299. 00 |
| | 18 Depletion. Do not deduct oil and gas depletion | 18 | 00 |
| | 19 Retirement plans, etc. | 19 | 00 |
| | 20 Employee benefit programs | 20 | 69,705. 00 |
| | 21 Other deductions. Attach schedule          SEE STATEMENT 6 | 21 | 2,382,581. 00 |
| | 22 Total deductions. Add line 13 through line 21 | 22 | 3,902,159. 00 |
| | 23 Ordinary income (loss) from trade or business activities. Subtract line 22 from line 12 | 23 | 61,580. 00 |

## Schedule T   Nonconsenting Nonresident Members' Tax Liability. Attach additional sheets if necessary.

| (a) Member's name | (b) SSN, ITIN, or FEIN | (c) Distributive share of income | (d) Tax rate | (e) Member's total tax due (see instructions) | (f) Amount withheld by this LLC on this member- reported on Form 592-B | (g) Member's net tax due |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total the amount of tax due. Enter the total here and on Side 1, line 4. If less than zero enter -0- ... 00

PDTW, LLC    20-4937773

429882 12-16-14

## Schedule K    Members' Shares of Income, Deductions, Credits, etc.

| (a)<br>Distributive share items | | (b)<br>Amounts from<br>federal K (1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law |
|---|---|---|---|---|
| **Income (Loss)** | | | | |
| 1 Ordinary income (loss) from trade or business activities | 1 | 38,178. | 23,402. | 61,580. |
| 2 Net income (loss) from rental real estate activities. Attach federal Form 8825 | 2 | | | |
| 3 a Gross income (loss) from other rental activities | 3a | | | |
| b Less expenses. Attach schedule | 3b | | | |
| c Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | | | |
| 4 Guaranteed payments to members | 4 | | | |
| 5 Interest income | 5 | | | |
| 6 Dividends | 6 | | | |
| 7 Royalties | 7 | | | |
| 8 Net short-term capital gain (loss). Attach Schedule D (568) | 8 | | | |
| 9 Net long-term capital gain (loss). Attach Schedule D (568) | 9 | | | |
| 10 a Total Gain under IRC Section 1231 (other than due to casualty or theft) | 10a | | | |
| b Total Loss under IRC Section 1231 (other than due to casualty or theft) | 10b | | | |
| 11 a Other portfolio income (loss). Attach schedule | 11a | | | |
| b Total other income. Attach schedule | 11b | | | |
| c Total other loss. Attach schedule | 11c | | | |
| **Deductions** | | | | |
| 12 Expense deduction for recovery property (IRC Section 179). Attach schedule | 12 | | | |
| 13 a Charitable contributions. Attach schedule | 13a | | | |
| b Investment interest expense | 13b | | | |
| c 1 Total expenditures to which IRC Section 59(e) election may apply | 13c1 | | | |
| 2 Type of expenditures | 13c2 | | | |
| d Deductions related to portfolio income | 13d | | | |
| e Other deductions. Attach schedule    STMT 7 | 13e | 10,991. | | 10,991. |
| **Credits** | | | | |
| 15 a Withholding on LLC allocated to all members | 15a | | | |
| b Low-income housing credit | 15b | | | |
| c Credits other than the credit shown on line 15b related to rental real estate activities. Attach schedule | 15c | | | |
| d Credits related to other rental activities. Attach schedule | 15d | | | |
| e Nonconsenting nonresident members' tax paid by LLC | 15e | | | |
| f Other credits. Attach schedule | 15f | | | |
| g New Employment Credit | 15g | | | |
| **Alternative Minimum Tax (AMT) Items** | | | | |
| 17 a Depreciation adjustment on property placed in service after 1986 | 17a | 1,760. | -3,960. | -2,200. |
| b Adjusted gain or loss | 17b | | | |
| c Depletion (other than oil and gas) | 17c | | | |
| d Gross income from oil, gas, and geothermal properties | 17d | | | |
| e Deductions allocable to oil, gas, and geothermal properties | 17e | | | |
| f Other alternative minimum tax items. Attach schedule | 17f | | | |
| **Other Information** | | | | |
| 18 a Tax-exempt interest income | 18a | | | |
| b Other tax-exempt income | 18b | | | |
| c Nondeductible expenses    STMT 8 | 18c | 23,111. | 12,969. | 36,080. |
| 19 a Distributions of money (cash and marketable securities) | 19a | 8,644. | | 8,644. |
| b Distribution of property other than money | 19b | | | |
| 20 a Investment income | 20a | | | |
| b Investment expenses | 20b | | | |
| c Other information. See instructions    STMT 9 | 20c | | | |
| **Analysis** | | | | |
| 21 a Total distributive income/payment items. Combine lines 1, 2, and 3c through 11c. From the result, subtract the sum of lines 12 through 13e. | 21a | 27,187. | 23,402. | 50,589. |

| b Analysis of members: | (a)<br>Corporate | (b) Individual | | (c)<br>Partnership | (d) Exempt<br>Organization | (e)<br>Nominee/Other | (f)<br>LLC |
|---|---|---|---|---|---|---|---|
| | | I. Active | II. Passive | | | | |
| Members | | 50,281. | 308. | | | | |

429883 12-16-14

## Schedule L  Balance Sheets. See the instructions for Schedule L, before completing Schedules L, M-1, and M-2.

| Assets | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 229,533. | | 179,053. |
| 2 a Trade notes and accounts receivable | 746,901. | | 235,698. | |
| b Less allowance for bad debts | ( ) | 746,901. | ( ) | 235,698. |
| 3 Inventories | | 341,805. | | 811,096. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets. Attach schedule | STATEMENT 11 | 80,522. | | 76,910. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach schedule | | | | |
| 9 a Buildings and other depreciable assets | 164,327. | | 309,149. | |
| b Less accumulated depreciation | ( 157,270.) | 7,057. | ( 184,228.) | 124,921. |
| 10 a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 13 Other assets. Attach schedule | STATEMENT 12 | 348,749. | | 331,852. |
| 14 Total assets | | 1,754,567. | | 1,759,530. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 580,597. | | 558,812. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | 1,625,000. | | |
| 17 Other current liabilities. Attach schedule | STATEMENT 13 | 388,219. | | 2,153,325. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | 359,337. | | |
| 20 Other liabilities. Attach schedule | STATEMENT 14 | 60,000. | | 315,017. |
| 21 Members' capital accounts | | -1,258,586. | | -1,267,624. |
| 22 Total liabilities and capital | | 1,754,567. | | 1,759,530. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return. Use total amount under California law. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -394. | 6 Income recorded on Books this year not included on Schedule K, line 1 through line 11c. Itemize: | | |
| 2 Income included on Schedule K, line 1 through line 11c, not recorded on books this year. Itemize • | | a Tax-exempt interest ... $ | | |
| | | b Other .............. $ | | |
| 3 Guaranteed payments (other than health insurance) | | c Total. Add line 6a and line 6b | | |
| 4 Expenses recorded on books this year not included on Schedule K, line 1 through line 13e. Itemize: | | 7 Deductions included on Schedule K, line 1 through line 13e, not charged against book income this year. Itemize: | | |
| a Depreciation ............ $ | | a Depreciation ....... $   777. | | |
| b Travel and entertainment $ 23,111. | | b Other .............. $ | | |
| c Annual LLC tax ........ $ | | c Total. Add line 7a and line 7b | | 777. |
| d Other STMT 10 $ 5,247. | | 8 Total. Add line 6c and line 7c | | 777. |
| e Total. Add line 4a through 4d | 28,358. | 9 Income (loss) (Schedule K, line 21a). Subtract line 8 from line 5 | | 27,187. |
| 5 Total of line 1 through line 4e | 27,964. | | | |

## Schedule M-2  Analysis of Members' Capital Accounts. Use California amounts.

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | -1,258,586. | 5 Total of line 1 through line 4 | | -1,258,980. |
| 2 Capital contributed during year | | 6 Distributions: a Cash | | 8,644. |
| a Cash • | | b Property • | | |
| b Property • | | 7 Other decreases. Itemize • | | |
| 3 Net income (loss) per books | -394. | 8 Total of line 6 and line 7 | | 8,644. |
| 4 Other increases. Itemize • | | 9 Balance at end of year. Subtract line 8 from line 5 | | -1,267,624. |

## Schedule O  Amounts from Liquidation used to Capitalize a Limited Liability Company. (Complete only if initial return box is checked on Side 1, Question H.)

Name of entity liquidated (if more than one, attach a schedule)

Type of entity: ☐ (1) C Corporation  ☐ (2) S Corporation  ☐ (3) Partnership  ☐ (4) Limited Partnership  ☐ (5) Sole Proprietor  ☐ (6) Farmer

Entity identification number(s)   FEIN _____   SSN or ITIN _____   Corporation _____   CA SOS _____

Amount of liquidation gains recognized to capitalize the LLC .............................................................. • _____

429884 12-16-14

**Schedule IW**        **Limited Liability Company (LLC) Income Worksheet**

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California when completing lines 1-17 of this worksheet.** If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, E, F (Form 1040), or additional schedules associated with other activities. **Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.**
See instructions on page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.

| | | | | |
|---|---|---|---|---:|
| 1 | a | Total California income from Form 568, Schedule B, line 3. See instructions | 1a | 3,944,527.00 |
| | b | Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (Form 1040) (plus California adjustments) associated with the receipts assigned to California on lines 1a and 4 | 1b | 3,613,507.00 |
| 2 | a | If the answer to Question U(1) on Form 568 Side 2 is "Yes", include the gross income of this disregarded entity that is not included in lines 1 and 8 through 16 | 2a | 00 |
| | b | Enter the cost of goods sold of disregarded entities associated with the receipts assigned to California on line 2a | 2b | 00 |
| 3 | a | LLC's distributive share of ordinary income from pass-through entities | 3a | 00 |
| | b | Enter the LLC's distributive share of cost of goods sold from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1a) | 3b | 00 |
| | c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b) | 3c | 00 |
| 4 | | Add gross farm income from federal Schedule F (Form 1040). Use California amounts | 4 | 00 |
| 5 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10 | 5 | 19,212.00 |
| 6 | | Enter the total gains (not losses) from Form 568, Schedule B, line 8 | 6 | 00 |
| 7 | | Add line 1a through line 6 | 7 | 7,577,246.00 |
| 8 | | California rental real estate | | |
| | a | Enter the total gross rents from federal Form 8825, line 18a | 8a | 00 |
| | b | Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 | 8b | 00 |
| | c | Add line 8a and line 8b | 8c | 00 |
| 9 | | Other California rentals. | | |
| | a | Enter the amount from Schedule K (568), line 3a | 9a | 00 |
| | b | Enter the amount from all Schedule K-1s (565), Table 3, line 3 | 9b | 00 |
| | c | Add lines 9a and 9b | 9c | 00 |
| 10 | | California interest. Enter the amount from Form 568, Schedule K, line 5 | 10 | 00 |
| 11 | | California dividends. Enter the amount from Form 568, Schedule K, line 6 | 11 | 00 |
| 12 | | California royalties. Enter the amount from Form 568, Schedule K, line 7 | 12 | 00 |
| 13 | | California capital gains. Enter the capital gains (not losses) included in the amounts from Form 568, Sch. K, lines 8 and 9 | 13 | 00 |
| 14 | | California 1231 gains. Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a | 14 | 00 |
| 15 | | Other California portfolio income (not loss). Enter the amount from Form 568, Schedule K, line 11a | 15 | 00 |
| 16 | | Other California income (not loss) not included in line 5. Enter the amount from Form 568, Schedule K, line 11b | 16 | 00 |
| 17 | | Total California income. Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, Line 1. If less than zero enter -0- | 17 | 7,577,246.00 |

PDTW, LLC                                                                20-4937773

---

| CA 568 | | PENALTIES AND INTEREST | | | | | | STATEMENT 1 |
|--------|----|--------|------|------|------|-----|----------|-----------|
| FROM | TO | AMOUNT | PTRS/ MBRS | RATE | DAYS | MOS | INTEREST | PENALTIES |
| 06/15/14 | 12/09/14 | 11,790. | | .1000 | | | | 1,179. |
| | | | | | | | | 1,179. |
| TOTAL TO FORM 568, LINE 15 | | | | | | | | 1,179. |

---

| CA 568 | AMOUNT PAID WITH FORMS 3537, 3522, 3536 | STATEMENT 2 |
|--------|------------------------------------------|-------------|
| DESCRIPTION | | AMOUNT |
| AMOUNT PAID WITH FORM 3537 | | 0. |
| AMOUNT PAID WITH FORM 3522 | | 12,969. |
| AMOUNT PAID WITH FORM 3536 | | 800. |
| TOTAL TO FORM 568, LINE 6 | | 13,769. |

---

| CA SCHEDULE A | COGS OTHER COSTS | STATEMENT 3 |
|---------------|------------------|-------------|
| DESCRIPTION | | AMOUNT |
| FREIGHT COSTS | | 63,693. |
| PACKAGING COSTS | | 33,840. |
| TOTAL TO SCHEDULE A, LINE 5 | | 97,533. |

---

| CA | OTHER INCOME | STATEMENT 4 |
|----|--------------|-------------|
| DESCRIPTION | | AMOUNT |
| MISCELLANEOUS | | 19,212. |
| TOTAL TO TRADE OR BUSINESS INCOME SCHEDULE, LINE 10 | | 19,212. |

STATEMENT(S) 1, 2, 3, 4

PDTW, LLC                                                                    20-4937773

---

| CA | DEPRECIATION AND AMORTIZATION | STATEMENT | 5 |

| DESCRIPTION | REPORTED ELSEWHERE | REPORTED ON PAGE 1 |
|---|---|---|
| DEPRECIATION - TRADE OR BUSINESS | | 17,299. |
| TOTAL TO LINES 17B AND 17C | | 17,299. |

---

| CA | OTHER DEDUCTIONS | STATEMENT | 6 |

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 91,523. |
| AUTO EXPENSE | 24,987. |
| BANK FEES | 32,442. |
| COMMISSIONS | 98,596. |
| COMPUTER AND INTERNET EXPENSE | 13,303. |
| DUES AND SUBSCRIPTIONS | 2,825. |
| EQUIPMENT RENTAL | 23,516. |
| INSURANCE | 10,439. |
| MEALS AND ENTERTAINMENT | 23,112. |
| OFFICE EXPENSE | 47,787. |
| OUTSIDE SERVICES | 81,092. |
| PAYROLL FEES | 476. |
| PHOTOSHOOT EXPENSE | 97,524. |
| PICK AND PACK EXPENSE | 153,690. |
| POSTAGE AND SHIPPING | 95,491. |
| PRINTING AND REPORDUCTION | 20,801. |
| PROFESSIONAL FEES | 398,607. |
| PUBLIC RELATIONS | 110,432. |
| REFERENCE | 57,707. |
| SHOWROOM EXPENSE | 98,416. |
| STORAGE | 78,535. |
| SUPPLIES | 46,773. |
| TELEPHONE | 33,384. |
| TRAVEL | 228,123. |
| UTILITIES | 13,269. |
| RENT | 403,172. |
| PAYROLL TAX EXPENSE | 73,806. |
| TAX AND LICENSE | 6,574. |
| CALIFORNIA TAXES - OTHER | 800. |
| REPAIRS | 15,379. |
| TOTAL TRADE OR BUSINESS OTHER DEDUCTIONS, LINE 21 | 2,382,581. |

PDTW, LLC                                                                    20-4937773

---

| CA SCHEDULE K | OTHER DEDUCTIONS | STATEMENT | 7 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| HEALTH INSURANCE FOR PARTNERS | 10,991. |
| TOTAL TO SCHEDULE K, LINE 13E | 10,991. |

---

| CA SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT | 8 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 23,111. |
| STATE AND LOCAL INCOME/FRANCHISE TAXES - CALIFORNIA | 12,969. |
| TOTAL TO SCHEDULE K, LINE 18C | 36,080. |

---

| CA SCHEDULE K | AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION | STATEMENT | 9 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 7,558,034. |
| TRADE OR BUSINESS OTHER INCOME | 19,212. |
| TOTAL | 7,577,246. |

---

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT | 10 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| MEMBER'S LIFE INSURANCE | 4,857. |
| PENALTIES | 390. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 5,247. |

PDTW, LLC                                                    20-4937773

---

| CA SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT   11 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| DUE TO FACTOR | 14,045. | 9,563. |
| EMPLOYEE ADVANCES | 0. | 2,017. |
| PREPAID EXPENSES | 0. | 60,312. |
| UNDEPOSITED FUNDS | 0. | 5,018. |
| VENDOR DEPOSITS | 66,477. | 0. |
| TOTAL TO SCHEDULE L, OTHER CURRENT ASSETS | 80,522. | 76,910. |

---

| CA SCHEDULE L | OTHER ASSETS | | STATEMENT   12 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ADVANCE-THOMAS WYLDE, LLC | 0. | 36,734. |
| ADVANCES TO OFFICERS | 265,532. | 211,901. |
| DEPOSITS | 83,217. | 83,217. |
| TOTAL TO SCHEDULE L, OTHER ASSETS | 348,749. | 331,852. |

---

| CA SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT   13 |
| --- | --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED EXPENSES | 24,780. | 22,500. |
| ADVANCES FROM THOMAS WYLDE, LLC | 0. | 1,782,000. |
| CREDIT CARDS PAYABLE | 28,428. | 66,128. |
| CUSTOMER DEPOSITS | 208,933. | 157,697. |
| NOTE PAYABLE | 125,000. | 125,000. |
| PAYROLL TAX PAYABLE | 1,078. | 0. |
| TOTAL TO SCHEDULE L, OTHER CURRENT LIABILITIES | 388,219. | 2,153,325. |

PDTW, LLC                                                                    20-4937773

CA SCHEDULE L                    OTHER LIABILITIES                      STATEMENT   14

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOANS FROM PARTNERS / SHAREHOLDERS | 60,000. | 45,017. |
| NOTE PAYABLE - LONG TERM | 0. | 270,000. |
| TOTAL TO SCHEDULE L, OTHER LIABILITIES | 60,000. | 315,017. |



**TAXABLE YEAR**
**2014**

**Depreciation and Amortization**

429931 12-04-14
**CALIFORNIA FORM**
**3885L**

| Name as shown on return | California Secretary of State (SOS) file no. |
|---|---|
| | 200613110151 |
| | FEIN |
| PDTW, LLC | 20-4937773 |

Assets and intangibles placed in service during the 2014 taxable year:

| (a) Description of property | (b) Date placed in service (mm/dd/yyyy) | (c) Cost or other basis | (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year | (g) Code section | (h) Period or percentage | (i) Amortization to this year |
|---|---|---|---|---|---|---|---|---|
| 22 COMPUTER EQUIPMENT | 11/02/2019 | 2,269. | 200DB | 5.00 | 0. | | | |
| 58 OFFICE FURNITURE | 08/28/2014 | 2,437. | 200DB | 7.00 | 348. | | | |
| 59 OFFICE FURNITURE | 09/02/2014 | 1,740. | 200DB | 7.00 | 249. | | | |
| 60 OFFICE FURNITURE | 12/20/2014 | 877. | 200DB | 7.00 | 125. | | | |
| 61 COMPUTER | 08/14/2014 | 1,310. | 200DB | 5.00 | 262. | | | |
| 62 COMPUTER | 08/26/2014 | 1,136. | 200DB | 5.00 | 227. | | | |
| 63 COMPUTER | 08/26/2014 | 1,179. | 200DB | 5.00 | 236. | | | |
| 64 5 COMPUTERS | 08/29/2014 | 14,607. | 200DB | 5.00 | 2,921. | | | |
| 65 COMPUTER | 08/29/2014 | 1,488. | 200DB | 5.00 | 298. | | | |
| 66 COMPUTER EQUIPMENT | 09/10/2014 | 448. | 200DB | 5.00 | 90. | | | |
| 67 2 COMPUTERS | 09/11/2014 | 2,568. | 200DB | 5.00 | 514. | | | |
| 68 COMPUTER EQUIPMENT | 09/11/2014 | 273. | 200DB | 5.00 | 55. | | | |
| 69 COMPUTER | 09/12/2014 | 2,975. | 200DB | 5.00 | 595. | | | |
| 70 COMPUTER EQUIPMENT | 09/12/2014 | 155. | 200DB | 5.00 | 31. | | | |
| 71 COMPUTER | 09/19/2014 | 952. | 200DB | 5.00 | 190. | | | |
| 72 COMPUTER EQUIPMENT | 09/30/2014 | 249. | 200DB | 5.00 | 50. | | | |
| 73 COMPUTER EQUIPMENT | 10/05/2014 | 161. | 200DB | 5.00 | 32. | | | |

1  Enter line 1, column (f) and column (i) totals ............................................. **1** | 7,218. |

**Depreciation**

Be sure to make adjustments for any basis differences when calculating depreciation.

2  California depreciation for assets placed in service beginning before the 2014 taxable year ......................... **2**   10,081.

3  Total California depreciation. Add line 1(f) and line 2 ...................................................................... **3**   17,299.

**Amortization**

Be sure to make adjustments for any basis differences when calculating amortization.

4  California amortization for intangibles placed in service beginning before the 2014 taxable year ............... **4**

5  Total California amortization. Add line 1(i) and line 4 ......................................................................... **5**

6  Total deprecation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a,
   if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities ................ **6**   17,299.

7  IRC Section 179 expense deduction from line 12 of the worksheet in the instructions .............   **7**

8  Carryover of disallowed deduction to 2015 from line 13 of the worksheet in the instructions        **8**

TAXABLE YEAR
**2014**

**Depreciation and Amortization**



429931 12-04-14
CALIFORNIA FORM
**3885L**

| Name as shown on return | California Secretary of State (SOS) file no. |
|---|---|
| | 200613110151 |
| | FEIN |
| PDTW, LLC | 20-4937773 |

Assets and intangibles placed in service during the 2014 taxable year:

| (a) Description of property | (b) Date placed in service (mm/dd/yyyy) | (c) Cost or other basis | (d) Method of figuring depreciation | (e) Life or rate | (f) Depreciation for this year | (g) Code section | (h) Period or percentage | (i) Amortization to this year |
|---|---|---|---|---|---|---|---|---|
| | | Depreciation of assets | | | | Amortization of property | | |
| 74 COMPUTER EQUIPMENT | 10/06/2014 | 107. | 200DB | 5.00 | 21. | | | |
| 75 COMPUTER EQUIPMENT | 10/07/2014 | 48. | 200DB | 5.00 | 10. | | | |
| 76 COMPUTER EQUIPMENT | 10/08/2014 | 152. | 200DB | 5.00 | 30. | | | |
| 77 COMPUTER | 10/10/2014 | 2,257. | 200DB | 5.00 | 451. | | | |
| 78 COMPUTER EQUIPMENT | 11/24/2014 | 366. | 200DB | 5.00 | 73. | | | |
| 79 COMPUTER | 11/30/2014 | 2,052. | 200DB | 5.00 | 410. | | | |

1   Enter line 1, column (f) and column (i) totals ................. ............... ................. ....... 1 **7,218.**

**Depreciation**
Be sure to make adjustments for any basis differences when calculating depreciation.

2   California depreciation for assets placed in service beginning before the 2014 taxable year .............. ............................. ... 2   **10,081.**

3   Total California depreciation. Add line 1(f) and line 2 ................................................ ... ................................ ... ..... 3   **17,299.**

**Amortization**
Be sure to make adjustments for any basis differences when calculating amortization.

4   California amortization for intangibles placed in service beginning before the 2014 taxable year ............................ ..... 4

5   Total California amortization. Add line 1(i) and line 4 ................................................... 5

6   Total depreciation and amortization. Add line 3 and line 5. Enter the total here and on Form 568, Schedule B, line 17a,
    if from a trade or business, or on federal Form 8825, line 14, if from rental real estate activities ............ ........ .. 6   **17,299.**

7   IRC Section 179 expense deduction from line 12 of the worksheet in the instructions ... .......... 7

8   Carryover of disallowed deduction to 2015 from line 13 of the worksheet in the instructions   8

CA

Form **4562**

**Depreciation and Amortization**
(Including Information on Listed Property)   OTHER   1
▶ Attach to your tax return.

Department of the Treasury
Internal Revenue Service  (99)
▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*.

OMB No. 1545-0172

**2014**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PDTW, LLC | OTHER DEPRECIATION | 20-4937773 |

**Part I**  Election To Expense Certain Property Under Section 179  Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount (see instructions) | 1 | |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2013 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2015. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | 1,349. |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2014 | 17 | 8,732. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2014 Tax Year Using the General Depreciation System**

| | (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | 32,483. | 5 YRS. | HY | 200DB | 6,496. |
| c | 7-year property | | 5,054. | 7 YRS. | HY | 200DB | 722. |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | | / | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2014 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 17,299. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

416251
01-08-15   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2014)

Form 4562 (2014)  **PDTW, LLC**  20-4937773  Page **2**

**Part V**  Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No  24b If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .......  28

29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 .......  29

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) ....... | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ....... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ....... | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? ....... | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ....... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? ....... | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ....... | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ....... | | |
| 39 Do you treat all use of vehicles by employees as personal use? ....... | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ....... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ....... | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2014 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2014 tax year ....... | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ....... | | | | 44 | |

416252 01-08-15

Form **4562** (2014)

**STATE ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | OFFICE FURNITURE | 020708 | 150DB | 7.00 | 6,525. | 5,326. | 6,525. | 437. | 799. | 0. |
| 17 | OFFICE FURNITURE | 053008 | 150DB | 7.00 | 431. | 352. | 431. | 28. | 53. | 0. |
| 18 | OFFICE FURNITURE | 081308 | 150DB | 7.00 | 10,300. | 8,408. | 10,300. | 689. | 1,261. | 0. |
| 19 | COMPUTER EQUIPMENT | 040709 | 150DB | 5.00 | 2,549. | 2,437. | 2,549. | 69. | 112. | 0. |
| 20 | COMPUTER EQUIPMENT | 050209 | 150DB | 5.00 | 1,807. | 1,663. | 1,807. | 49. | 144. | 0. |
| 21 | COMPUTER EQUIPMENT | 110709 | 150DB | 5.00 | 3,377. | 3,059. | 3,377. | 116. | 318. | 0. |
| 23 | COMPUTER EQUIPMENT | 120309 | 150DB | 5.00 | 1,275. | 1,155. | 1,275. | 44. | 120. | 0. |
| 24 | COMPUTER EQUIPMENT | 122109 | 150DB | 5.00 | 1,846. | 1,672. | 1,846. | 63. | 174. | 0. |
| 25 | OFFICE FURNITURE | 090409 | 150DB | 7.00 | 251. | 174. | 251. | 22. | 31. | 0. |
| 26 | COMPUTER EQUIPMENT | 020610 | 150DB | 5.00 | 6,676. | 5,008. | 6,676. | 577. | 1,112. | 0. |
| 27 | COMPUTER EQUIPMENT | 020810 | 150DB | 5.00 | 74. | 56. | 74. | 6. | 12. | 0. |
| 28 | COMPUTER EQUIPMENT | 021710 | 150DB | 5.00 | 4,319. | 3,240. | 4,319. | 373. | 719. | 0. |
| 29 | COMPUTER EQUIPMENT | 021710 | 150DB | 5.00 | 4,556. | 3,417. | 4,556. | 394. | 759. | 0. |
| 30 | COMPUTER EQUIPMENT | 022410 | 150DB | 5.00 | 1,697. | 1,273. | 1,697. | 147. | 283. | 0. |
| 31 | COMPUTER EQUIPMENT | 022710 | 150DB | 5.00 | 1,066. | 800. | 1,066. | 92. | 177. | 0. |
| 32 | COMPUTER EQUIPMENT | 050210 | 150DB | 5.00 | 1,017. | 763. | 1,017. | 88. | 169. | 0. |
| 33 | COMPUTER EQUIPMENT | 073110 | 150DB | 5.00 | 436. | 327. | 436. | 38. | 73. | 0. |
| 34 | COMPUTER EQUIPMENT | 073110 | 150DB | 5.00 | 436. | 327. | 436. | 38. | 73. | 0. |
| 35 | COMPUTER EQUIPMENT | 081010 | 150DB | 5.00 | 861. | 646. | 861. | 74. | 143. | 0. |
| 36 | COMPUTER EQUIPMENT | 091610 | 150DB | 5.00 | 1,332. | 999. | 1,332. | 0. | 222. | 0. |
| 37 | OFFICE FURNITURE | 091310 | 150DB | 7.00 | 383. | 219. | 383. | 0. | 47. | 0. |
| 38 | COMPUTER EQUIPMENT | 010611 | 150DB | 5.00 | 1,643. | 959. | 1,643. | 189. | 274. | 0. |
| 39 | COMPUTER EQUIPMENT | 022511 | 150DB | 5.00 | 3,979. | 2,322. | 3,979. | 458. | 663. | 0. |
| 40 | FURNITURE | 031311 | 150DB | 7.00 | 3,210. | 1,441. | 3,210. | 401. | 393. | 0. |
| 41 | FURNITURE | 031911 | 150DB | 7.00 | 3,260. | 1,463. | 3,260. | 407. | 399. | 0. |
| 42 | FURNITURE | 041611 | 150DB | 7.00 | 2,081. | 934. | 2,081. | 260. | 255. | 0. |
| 43 | FURNITURE | 042011 | 150DB | 7.00 | 1,409. | 632. | 1,409. | 176. | 173. | 0. |
| 44 | IPAD | 052411 | 150DB | 5.00 | 668. | 390. | 668. | 77. | 111. | 0. |
| 45 | IPAD | 052511 | 150DB | 5.00 | 882. | 515. | 882. | 102. | 147. | 0. |
| 46 | COMPUTER EQUIPMENT | 072811 | 150DB | 5.00 | 4,949. | 2,888. | 4,949. | 570. | 824. | 0. |
| 47 | FURNITURE | 082311 | 150DB | 7.00 | 1,110. | 498. | 1,110. | 139. | 136. | 0. |
| 48 | FURNITURE | 092011 | 150DB | 7.00 | 1,200. | 539. | 1,200. | 150. | 147. | 0. |
| 49 | COMPUTER EQUIPMENT | 110311 | 150DB | 5.00 | 3,950. | 2,305. | 3,950. | 455. | 658. | 0. |
| 50 | MAC COMPUTER | 082912 | 150DB | 5.00 | 2,164. | 876. | 2,164. | 415. | 386. | 0. |

428108
05-01-14

17

**STATE ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | OFFICE FURNITURE | 060512 | 150DB | 7.00 | 5,427. | 1,620. | 5,427. | 949. | 816. | 0. |
| 52 | OFFICE FURNITURE | 021412 | 150DB | 7.00 | 392. | 117. | 392. | 69. | 59. | 0. |
| 53 | OFFICE FURNITURE | 021512 | 150DB | 7.00 | 3,262. | 974. | 3,262. | 571. | 490. | 0. |
| 57 | LEASEHOLD IMPROVEMENTS | 121713 | SL | 15.00 | 20,241. | 22. | 20,241. | 1,349. | 1,349. | 0. |
| 58 | OFFICE FURNITURE | 082814 | 150DB | 7.00 | 2,437. | 0. | 2,437. | 348. | 261. | 0. |
| 59 | OFFICE FURNITURE | 090214 | 150DB | 7.00 | 1,740. | 0. | 1,740. | 249. | 187. | 0. |
| 60 | OFFICE FURNITURE | 122014 | 150DB | 7.00 | 877. | 0. | 877. | 125. | 94. | 0. |
| 61 | COMPUTER | 081414 | 150DB | 5.00 | 1,310. | 0. | 1,310. | 262. | 197. | 0. |
| 62 | COMPUTER | 082614 | 150DB | 5.00 | 1,136. | 0. | 1,136. | 227. | 171. | 0. |
| 63 | COMPUTER | 082614 | 150DB | 5.00 | 1,179. | 0. | 1,179. | 236. | 177. | 0. |
| 64 | 5 COMPUTERS | 082914 | 150DB | 5.00 | 14,607. | 0. | 14,607. | 2,921. | 2,191. | 0. |
| 65 | COMPUTER | 082914 | 150DB | 5.00 | 1,488. | 0. | 1,488. | 298. | 223. | 0. |
| 66 | COMPUTER EQUIPMENT | 091014 | 150DB | 5.00 | 448. | 0. | 448. | 90. | 67. | 0. |
| 67 | 2 COMPUTERS | 091114 | 150DB | 5.00 | 2,568. | 0. | 2,568. | 514. | 385. | 0. |
| 68 | COMPUTER EQUIPMENT | 091114 | 150DB | 5.00 | 273. | 0. | 273. | 55. | 41. | 0. |
| 69 | COMPUTER | 091214 | 150DB | 5.00 | 2,975. | 0. | 2,975. | 595. | 447. | 0. |
| 70 | COMPUTER EQUIPMENT | 091214 | 150DB | 5.00 | 155. | 0. | 155. | 31. | 24. | 0. |
| 71 | COMPUTER | 091914 | 150DB | 5.00 | 952. | 0. | 952. | 190. | 143. | 0. |
| 72 | COMPUTER EQUIPMENT | 093014 | 150DB | 5.00 | 249. | 0. | 249. | 50. | 38. | 0. |
| 73 | COMPUTER EQUIPMENT | 100514 | 150DB | 5.00 | 161. | 0. | 161. | 32. | 24. | 0. |
| 74 | COMPUTER EQUIPMENT | 100614 | 150DB | 5.00 | 107. | 0. | 107. | 21. | 16. | 0. |
| 75 | COMPUTER EQUIPMENT | 100714 | 150DB | 5.00 | 48. | 0. | 48. | 10. | 7. | 0. |
| 76 | COMPUTER EQUIPMENT | 100814 | 150DB | 5.00 | 152. | 0. | 152. | 30. | 23. | 0. |
| 77 | COMPUTER | 101014 | 150DB | 5.00 | 2,257. | 0. | 2,257. | 451. | 339. | 0. |
| 78 | COMPUTER EQUIPMENT | 112414 | 150DB | 5.00 | 366. | 0. | 366. | 73. | 55. | 0. |
| 79 | COMPUTER | 113014 | 150DB | 5.00 | 2,052. | 0. | 2,052. | 410. | 308. | 0. |
| | **TOTALS** | | | | 148,578. | 59,816. | 148,578. | 17,299. | 19,499. | 0. |
| | **MACRS AMT ADJUSTMENT** | | | | | | | | -2,200. | |

428108
05-01-14

| CA TOB REC | RECONCILIATION OF CALIFORNIA ORDINARY INCOME TO FEDERAL ORDINARY INCOME | | **2014** |
|---|---|---|---|

| NAME | | | EMPLOYER ID |
|---|---|---|---|
| PDTW, LLC | | | 20-4937773 |

| | DESCRIPTION | FEDERAL | CALIFORNIA | DIFFERENCE |
|---|---|---|---|---|
| 1 A | GROSS RECEIPT OR SALES | 7,558,034. | 7,558,034. | |
| 1 B | LESS RETURNS AND ALLOWANCES | | | |
| 1 C | BALANCE (LINE 1A - 1B) | 7,558,034. | 7,558,034. | |
| 2 | COST OF GOODS SOLD ANO/OR OPERATIONS | 3,613,507. | 3,613,507. | |
| 3 | GROSS PROFIT (LINE 1C - 2) | 3,944,527. | 3,944,527. | |
| 4 | ORDINARY INCOME (LOSS) FROM OTHER PARTNERSHIPS AND FIDUCIARIES | | | |
| 5 | NET FARM PROFIT (LOSS) | | | |
| 6 | NET GAIN (LOSS) FROM FORM 4797 OR FORM D-1 | | | |
| 7 | OTHER INCOME (LOSS) | 19,212. | 19,212. | |
| 8 | TOTAL INCOME (LOSS) (COMBINE LINES 3 THROUGH 7) | 3,963,739. | 3,963,739. | |
| 9 | SALARIES AND WAGES | 1,205,162. | 1,205,162. | |
| 10 | GUARANTEED PAYMENTS | | | |
| 11 | REPAIRS | 15,379. | 15,379. | |
| 12 | BAD DEBTS | | | |
| 13 | RENT | 403,172. | 403,172. | |
| 14 | TAXES | 94,149. | 81,180. | 12,969. |
| 15 | DEDUCTIBLE INTEREST EXPENSE NDT CLAIMED ELSEWHERE | 227,412. | 227,412. | |
| 16 | DEPRECIATION | 27,732. | 17,299. | 10,433. |
| 17 | DEPLETION | | | |
| 18 | RETIREMENT PLANS, ETC | | | |
| 19 | EMPLOYEE BENEFIT PROGRAMS | 69,705. | 69,705. | |
| 20 | OTHER DEDUCTIONS | 1,882,850. | 1,882,850. | |
| 21 | TOTAL DEDUCTIONS (ADD LINE 9 THROUGH 20) | 3,925,561. | 3,902,159. | 23,402. |
| 22 | ORDINARY INCOME (LOSS) (SUBTRACT LINE 21 FROM 8) | 38,178. | 61,580. | <23,402.> |

429231
05-01-14

TAXABLE YEAR
**2014**

**Member's Share of Income, Deductions, Credits, etc.**



429421 12-04-14
CALIFORNIA SCHEDULE
**K-1 (568)**

TYB  01-01-2014  TYE  12-31-2014
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
PAULA       THOMAS

2514 S TOLEDO AVE
PALM SPRINGS      CA  92264

20-4937773      200613110151
PDTW LLC

3231 S LA CIENEGA BLVD STE A
LOS ANGELES      CA  90016

---

**A** What type of entity is this member? •
(1) [X] Individual    (4) [ ] C Corporation    (7) [ ] LLP    (10) [ ] Exempt Organization
(2) [ ] S Corporation    (5) [ ] General Partnership    (8) [ ] LLC    (11) [ ] Disregarded Entity

(3) [ ] Estate/Trust    (6) [ ] Limited Partnership    (9) [ ] IRA/Keogh/SEP
**B** Is this member a foreign member? ........................................ • [ ] Yes  [X] No

**C** Enter member's percentage (without regard to special allocations) of:

|  | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 99.5000 % • | 99.5000 % |
| Loss sharing | 99.5000 % • | 99.5000 % |
| Ownership of capital | 99.5000 % • | 99.5000 % |

**D** Member's share of liabilities:
Nonrecourse ........................................ • $ [        ].00
Qualified nonrecourse financing ........................................ • $ [        ].00
Other ........................................ • $ 315,017.00

**E** Reportable transaction or tax shelter registration number(s) [                    ]
**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ........................ ⊙ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) ........................ ⊙ [ ]
**G** Check here if this is: • (1) [ ] A final Schedule K-1 (568)  (2) [ ] An amended Schedule K-1 (568)

**H** Is this member a resident of California? ........................................ • [X] Yes ▶ [ ] No

---

For Privacy Notice, get FTB 1131 ENG/SP.    022    7901144    Schedule K-1 (568) 2014 **Side 1**

1

429422 12-04-14

| I Analysis of member's capital account: Check the box • (1) ☒ Tax Basis  (2) ☐ GAAP (3) ☐ Section 704(b) Book  (4) ☐ Other (explain) |
|---|

| (a)<br>Capital account at beginning of year | (b)<br>Capital contributed during year | (c)<br>Member's share of line 3, line 4, and line 7, Form 568, Schedule M-2 | (d)<br>Withdrawals and distributions | (e)<br>Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| • -1,258,633. | • | -447. • ( | 8,644.) • | -1,267,724. |

Caution: Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a)<br>Distributive share items | (b)<br>Amounts from federal Schedule K-1 (1065) | (c)<br>California adjustments | (d)<br>Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e)<br>California source amounts and credits |
|---|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 37,987. | 23,285. | • 61,272. ▶ | 61,272. |
| | 2 Net income (loss) from rental real estate activities | | | • | ▶ |
| | 3 Net income (loss) from other rental activities | | | ◉ | ◉ |
| | 4 Guaranteed payments to members | | | • | ▶ |
| | 5 Interest income | | | • | ▶ |
| | 6 Dividends | | | • | ▶ |
| | 7 Royalties | | | • | ▶ |
| | 8 Net short-term capital gain (loss) | | | • | ▶ |
| | 9 Net long-term capital gain (loss) | | | • | ▶ |
| | 10 a Total gain under IRC Section 1231 (other than due to casualty or theft) | | | • | ▶ |
| | b Total loss under IRC Section 1231 (other than due to casualty or theft) | | | • | ▶ |
| | 11 a Other portfolio income (loss). Attach schedule. | | | • | ▶ |
| | b Total other income. | | | • | ▶ |
| | c Total other loss. | | | • | ▶ |
| Deductions | 12 Expense deduction for recovery prop. (IRC Section 179) | | | | |
| | 13 a Charitable contributions | | | | |
| | b Investment interest expense | | | | |
| | c 1 Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | 2 Type of expenditures _____ | | | | |
| | d Deductions related to portfolio income. | | | | |
| | e Other deductions.    STMT | 10,991. | | 10,991. | 10,991. |

429423 12-04-14

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on<br>Form 592-B if calendar year LLC) ...... | | | • | ▶ |
| | **b** Low-income housing credit ............... | | | | |
| | **c** Credits other than line 15b related to<br>rental real estate activities .............. | | | | |
| | **d** Credits related to other rental<br>activities ................................. | | | | |
| | **e** Nonconsenting nonresident member's<br>tax paid by LLC ..................... | | | | |
| | **f** Other credits - Attach required<br>schedules or statements ......... | | | | |
| | **g** New employment credit ............ | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property<br>placed in service after 1986 ......... | 1,751. | –3,940. ◉ | –2,189. ◉ | –2,189. |
| | **b** Adjusted gain or loss ................. | | | | |
| | **c** Depletion (other than oil & gas .......... | | | | |
| | **d** Gross income from oil, gas, and<br>geothermal properties ............ | | | | |
| | **e** Deductions allocable to oil, gas, and<br>geothermal properties ................ | | | | |
| | **f** Other alternative minimum tax<br>items ..................... | | | | |
| **Tax-exempt Income and Nondeductible Expenses** | **18 a** Tax-exempt interest income ........ | | | | |
| | **b** Other tax-exempt income ............ | | | | |
| | **c** Nondeductible expenses    **STMT** | 22,995. | 12,904. | 35,899. | 35,899. |
| **Distributions** | **19 a** Distributions of money (cash and<br>marketable securities) ................ | 8,644. | | ◉    8,644. | |
| | **b** Distributions of property other than money | | | ◉ | |
| **Other Information** | **20 a** Investment income ............ | | | | |
| | **b** Investment expenses ............ | | | | |
| | **c** Other information. See instructions | **STMT** | | | |

429424  12-04-14

**Other Member Information**

**Table 1** - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| | | | | | |
|---|---|---|---|---|---|
| Interest | $ _____ | Sec. 1231 Gains/Losses $ _____ | | Capital Gains/Losses $ _____ | |
| Dividends | $ _____ | Royalties | $ _____ | Other | $ _____ |

FOR USE BY MEMBERS ONLY - See instructions.

**Table 2** - Member's share of distributive items.

A. Member's share of the LLC's business income. See instructions. $ _____

B. Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

Capital Gains/Losses    $ _____        Rents/Royalties  $ _____

Sec. 1231 Gains/Losses  $ _____        Other            $ _____

C. Member's distributive share of the LLC's property, payroll, and sales:

| Factors | | Total within and outside California | Total within California |
|---|---|---|---|
| Property: Beginning | $ | _____ | $ _____ |
| Property: Ending | $ | _____ | $ _____ |
| Property: Annual rent expense | $ | _____ | $ _____ |
| Payroll | $ | _____ | $ _____ |
| Sales | $ | _____ | $ _____ |

PDTW, LLC                                                          20-4937773

---

CA SCHEDULE K-1              OTHER DEDUCTIONS

---

| DESCRIPTION | AMOUNT | AMOUNT CA SOURCE |
|---|---|---|
| HEALTH INSURANCE FOR PARTNERS | 10,991. | 10,991. |
| TOTAL TO SCHEDULE K-1, LINE 13E | 10,991. | 10,991. |

---

CA SCHEDULE K-1              NONDEDUCTIBLE EXPENSES

---

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 22,995. |
| STATE INCOME/FRANCHISE TAXES | 12,904. |
| TOTAL TO SCHEDULE K-1, LINE 18C | 35,899. |

---

CA SCHEDULE K-1   AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION

---

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 7,520,232. |
| TRADE OR BUSINESS OTHER INCOME | 19,116. |
| TOTAL | 7,539,348. |

PARTNER NUMBER 1



| TAXABLE YEAR | **Member's Share of Income,** | 429421 12-04-14 |
| 2014 | **Deductions, Credits, etc.** | CALIFORNIA SCHEDULE |
| | | **K-1 (568)** |

TYB  01-01-2014  TYE  12-31-2014
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
HARLEY      T  WOLITZKY

2514 S TOLEDO AVE
PALM SPRINGS      CA  92264

20-4937773      200613110151
PDTW LLC

3231 S LA CIENEGA BLVD STE A
LOS ANGELES      CA  90016

**A** What type of entity is this member? ●
(1) [X] Individual       (4) [ ] C Corporation      (7) [ ] LLP          (10) [ ] Exempt Organization
(2) [ ] S Corporation   (5) [ ] General Partnership (8) [ ] LLC          (11) [ ] Disregarded Entity
(3) [ ] Estate/Trust    (6) [ ] Limited Partnership (9) [ ] IRA/Keogh/SEP

**B** Is this member a foreign member? ...................................................... ● [ ] Yes  [X] No

**C** Enter member's percentage (without regard to special allocations) of:

| | (i) Before decrease or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 0.5000 % ● | 0.5000 % |
| Loss sharing | 0.5000 % ● | 0.5000 % |
| Ownership of capital | 0.5000 % ● | 0.5000 % |

**D** Member's share of liabilities:
Nonrecourse ................................................................. ● $ [         ].00
Qualified nonrecourse financing ....................................... ● $ [         ].00
Other ........................................................................... ● $ [       0].00

**E** Reportable transaction or tax shelter registration number(s) [                    ]
**F** (1) Check here if this is a publicly traded partnership as defined in IRC Section 469(k)(2) ............. ◉ [ ]

(2) Check here if this is an investment partnership (R&TC Sections 17955 and 23040.1) .................... ◉ [ ]
**G** Check here if this is: ● (1) [ ] A final Schedule K-1 (568) (2) [ ] An amended Schedule K-1 (568)

**H** Is this member a resident of California? .................................................... ● [X] Yes ▶ [ ] No

For Privacy Notice, get FTB 1131 ENG/SP.  | 022 |  7901144      Schedule K-1 (568) 2014 Side 1

429422 12-04-14

**I** Analysis of member's capital account: Check the box ● (1) [X] Tax Basis  (2) ☐ GAAP (3) ☐ Section 704(b) Book  (4) ☐ Other (explain)

| (a)<br>Capital account at beginning of year | (b)<br>Capital contributed during year | (c)<br>Member's share of line 3, line 4, and line 7, Form 568, Schedule M-2 | (d)<br>Withdrawals and distributions | (e)<br>Capital account at end of year, combine column (a) through column (d) |
|---|---|---|---|---|
| ● 47. | ● | ● 53. | ●( ) | ● 100. |

**Caution:** Refer to Member's Instructions for Schedule K-1 (568) before entering information from this schedule on your California return.

| | (a)<br>Distributive share items | (b)<br>Amounts from federal Schedule K-1 (1065) | (c)<br>California adjustments | (d)<br>Total amounts using California law. Combine col. (b) and col. (c) where applicable | (e)<br>California source amounts and credits |
|---|---|---|---|---|---|
| | **1** Ordinary income (loss) from trade or business activities | 191. | 117. | ● 308. | ▶ 308. |
| | **2** Net income (loss) from rental real estate activities | | | ● | ▶ |
| | **3** Net income (loss) from other rental activities | | | ◉ | ◉ |
| | **4** Guaranteed payments to members | | | ● | ▶ |
| | **5** Interest income | | | ● | ▶ |
| | **6** Dividends | | | ● | ▶ |
| | **7** Royalties | | | ● | ▶ |
| | **8** Net short-term capital gain (loss) | | | ● | ▶ |
| | **9** Net long-term capital gain (loss) | | | ● | ▶ |
| | **10 a** Total gain under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | **b** Total loss under IRC Section 1231 (other than due to casualty or theft) | | | ● | ▶ |
| | **11 a** Other portfolio income (loss). Attach schedule | | | ● | ▶ |
| | **b** Total other income. | | | ● | ▶ |
| | **c** Total other loss. | | | ● | ▶ |
| | **12** Expense deduction for recovery prop. (IRC Section 179) | | | | |
| | **13 a** Charitable contributions | | | | |
| | **b** Investment interest expense | | | | |
| | **c 1** Total expenditures to which an IRC Section 59(e) election may apply | | | | |
| | **2** Type of expenditures _____ | | | | |
| | **d** Deductions related to portfolio income. | | | | |
| | **e** Other deductions. | | | | |

(Income (Loss) spans rows 1–11; Deductions spans rows 12–13)

429423 12-04-14

| | (a)<br>Distributive share items | (b)<br>Amounts from<br>federal Schedule K-1<br>(1065) | (c)<br>California<br>adjustments | (d)<br>Total amounts using<br>California law. Combine<br>col. (b) and col. (c) | (e)<br>California<br>source amounts<br>and credits |
|---|---|---|---|---|---|
| **Credits** | **15 a** Total withholding (equals amount on<br>Form 592-B if calendar year LLC) | | | • | ▶ |
| | **b** Low-income housing credit | | | | |
| | **c** Credits other than line 15b related to<br>rental real estate activities | | | | |
| | **d** Credits related to other rental<br>activities | | | | |
| | **e** Nonconsenting nonresident member's<br>tax paid by LLC | | | | |
| | **f** Other credits - Attach required<br>schedules or statements | | | | |
| | **g** New employment credit | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17 a** Depreciation adjustment on property<br>placed in service after 1986 | 9. | –20. | ◉ –11. | ◉ –11. |
| | **b** Adjusted gain or loss | | | | |
| | **c** Depletion (other than oil & gas | | | | |
| | **d** Gross income from oil, gas, and<br>geothermal properties | | | | |
| | **e** Deductions allocable to oil, gas, and<br>geothermal properties | | | | |
| | **f** Other alternative minimum tax<br>items | | | | |
| **Tax-exempt income and Nondeductible Expenses** | **18 a** Tax-exempt interest income | | | | |
| | **b** Other tax-exempt income | | | | |
| | **c** Nondeductible expenses   STMT | 116. | 65. | 181. | 181. |
| **Distributions** | **19 a** Distributions of money (cash and<br>marketable securities) | | ◉ | | |
| | **b** Distributions of property other than money | | ◉ | | |
| **Other Information** | **20 a** Investment income | | | | |
| | **b** Investment expenses | | | | |
| | **c** Other information. See instructions   STMT | | | | |

429424 12-04-14

**Other Member Information**

**Table 1** - Member's share of nonbusiness income from intangibles (source of income is dependent on residence or commercial domicile of the member):

| Interest | $ _____ | Sec. 1231 Gains/Losses $ _____ | Capital Gains/Losses $ _____ |
| Dividends | $ _____ | Royalties $ _____ | Other $ _____ |

FOR USE BY MEMBERS ONLY - See instructions.

**Table 2** - Member's share of distributive items.

A. Member's share of the LLC's business income. See instructions.    $ _____

B. Member's share of nonbusiness income from real and tangible personal property sourced or allocable to California.

| Capital Gains/Losses | $ _____ | Rents/Royalties $ _____ |
| Sec. 1231 Gains/Losses | $ _____ | Other $ _____ |

C. Member's distributive share of the LLC's property, payroll, and sales:

| Factors | Total within and outside California | Total within California |
| --- | --- | --- |
| Property: Beginning | $ _____ | $ _____ |
| Property: Ending | $ _____ | $ _____ |
| Property: Annual rent expense | $ _____ | $ _____ |
| Payroll | $ _____ | $ _____ |
| Sales | $ _____ | $ _____ |

PDTW, LLC                                                                20-4937773

---

**CA SCHEDULE K-1**              **NONDEDUCTIBLE EXPENSES**

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 116. |
| STATE INCOME/FRANCHISE TAXES | 65. |
| TOTAL TO SCHEDULE K-1, LINE 18C | 181. |

---

**CA SCHEDULE K-1      AGGREGATE GROSS RECEIPTS FOR AMT EXCLUSION**

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS SALES LESS RETURNS | 37,802. |
| TRADE OR BUSINESS OTHER INCOME | 96. |
| TOTAL | 37,898. |

PARTNER NUMBER 2