DONALD T. FIFE
HAHN FIFE & COMPANY, LLP
790 E. COLORADO BLVD., 9th FL.
PASADENA, CA 91101
(626) 792-0855 PHONE
(626) 792-0879 FAX
*dfife@hahnfife.com*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

PDTW, LLC

Debtor(s).

) Case No. 6:16-bk-15889-SY
)
) **Chapter 7**
)
) **FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FROM DECEMBER 26, 2016 THROUGH APRIL 20, 2020; DECLARATION OF DONALD T. FIFE**
)
) DATE:    [TO BE SET]
) TIME:    [TO BE SET]
) PLACE:   [TO BE SET]
)

TO THE HONORABLE SCOTT YUN, UNITED STATES BANKRUPTCY JUDGE:

**I.**

**INTRODUCTION**

1.   This case commenced on June 30, 2016 pursuant to a voluntary petition filed under Chapter 7 of the Bankruptcy Code by the Debtor, *PDTW, LLC,* and pursuant thereto, Larry D. Simons was subsequently appointed as the Chapter 7 Trustee.

- 1 -

2. An Order authorizing Trustee to Employ Hahn Fife & Company LLP as accountants was filed on or about February 22, 2017 with an effective date of December 26, 2016.

## II.
## GENERAL DESCRIPTION OF SERVICE RENDERED

**1. Employment Application**

Time of 0.50 hours was expended and fees of $202.50 were incurred in the preparation of Applicant's Employment Application.

**2. Fee Application**

Time of 1.80 hours was expended and fees of $792.00 were incurred in the preparation of Applicant's Fee Application.

**3. Fraudulent Conveyance**

Time included in this category includes time spent in assisting the Trustee's and Trustee's Counsel with potential avoidance actions.

Early on in Applicant's engagement, Applicant was provided a back-up copy of the Debtor's QuickBooks records. Applicant download this back-up to a personal computer and used this information to provide information to Trustee's Counsel.

Applicant was asked on several occasions to review the Debtor's accounting records and provide reports on these requests. These requests included payments to insiders, loan repayments, advances, and other information. Each time a request was made, Applicant would review and analyze the information and provide the necessary report to Counsel.

Applicant also reviewed and analyzed the "Audit Report" included in the Debtor's QuickBooks records to identify what types of changes may have been made to the program prior to the program being turned over to the Trustee.

Applicant was also asked to review the Debtor's tax returns and the Debtor's schedules and ascertain if there were potentially assets that were not scheduled by the Debtor.

Time of 11.00 hours was expended and fees of $4,470.00 were incurred in the category Fraudulent Conveyance.

### 4. Tax Returns Preparation

Applicant prepared and filed both the Federal and California LLC-Corporate tax returns for the five years ended December 31, 2015 through December 31, 2019. The December 31, 2019 tax return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee from further tax filing responsibility and allowing the case to close.

Because the Debtor was still active for the part of 2015, Applicant had to obtain and use the financial activity from the Debtor's financial statements. For the year 2015, Applicant also had to pro-forma all the necessary information from the Debtor's 2014 tax return including background, ownership and financial information.

Because the Debtor's ending balance sheet for the year did not match for the calculated balance sheet from the activity, Applicant had to analyze the activity and make the required book to tax adjustments so that the ending balance sheet would reconcile. Applicant also had to analyze and calculated costs of goods sold as the Debtor's books reflected an incorrect amount for inventory and costs of goods sold.

For each year the Trustee administered the case, Applicant would compile the financial activity for the year and prepare the necessary balance sheet for each year. Applicant also reviewed the remaining assets for potential write offs. Also included in this category is time spent in correspondence and communication with the Trustee, Internal Revenue Service and the Franchise Tax Board, Trustee and other parties.

Applicant expended 19.90 hours and incurred $8,434.00 in fees in connection with tax preparation and processing services.

### 5. Benefits of Applicant's Work

Applicant's services have been beneficial to the estate as the case cannot be closed without the preparation and filing of income tax returns. Additionally, the work on the preference review resulted in additional funds to the estate.

## III.

## **COMPENSATION FOR PROFESSIONAL SERVICES**

Attached hereto as Exhibit "A" is a true and correct copy of the applicant's billing statement, which details time and expenses relevant to this application. Pursuant to Bankruptcy Rule 2016, Donald T. Fife hereby declares that no agreement or understanding was made between Applicant and any other entity for the sharing of the compensation received, or to be received, for services rendered in connection with this case.

## IV.

## **COSTS INCURRED**

1. **Shipping and Delivery Expense**

Applicant incurred $97.20 in postage. Applicant's policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at the same time. In the event of a multiple mailing, postage will be charged at costs and is accounted for the Applicant's mailing room.

2. **Photocopying**

Applicant incurred $95.50 in photocopying. Applicant charges $0.10 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of the Federal and State tax returns.

3. **Tax Processing**

Applicant uses Lacerte Tax Software to prepare and file tax returns. Applicant is charged $90.00 for each year he prepares an s-corporate tax return. For the five years, Applicant was charged $450.00.

## V.

## CONCLUSION

WHEREFORE, Applicant requests that the Court issue an order awarding fees and costs incurred for the period December 26, 2016 through April 20, 2020. Applicant's fees for services incurred during said period total $13,898.50, and unreimbursed costs total $642.70. Applicant further requests that the Court authorize the Trustee to disburse $14,541.20 in total fees and costs.

Dated: 4/24/20

DONALD T. FIFE
HAHN FIFE & COMPANY LLP

# DECLARATION OF DONALD T. FIFE

I, DONALD T. FIFE, do hereby declare:

1. I am a certified public accountant duly licensed to practice in the State of California.

2. I have personal knowledge of the facts herein and if called upon to testify as a witness, I could and would competently testify as thereto.

3. I am the designated professional responsible for assuring compliance with the Office of the United States Trustee Guidelines related to billing. I have reviewed the herein First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") and I believe that all of the facts set forth herein are true and correct to comply with all applicable national and local bankruptcy rules.

4. The fee application herein complies with the United States Trustee Fee Guide.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 24th day of April, 2020 at Pasadena, California.

DONALD T. FIFE
HAHN FIFE & COMPANY, LLP

- 6

## DETAILED SUMMARY OF FEES & EXPENSES

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **EMPLOYMENT APPLICATION** | | | |
| Donald T. Fife | $405.00 | 0.50 | $ 202.50 |
| **FEE APPLICATION** | | | |
| Donald T. Fife | $440.00 | 1.80 | $ 792.00 |
| **PREFERENCE ANLAYSIS** | | | |
| Donald T. Fife | $405.00 | 10.00 | $ 4,050.00 |
| Donald T. Fife | $420.00 | <u>1.00</u> | <u>$   420.00</u> |
| | | 11.00 | $ 4,470.00 |
| **TAX RETURN PREPARATION** | | | |
| Donald T. Fife | $420.00 | 16.10 | $ 6,762.00 |
| Donald T. Fife | $440.00 | <u>3.80</u> | <u>$ 1,672.00</u> |
| | | 19.90 | $ 8,434.00 |
| | **TOTALS** | **33.20** | **$13,898.50** |

**EXPENSES**

| | | |
|---|---|---|
| Postage | | $    97.20 |
| Photocopying | | $    95.50 |
| Lacerte Tax Processing | | $  450.00 |
| | **TOTAL EXPENSES** | **$  642.70** |
| | **TOTAL FEES AND EXPENSES REQUESTED** | **$14,541.20** |

- 7 -

# PDTW

## BILLING DETAIL FOR THE PERIOD
### 12/26/2016 TO 4/20/2020

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | **EMPLOYMENT APPLICATION** |  |  |  |
| 12/26/2016 - | DTF | EMPLOYMENT APPLICATION<br>Preparation of employment application. | 0.50<br>405.00/hr | 202.50 |
|  | SUBTOTAL: |  | [ 0.50 | 202.50] |
|  | **FEE APPLICATION** |  |  |  |
| 4/20/2020 - | DTF | FEE APPLICATION<br>Preparation of first and final fee application. | 1.80<br>440.00/hr | 792.00 |
|  | SUBTOTAL: |  | [ 1.80 | 792.00] |
|  | **FRAUDULENT CONVEYANCE** |  |  |  |
| 12/27/2016 - | DTF | FRAUDULENT CONVEYANCE<br>Review and analyze the Debtor's 2012/2013 tax returns for loans and or other assets. | 1.40<br>405.00/hr | 567.00 |
| 7/6/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Download the Debtor's QuickBooks records. | 0.80<br>405.00/hr | 324.00 |
| 8/10/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Compare email on QB recrods to Counsel on Loan from Officer account. | 1.40<br>405.00/hr | 567.00 |
| 9/11/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Provide reports to Counsel. | 0.20<br>405.00/hr | 81.00 |
|  | - DTF | FRAUDULENT CONVEYANCE<br>Respond to Counsel on QB account. | 0.20<br>405.00/hr | 81.00 |

| PDTW | | | | | Page | 2 |
|---|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount | |
| 9/11/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Run report on payments made to T. Thomas - provide to Counsel. | | 0.70<br>405.00/hr | 283.50 | |
| 9/12/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Obtain and provide Audit Trial reports to Counsel | | 0.90<br>405.00/hr | 364.50 | |
| 9/13/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Respond to Counsel on Advance to Officer Account. | | 0.20<br>405.00/hr | 81.00 | |
| - | DTF | FRAUDULENT CONVEYANCE<br>Re-run report for Audit Trail. | | 0.20<br>405.00/hr | 81.00 | |
| - | DTF | FRAUDULENT CONVEYANCE<br>Obtain and provide reports on Advances. | | 0.80<br>405.00/hr | 324.00 | |
| 10/4/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Review QB records for payments to D. Schneider. | | 0.30<br>405.00/hr | 121.50 | |
| 10/8/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Review and sign declaration. | | 0.50<br>405.00/hr | 202.50 | |
| 10/9/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Respond to Trustee on ADP reports. | | 0.10<br>405.00/hr | 40.50 | |
| 11/13/2017 - | DTF | FRAUDULENT CONVEYANCE<br>Review the Debtor's records for payment to T. Wylde. | | 0.30<br>405.00/hr | 121.50 | |
| - | DTF | FRAUDULENT CONVEYANCE<br>Provide report on Bridge Loan. | | 0.40<br>405.00/hr | 162.00 | |
| - | DTF | FRAUDULENT CONVEYANCE<br>Provide detail of 12/01/14 balance sheet. | | 0.40<br>405.00/hr | 162.00 | |
| - | DTF | FRAUDULENT CONVEYANCE<br>Provide and analyze detail on Sheffilman loan. | | 1.20<br>405.00/hr | 486.00 | |

PDTW                                                                                     Page    3

|            |     |                                                                                                                  | Hrs/Rate        | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 3/30/2018 -| DTF | FRAUDULENT CONVEYANCE<br>Review and sign declaration.                                                            | 0.20<br>420.00/hr | 84.00     |
| 4/12/2018 -| DTF | FRAUDULENT CONVEYANCE<br>Review and sign declaration in support of summary judgment.                             | 0.80<br>420.00/hr | 336.00    |
|            |     | SUBTOTAL:                                                                                                        | [    11.00      | 4,470.00]   |

TAX RETURN PREPARATION

|            |     |                                                                                                                                          | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 10/26/2019 -| DTF | TAX RETURN PREPARATION<br>Preparation of state and federal income tax returns for the year 12/31/15. Compile Debtor activity for 2015.    | 5.30<br>420.00/hr | 2,226.00  |
| 10/27/2019 -| DTF | TAX RETURN PREPARATION<br>Preparation of tax returns for the year ended December 31, 2016.                                               | 3.80<br>420.00/hr | 1,596.00  |
| 10/28/2019 -| DTF | TAX RETURN PREPARATION<br>Preparation of state and federal income tax returns for the year December 31, 2017.                            | 3.50<br>420.00/hr | 1,470.00  |
|           -| DTF | TAX RETURN PREPARATION<br>Preparation of the tax returns for the year December 31, 2019. Prepare accompanying notes.                      | 3.50<br>420.00/hr | 1,470.00  |
| 2/25/2020 -| DTF | TAX RETURN PREPARATION<br>Preparation of tax returns for the year ended December 31, 2019. Prepare accompanying notes.                   | 3.80<br>440.00/hr | 1,672.00  |
|            |     | SUBTOTAL:                                                                                                                                | [    19.90        | 8,434.00] |
|            |     | TOTAL HOURS\FEES                                                                                                                         | 33.20             | $13,898.50|

PDTW                                                                                              Page    4

                                                                                              Amount

            Balance due                                                                       $13,898.50

**DONALD T. FIFE, CPA**
790 E. COLORADO BLVD., 9TH FLOOR
PASADENA, CALIFORNIA 91101
(626) 792-0855 PHONE

Before starting his own bankruptcy and turnaround consulting firm, Mr. Fife was a Managing Director in the Business Recovery Services division of FTI Policano & Manzo, a firm specializing in financial restructurings. Prior to joining, Mr. Fife was a Principal of the Insolvency department of PHB Hagler Bailly, Inc., an economics and management firm where Mr. Fife headed up the Bankruptcy department. Prior to PHB Hagler Bailly, Inc., Mr. Fife was Manager-In-Charge of Bankruptcy at Biggs & Company, a boutique firm specializing in bankruptcy. Prior to Biggs & Company, Mr. Fife was a manager in the Dispute Analysis and Corporate Recovery department of Price Waterhouse. Mr. Fife has more than 19 years experience in accounting, bankruptcy, turnaround, taxation, and fraud investigation matters. He is a Certified Public Accountant licensed to practice in the State of California.

Mr. Fife's career over the past 17 years has been concentrated in the areas of bankruptcy, turnaround, and litigation support. Mr. Fife has represented Secured Creditors, Debtors, Equity Holders, Creditor Committees, and Chapter 11 and 7 Trustees. He has worked in all aspects of bankruptcy finance and turnaround situations, including: preparation of debtor plans of reorganizations; analysis and preparation of short-term and long term cash flows; analysis of lease obligations; analysis of borderline divisions and store operations; preparation of trust accounting and tax returns; preparation of DIP budgets; preparation of company AOP; preference audits; forensic accounting; analysis and consulting regarding the tax ramifications of the sale of estate assets; creditor workouts and plans of reorganizations; business valuations; calculation of the reasonably necessary tests in IRA's and pensions; and expert testimony. Mr. Fife has been a speaker in front of the National Association of Bankruptcy Trustees on *Calculating the Reasonably Necessary Test* and a speaker in front of the Commercial Law League on *Finding Hidden Assets*. Mr. Fife's industry experience includes securities, real estate, entertainment, manufacturing, technology, franchise, restaurant, and retail.

*PROFESSIONAL EXPERIENCE*

| | |
|---|---|
| 2000-2002 | FTI Policano & Manzo, Managing Director, Los Angeles, California |
| 1999-2000 | PHB Hagler Bailly, Inc., Principal, Los Angeles, California |
| 1995-1999 | Biggs and Company, Manager In-Charge of Bankruptcy, Santa Monica, California |
| 1991-1995 | Price Waterhouse, Manager, Dispute Analysis and Corporate Recovery, Century City, California |
| 1986-1991 | Spicer and Oppenheim, Supervisor, Century City, California |

*PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS*

- Admitted to practice as a Certified Public Accountant in California
- Los Angeles, Orange County, and Inland Empire Bankruptcy Forums
- National Association of Bankruptcy Trustees
- American Bankruptcy Institute

Mr. Fife holds a Bachelor of Science degree in Business Administration with an emphasis in Accounting from California State University at Los Angeles.

**EXHIBIT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4-24-20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Susan S Baker**   sbaker@kdvlaw.com, dbell@kdvlaw.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Dimitrios P Biller**   biller_ldtconsulting@verizon.net
- **Reagan E Boyce**   rboyce@cr.law
- **Marcia L Daley**   marciad@daleyandsackslaw.com, mldaley.law@gmail.com
- **Rosendo Gonzalez**   rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com
- **Glen R Olson**   golson@longlevit.com, jcrowley@longlevit.com
- **Richard B Peddie**   lawstudios@comcast.net, lawstudios@gmail.com
- **Misty A Perry Isaacson**   misty@ppilawyers.com, ecf@ppilawyers.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Larry D Simons (TR)**   larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Nancy H Zamora**   zamora3@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4-24-20, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Yun / Riverside Division / 3420 Twelfth Street #345 / Riverside, CA 92501
Debtor / PDTW, LLC / 2514 S. Toledo Avenue / Palm Springs, CA 92264

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4-24-2020 | Martha Quintero | */s/ Martha Quintero* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          -13-                        **F 9013-3.1.PROOF.SERVICE**