DONALD T. FIFE
HAHN FIFE & COMPANY, LLP
790 E. COLORADO BLVD., 9th FL.
PASADENA, CA 91101
(626) 792-0855 PHONE
(626) 792-0879 FAX
*dfife@hahnfife.com*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PDTW, LLC<br><br><br>Debtor(s). | Case No. 6:16-bk-15889-SY<br><br>**Chapter 7**<br><br>**DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FROM DECEMBER 26, 2016 THROUGH APRIL 20, 2020**<br><br>DATE:    [TO BE SET]<br>TIME:    [TO BE SET]<br>PLACE:   [TO BE SET] |

TO THE HONORABLE SCOTT YUN, UNITED STATES BANKRUPTCY JUDGE:

### DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons, do hereby declare:

1. I am a member of the Panel of Trustees for the Central District of California. I am the duly-appointed Chapter 7 Trustee for the Bankruptcy Estate of *PDTW, LLC*.

- 1 -

2. I have reviewed the preceding First and Final Fee Application of Hahn Fife & Company, LLP. I am in accord with all statements found in the application and have no objection to any portion of said application.

3. This declaration is submitted in accordance with the United States Trustee Fee Guide.

4. I have no objections to the services performed, or to the fees and costs incurred by Hahn Fife & Company, LLP as stated in their application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 05/14/2020

LARRY D. SIMONS
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUTEE IN SUPPORT OF THE FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5-14-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Susan S Baker    sbaker@kdvlaw.com, dbell@kdvlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- Dimitrios P Biller    biller_ldtconsulting@verizon.net
- Reagan E Boyce    rboyce@cr.law
- Marcia L Daley    marciad@daleyandsackslaw.com, mldaley.law@gmail.com
- Rosendo Gonzalez    rossgonzalez@gonzalezplc.com, rgonzalez@ecf.axosfs.com;jzavala@gonzalezplc.com
- Glen R Olson    golson@longlevit.com, jcrowley@longlevit.com
- Richard B Peddie    lawstudios@comcast.net, lawstudios@gmail.com
- Misty A Perry Isaacson    misty@ppilawyers.com, ecf@ppilawyers.com
- David Seror    dseror@bg.law, ecf@bg.law
- Larry D Simons (TR)    larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Nancy H Zamora    zamora3@aol.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 5-14-2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Yun / Riverside Division / 3420 Twelfth Street #345 / Riverside, CA 92501
Debtor / PDTW, LLC / 2514 S. Toledo Avenue / Palm Springs, CA 92264

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-14-2020 | Martha Quintero | /s/ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE